ACCEPTED
03-14-00148-CV
6584617
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/20/2015 2:30:03 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00148-CV

**IN THE THIRD COURT OF APPEALS**
**AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/20/2015 2:30:03 PM
JEFFREY D. KYLE
Clerk

**MEHMET TURAN ERKAN,**

*Appellant*,

**v.**

**HABIBE NALAN ERKAN,**

*Appellee*.

On Appeal from the 201st Judicial District Court
Travis County, Texas
Trial Court Cause No. D-1-FM- 12-002773
The Honorable Stephen Yelenosky, Presiding Judge

## APPELLANT'S 2nd AMENDED BRIEF AND APPENDIX

Jennifer L. Mathis
Texas Bar No. 24081964
mathisjl@gmail.com
3603 Parkway Terrace
Bryan, Texas 77802
(972) 822-6374 – Telephone
(972) 692-5223 – Fax

ATTORNEY FOR APPELLANT

ORAL ARGUMENT NOT REQUESTED

# IDENTITY OF PARTIES AND COUNSEL

Appellant tenders this list of all parties and counsel to the trial court's judgment to assist this court in determining qualification and recusal under Rule 38 of the Texas Rules of Appellate Procedure:

**Appellant Mehmet Turan Erkan**

*Counsel in the Court of Appeals*

Jennifer L. Mathis
Texas Bar No. 24081964
3603 Parkway Terrace
Bryan, Texas 77802

*Trial Court – Pro Se*

**Appellee Habibe Nalan Erkan**

*Court of Appeals – Pro Se*

*Trial Court – Pro Se*

# TABLE OF CONTENTS

IDENTITY OF PARTIES AND COUNSEL ............................................................i

TABLE OF CONTENTS.................................................................................. ii

INDEX OF AUTHORITIES..............................................................................iv

STATEMENT OF THE CASE.............................................................................1

STATEMENT REGARDING ORAL ARGUMENT ...............................................1

STATEMENT OF ISSUES .................................................................................2

STATEMENT OF FACTS ..................................................................................2

SUMMARY OF THE ARGUMENT .....................................................................6

ARGUMENT ...................................................................................................9

   1.  The trial court abused its discretion when it conditioned overnight possession on maintaining separate bedrooms for the children...................9

      *a.*  *There is no evidence that the trial court's deviation from the standard possession and access order was in the best interest of the children*.......................................................................10

      *b.*  *The Amended Final Decree of Divorce exceeds the amount of restriction necessary, if any, to protect the children's best interest*...........................................................................15

      *c.*  *The restriction is unclear and ambiguous and therefore not enforceable by contempt* ........................................................15

   2.  The trial court improperly admitted the only evidence supporting existence of two apartments in Turkey .......................................17

      *a.*  *Mr. Erkan properly objected to the admission of the emails*.................17

      *b.*  *Ms. Erkan's Emails are inadmissible hearsay under the Texas rules of Evidence and she failed to identify any applicable exception*.....................................................................20

ii

      *c.   The trial court's admittance of the emails by Ms. Erkan resulted in an improper characterization and harm to Mr. Erkan* ......................................................................................21

    3. The trial court erred in conveying foreign property as part of the division of the marital estate ...................................................................26

CONCLUSION ...........................................................................................28

CERTIFICATE OF COMPLIANCE ..........................................................30

CERTIFICATE OF SERVICE ....................................................................31

APPENDIX .................................................................................................32

       Tab 1: *Amended Final Decree of Divorce*
       Tab 2: Emails from Ms. Erkan
       Tab 3: Tax returns of Mr. Erkan[1]
       Tab 4: Letter from Mr. Erkan's family[2]
       Tab 5: Title Deeds[3]

---

[1] The tax returns from 1999 and 2000 were not admitted at trial, but are included here.

[2] The letter from Mr. Erkan's family was not admitted at trial, but is included here.

[3] The title deeds were not admitted at trial, but are included here.

# INDEX OF AUTHORITIES

**Cases**

*Acosta v. Soto*,
394 S.W.3d 665 (Tex. App.—El Paso 2012, no pet.) ...........................................12

*Boothe v. Hausler*,
766 S.W.2d 788 (Tex. 1989) (per curiam) ........................................................22

*Brock v. Brock*,
586 S.W.2d 927 (Tex. Civ. App.—El Paso 1979, no writ) .................................24

*Burk v. Turner*,
15 S.W. 256 (Tex. 1891) ...................................................................................24

*Cire v. Cummings,*
134 S.W.3d 835 (Tex. 2004) .............................................................................10

*City of Brownsville v. Alvarado*,
897 S.W.2d 750 (Tex. 1995) .............................................................................22

*Colden v. Alexander*,
171 S.W.2d 328 (Tex. 1943)..............................................................................23

*Eggemeyer v. Eggemeyer*,
554 S.W.2d 137 (Tex. 1977)..............................................................................25

*Estate of Wren v. Bestinelli*,
No. 06-09-00060-CV, 2010 WL 173828 (Tex. App.—Texarkana
Jan. 20, 2010, pet denied) (mem. op.) ...............................................................19

*Gillespie v. Gillespie,*
644 S.W.2d 449 (Tex. 1982) ...............................................................................9

*Greenpeace, Inc. v. Exxon Mobil Corp.*,
133 S.W.3d 804 (Tex. App.—Dallas 2004, pet. denied) ...................................27

*GT & MC, Inc. v. Texas City Ref., Inc.*,
822 S.W.2d 252 (Tex. App.—Houston [1st Dist.] 1991, writ denied) ...............22

iv

*Henning v. Welborn*, 27 S.W.3d 132
(Tex. App.—San Antonio 2000, pet. denied) ........................................26

*Hilley v. Hilley*,
342 S.W.2d 565 (Tex. 1961), *superseded by constitutional amendment on other grounds*, TEX. CONST. ART. XVI, § 15, *as recognized in Holmes v. Beatty*, 290 S.W.3d 852 (Tex. 2009).................................................................21

*Holloway v. Holloway*,
671 S.W.2d 51 (Tex. App.—Dallas 1983, writ dism'd) .......................26

*Iliff v. Iliff*,
339 S.W.3d 74 (Tex. 2011) ....................................................................9

*In re A.B.P.*,
291 S.W.3d 91 (Tex. App.—Dallas 2009, no pet.) ...............................9

*In re J.F.C.*,
96 S.W.3d 256 (Tex. 2002) ...................................................................17

*In re M.P.B.*,
257 S.W.3d 804 (Tex. App.—Dallas 2008, no pet.) .............................9

*In re M.S.*,
115 S.W.3d 534 (Tex. 2003) ..................................................................12

*In re Marriage of Murray*,
15 S.W.3d 202 (Tex. App.—Texarkana 2000, no pet.) .........................22

*In re Marriage of Swim,*
291 S.W.3d 500 (Tex. App.—Amarillo 2009, no pet.) .........................12

*In re V.N.S.*,
No. 13-07-00046-CV, 2008 WL 2744659
(Tex. App.—Corpus Christi July 3, 2008, no pet.) (mem. op.) ............12

*Kelly Oil Co., Inc. v. Svetlik*,
975 S.W.2d 762 (Tex. App.—Corpus Christi 1998, pet. denied) .........27

*King v. Skelly*,
452 S.W.2d 691 (Tex. 1970) ..................................................................22

*Leighton v. Leighton*,
 921 S.W.2d 365 (Tex. App.—Houston [1st Dist.] 1996, no writ) ......................25

*Low v. Henry,*
 221 S.W.3d 609 (Tex. 2007) .................................................................10

*McCraw v. Maris*,
 828 S.W.2d 756 (Tex. 1992) ................................................................22

*McElreath v. McElreath*,
 345 S.W.2d 722 (Tex. 1961) ................................................................27

*Moroch v. Collins*, 174 S.W.3d 849 (Tex. App.—Dallas 2005, pet. denied)............9

*Moreno v. Perez,*
 363 S.W.3d 725 (Tex. App.—Houston [1st Dist.] 2011, no pet.) ......................15

*Nagubadi v. Nagubadi*,
 2005 WL 327962 (Tex. App.—Corpus Christi 2005, no pet.) ...........................27

*Nat'l Liability & Fire Ins. Co. v. Allen*,
 15 S.W.3d 525 (Tex. 2000) .................................................................17

*Niskar v. Niskar,*
 136 S.W.3d 749 (Tex. App.—Dallas 2004, no pet.) ................................... 15, 16

*Owens-Corning Fiberglas Corp. v. Malone*,
 972 S.W.2d 35 (Tex. 1998) .................................................................17

*Pickens v. Pickens*,
 No. 12-13-00235-CV, 2014 WL 806358
 (Tex. App.—Tyler Feb. 28, 2014, no pet.) (mem. op.) ......................................10

*Quick v. City of Austin*, 7 S.W.3d 109 (Tex. 1998) (citations omitted) ..................26

*Reeves v. Simpson*,
 144 S.W. 361 (Tex. Civ. App.—Fort Worth 1912, no writ) ..............................24

*Reliance Steel & Aluminum Co. v. Sevcik*,
 267 S.W.3d 867 (Tex. 2008) ..............................................................25

*Roberson v. Robinson,*
  768 S.W.2d 280 (Tex. 1989) (per curiam) .......................................................11

*Roosth v. Roosth*,
  889 S.W.2d 445 (Tex. App.—Houston [14th Dist.] 1994, pet. denied) ..............15

*State v. Central Expressway Sign Assocs.*, 302 S.W.3d 866 (Tex. 2009) ...............25

*Volkswagen of Am., Inc. v. Ramirez,*
  159 S.W.3d 897 (Tex. 2004) ...........................................................................20

*Wells v. Sansing*,
  245 S.W.2d 964 (Tex. 1952) ...........................................................................23

*Wierzchula v. Wierzchula,*
  623 S.W.2d 730 (Tex. Civ. App.—Houston [1st Dist.] 1981, no writ) ..............23

*Woodworth v. Cortez,*
  660 S.W.2d 561 (Tex. App.—San Antonio 1983, writ ref'd n.r.e.).....................24

*Worford v. Stamper,*
  801 S.W.2d 108 (Tex. 1990) (per curiam).........................................................11

**Statutes and Rules**

TEX. FAM. CODE ANN. § 3.001 (West 2006) ..........................................................21

TEX. FAM. CODE ANN. § 3.003 (West 2006) ..........................................................21

TEX. FAM. CODE. ANN. § 153.001 (West 2008) .....................................................11

TEX. FAM. CODE. ANN. § 153.002 (West 2008) .....................................................12

TEX. FAM. CODE. ANN. § 153.193 (West 2014)..................................................12, 15

TEX. FAM. CODE. ANN. § 153.251 (West 2008) .....................................................10

TEX. FAM. CODE. ANN. § 153.252 (West 2008) .....................................................10

TEX. FAM. CODE. ANN. § 153.253 (West 2008) .....................................................10

TEX. FAM. CODE. ANN. § 153.256 (West 2008) .....................................................11

TEX. R. EVID. 801 ................................................................................20

TEX. R. EVID. 802 ................................................................................20

**Other**

J. Thomas Oldham, *Conflict of Laws and Marital Property Rights*,
39 BAYLOR L. REV. 1255 (1987)...........................................................23

## STATEMENT OF THE CASE

On May 14, 2012, Mehmet Turan Erkan ("Mr. Erkan") filed for divorce from his wife, Habibe Nalan Erkan ("Ms. Erkan") in Travis County, Texas, requesting that the Court make orders for conservatorship, possession, access, and support of their two children and divide the marital estate. Neither party was represented by counsel throughout the entirety of the proceedings in the trial court. The trial court entered a *Final Decree of Divorce* setting custody and dividing the marital estate. The trial court later entered an *Amended Final Decree of Divorce.*

As part of the possession order, the Court required Mr. Erkan to have separate bedrooms for his children before he could have overnight possession and maintain those separate bedrooms as a condition for his overnight possession to continue. At trial, and over objection, the trial court admitted evidence related to the existence and character of property owned by Mr. Erkan in Turkey. Mr. Erkan now appeals the conditions set on his possession of the children, admission of certain evidence by the trial court, and the division of foreign property.

## STATEMENT REGARDING ORAL ARGUMENT

The court's decision would not be aided by oral arguments.

1

## STATEMENT OF ISSUES

1. Did the trial court abuse its discretion when it conditioned overnight possession on maintaining separate bedrooms for the children?

2. Did the trial court abuse its discretion when it admitted the only evidence supporting existence and community status of two apartments in Turkey?

3. Did the trial court err when it conveyed property located outside of Texas?

## STATEMENT OF FACTS

Mehmet Turan Erkan ("Mr. Erkan") and Habibe Nalan Erkan ("Ms. Erkan") are Turkish immigrants living in Texas.[4] On May 14, 2012, Mr. Erkan filed an *Original Petitioner for Divorce* in Travis County, Texas.[5] During trial, neither party was represented by counsel.[6] This lack of counsel was compounded by the fact that English is not the primary language of either party and a translator was required for trial.[7]

---

[4] 1 C.R. 3

[5] 1 C.R. 3

[6] Counsel on appeal for Appellant were retained pro bono.

[7] *See* 2 R.R. 5. Fatma Tarlaci was sworn in as a translator to interpret Turkish at trial. She was used to translate for both Mr. Erkan and Ms. Erkan for their testimony on as a witness. However, the record is unclear with regard to when the interpreter was being used to assist Mr. Erkan in making his objections during trial.

2

After a one-day trial before the court on December 9, 2013—where Mr. and Ms. Erkan were the only witnesses and most of the questioning was done by the judge himself—Judge Stephen Yelenosky ruled on the two main issues of the case: custody and property division. These rulings were read onto the record by Judge Yelenosky at the trial and memorialized in the *Final Decree of Divorce*, which was signed four days later on December 13, 2013. The trial court later filed an *Amended Final Decree of Divorce* on March 6, 2014. There are no material changes between the *Final Decree of Divorce* and the *Amended Final Decree of Divorce.*

With regards to the custody issue, Ms. Erkan and Mr. Erkan were named joint managing conservators for their two children.[8] Mr. Erkan and Ms. Erkan have a boy and a girl, ages six and eight, respectively.[9] At trial, Mr. Erkan testified that he wanted to spend as much time with his children as the Court would allow, since he thought it was important to be involved in his children's lives.[10]

Mr. Erkan was awarded a standard possession schedule, but the judge added conditions related to his residence and living situation. At the time of trial, and presently, Mr. Erkan resided in a two-bedroom apartment with another adult male,

---

[8] 1 C. R. 18-41.

[9] 2 R. R. 6.

[10] 2 R.R. 6.

a friend of Mr. Erkan who took him in after he and Ms. Erkan began experiencing marital difficulties.[11] Yet, the *Amended Final Decree of Divorce* contained the following provision regarding Mr. Erkan's possession and access to his two children:

> The parties are ordered to follow the standard possession and access order, ***except that Mehmet Turan Erkan must obtain and maintain a home with a bedroom for each child before the children may visit overnight***.[12]

No equivalent requirement was placed on Ms. Erkan.[13]

The main area of dispute in the property issue centered on the status of alleged foreign property acquired by Mr. Erkan during the marriage. At trial, Ms. Erkan had admitted into evidence—over the objection of Mr. Erkan—emails from individuals in Turkey, purporting to state that Mr. Erkan owned apartments in Turkey.[14] Other than her own testimony—which was almost entirely, if not completely, predicated on what other individuals in Turkey told her—the emails were the only evidence presented on this point by Ms. Erkan.[15] Yet, Mr. Erkan

---

[11] 2 R. R. 7.

[12] *See Amended Final Decree of Divorce*, Tab 1, 44 or page 7 of 23.

[13] *See id.*

[14] 2 R.R. 19.

[15] 2 R.R. 16. The emails had to be read into the record by the translator because they were not in English.

stated that of the three properties discussed in the emails, he was only aware of one of the properties, which was "[his] mother's house."[16] In fact, Mr. Erkan went so far as to state that he thought the other two properties were made up, since he did not recognize them.[17]

However, since the trial before the court occurred, Mr. Erkan has become aware that his father purchased the other two properties for him in 2000 as a gift.[18] At the time of trial, Mr. Erkan was only aware that his father had purchased real estate properties in Turkey and testified to this fact at trial,[19] but he was unaware that his father put some of these properties in his name until after the trial before the court occurred and the *Final Decree of Divorce* was entered.[20] Based solely on the emails, the trial court divested Mr. Erkan of two gift properties in Turkey and awarded them to his wife in the *Amended Final Decree of Divorce*.[21] The trial

---

[16] 2 R.R. 18.

[17] 2 R.R. 18-19.

[18] Appellant's Brief at 1. This was also stated in the letter from Mr. Erkin's parents, included here in Tab 4 of the Appendix, and the title deeds in Tab 5 of the Appendix. Additionally, Mr. Erkan's income makes it unlikely that he would be able to purchase property. *See* 2 R.R. 35, 42-47, Appendix Tab 3.

[19] 2 R.R. 24.

[20] Appellant's Brief at 1.

[21] *See Amended Final Decree of Divorce*, Tab 1, 57-58 or pages 20-21 of 23.

court also awarded Mr. Erkan the one property in Turkey that he testified was his mother's house.[22]

Mr. Erkan challenges three aspects of the trial court's judgment. First, he contends that the trial court erred when it conditioned Mr. Erkan's overnight possession of the children on maintaining separate bedrooms for the children, a requirement that only applies to Mr. Erkan. Second, Mr. Erkan contends that the trial court erred in admitting two email exhibits into evidence during the divorce trial before the court, which resulted in the divestment of his separate property. Finally, Mr. Erkan complains that the trial court erred in conveying foreign property as part of the division of the marital estate.

## SUMMARY OF THE ARGUMENT

The trial court unnecessarily, and without good cause, deviated from the standard possession and access order when it restricted Mr. Erkan from having overnight visitation with his children, aged six and eight, until he can maintain a home with a separate bedroom for each child. There is no testimony or other evidence in the record that would indicate why this restriction should be in place. There was no finding that the restriction was in the best interest of the children. This restriction is arbitrary and unreasonable, and it is not in the best interest of the children.

---

[22] 2 R.R. 18.

The trial court failed to consider alternative, less restrictive arrangements.

The restriction is unclear and ambiguous. The *Amended Final Decree of Divorce* specifies that the parties are to follow the standard possession and access order (which allows for overnight visitation during the summer, weekends, and holidays), but the *Amended Final Decree of Divorce* does not explain how the parties are to manage this visitation schedule while this restriction is in effect. Because the *Amended Final Decree of Divorce* does not set specific pick-up and drop-off times while overnight visitation is not allowed, the *Amended Final Decree of Divorce* is ambiguous.

Restricting Mr. Erkan from having overnight visitation with his children, with no showing of good cause, risks alienating Mr. Erkan from his children and interferes with his right to maintain a normal and healthy relationship with his children post-divorce.

For these reasons, the restriction on overnight visitation should be reversed and excluded from the *Amended Final Decree of Divorce*.

The trial court also improperly admitted the only evidence supporting the existence of apartments owned by Mr. Erkan in Turkey. At trial, Ms. Erkan sought to introduce two emails that she had received from individuals in Turkey to show the existence of property owned by Mr. Erkan in Turkey. Mr. Erkan properly objected these emails at trial. The trial court, nevertheless, admitted the emails into

evidence over Mr. Erkan's objection. The emails and Ms. Erkan's corresponding testimony were the only evidence about the existence of any property in Turkey. Based on the evidence, the trial court improperly awarded property to Ms. Erkan that was either Mr. Erkan's separate property or property owned by his father.

Finally, the trial court lacked jurisdiction to convey property located outside of Texas to Ms. Erkan. Texas courts do not have jurisdiction adjudicate title to interests in real property located outside the borders of the state. Yet, the trial court adjudicated and conveyed title to property located in Turkey to Ms. Erkan through the *Amended Final Decree of Divorce*.

**ARGUMENT**

Most appealable issues in a family law case are evaluated under an abuse of discretion standard.[23]  "A trial court abuses its discretion when it acts arbitrarily or unreasonably, without reference to guiding rules or principles."[24] To determine whether the trial court abused its discretion this Court considers whether the trial court (1) had sufficient evidence upon with to exercise its discretion and (2) erred in its exercise of that discretion.[25]  This Court then determines whether, based on the elicited evidence, the trial court made reasonable decisions.[26]

1. **The trial court abused its discretion when it conditioned overnight possession on maintaining separate bedrooms for the children.**

The trial court abused its discretion when it arbitrarily deviated from the standard possession and access order by refusing overnight visitation to Mr. Erkan until he obtains a home with a bedroom for each child.[27] This requirement is not supported by the trial court testimony and is not in the best interest of the children.

---

[23] *In re A.B.P.*, 291 S.W.3d 91, 95 (Tex. App.—Dallas 2009, no pet.) (citations omitted); *Moroch v. Collins*, 174 S.W.3d 849, 857 (Tex. App.—Dallas 2005, pet. denied) (citation omitted).

[24] *Iliff v. Iliff*, 339 S.W.3d 74, 78 (Tex. 2011) (citations omitted).

[25] *In re A.B.P.*, 291 S.W.3d at 95.

[26] *Id.*

[27] The trial court's decisions on custody, control, possession, and visitation matters are reviewed under the abuse of discretion standard.  *See Gillespie v. Gillespie,* 644 S.W.2d 449, 451 (Tex.1982); *In re M.P.B.,* 257 S.W.3d 804, 811 (Tex.App.-Dallas 2008, no pet.).

The trial court's decision was arbitrary and unreasonable.[28]  This provision of the

Divorce Decree should be overturned for the following reasons:

### a. There is no evidence that the trial court's deviation from the standard possession and access order was in the best interest of the children.

The guidelines established in the standard possession order are intended as

the minimum possession for a joint managing conservator.[29]   There is a rebuttable

presumption that the standard possession order provides reasonable minimum

possession of a child for a parent named as joint managing conservator, and that

the order is in the best interest of the child.[30] A court shall render an order that

grants periods of possession of the child as similar as possible to those provided by

the standard possession order if the work schedule or other special circumstances

of the managing conservator make the standard order unworkable or

inappropriate.[31]  If the court renders terms of possession of a child under an order

other than a standard possession order, the court shall be guided by the guidelines

established by the standard possession order and may consider (1) the age,

---

[28] To determine whether a trial court abused its discretion, this Court must decide whether the trial court acted without reference to any guiding rules or principles; in other words, this Court must decide whether the act was arbitrary or unreasonable.  *See Low v. Henry,* 221 S.W.3d 609, 614 (Tex.2007); *see also Cire v. Cummings,* 134 S.W.3d 835, 838–39 (Tex. 2004).

[29] *Pickens v. Pickens*, No. 12-13-00235-CV, 2014 WL 806358, at *1 (Tex. App.—Tyler, Feb. 28, 2014, no pet.) (mem. op.) (citing TEX. FAM. CODE. ANN. § 153.251(a) (West 2008)).

[30] *Id.* (citing TEX. FAM. CODE. ANN. § 153.252 (West 2008)).

[31] *Id.* (citing TEX. FAM. CODE. ANN. § 153.253 (West 2008)).

10

developmental status, circumstances, needs, and best interest of the child; (2) the circumstances of the managing conservator and of the parent named possessory conservator; and (3) any other relevant factor.[32]

When a party does not timely request findings of fact, the appellate court may infer that the trial court made all the necessary findings to support its judgment and reviews the record to determine whether some evidence supports the judgment.[33] There is no evidence on the record supporting this restriction on overnight visitation.

In matters of conservatorship, the public policy of the State of Texas is to assure continuing contact between children and parents who have established the ability to act in their child's best interest, and are able to provide a safe, stable, and nonviolent environment for the child.[34] Parents are encouraged to share in their child's development after separation or divorce.[35] When determining issues related to conservatorship or possession of and access to the child, the best interest of the

---

[32] *Id.* (citing TEX. FAM. CODE. ANN. § 153.256 (West 2008)).

[33] *Id.* at *2 (citing *Roberson v. Robinson,* 768 S.W.2d 280, 281 (Tex. 1989) (per curiam) and *Worford v. Stamper,* 801 S.W.2d 108, 109 (Tex.1990) (per curiam)). On January 8, 2014, Mr. Erkan filed an *Objection to Divorce Decree and Motion to Clarify.* 1 C.R. 5. The Motion is not contained within the clerk's record. However, it appears from the docketing statement that the judge failed to issue any findings of fact or further clarify his order after the Motion was filed.

[34] TEX. FAM. CODE. ANN. § 153.001 (West 2008).

[35] *Id.*

11

child is the primary consideration.[36]  A party may ask that a conservator's right to possession of or access to the child be restricted or denied if it is in the child's best interest.[37]

In this case, there is no evidence in the record that deviating from the standard possession and access order was in the best interest of the children.

When Mr. Erkan separated from his wife, he moved into a two-bedroom apartment with a friend, while allowing his wife and children to keep their previous residence.[38]  When his children stayed at his apartment overnight, Mr. Erkan planned to sleep in the living room and allow his children, aged six and eight, to share his bedroom.[39]  When asked by the trial judge at what age it would be appropriate for the children to stop sleeping together, Mr. Erkan explained that this was a temporary arrangement and that he planned to get an apartment with a

---

[36] TEX. FAM. CODE. ANN. § 153.002 (West 2008). *See In re M.S.,* 115 S.W.3d 534, 547 (Tex.2003); *In re Marriage of Swim,* 291 S.W.3d 500, 505 (Tex. App.—Amarillo 2009, no pet.) (noting same).

[37] *See* TEX. FAM. CODE. §§ 153.002 & 153.193 (West 2014); *see, e.g., Acosta v. Soto*, 394 S.W.3d 665, 667 (Tex. App.—El Paso 2012, no pet.) (it was in children's best interest to conduct visitation with father through therapist); *In re V.N.S.*, No. 13-07-00046-CV, 2008 WL 2744659 (Tex. App.—Corpus Christi July 3, 2008, no pet.) (mem. op.) (it was in child's best interest to restrict mother's possession to certain counties and require that visitation be supervised and limited to daytime hours).

[38] 2 R. R. 7.

[39] 2 R. R. 9.

bedroom for each child when he was financially able.[40]  At the time, Mr. Erkan felt that this could be accomplished within a matter of months.[41]  Based on this testimony, the record shows that this arrangement would be temporary, and both children would have separate bedrooms before reaching an age where sharing a bedroom would become inappropriate.[42]

Mr. Erkan asked for overnight visitation with his children to "spend quality time with them" and "for the health of [his] kids".[43]  Mr. Erkan wanted to have as much contact as possible with his children and to give them a normal, healthy father-child relationship.[44]  The testimony establishes that Mr. Erkan is an attentive father who is involved in his children's care.[45]

When the trial court refused Mr. Erkan overnight visitation with his two children, it made no finding that the restriction was in the children's best interest.

---

[40] 2 R. R. 9-10.

[41] *Id.*

[42] The trial judge's ruling was premature.  If the trial judge was concerned that, at some point in the future, it would be inappropriate for the children to share a bedroom, then the parties could seek a modification of the visitation schedule at that time if Mr. Erkan had not been able to provide separate bedrooms for the children by then.

[43] 2 R. R. 6.

[44] When explaining why he wanted overnight visitation, Mr. Erkan said: "I want my - - for the health of my kids to be able to see me as well.  I want the conditions to be cool.  My kids want to see me all the time.  They love me.  They always text me.  They always want to see me."  2 R.R. 6.

[45] *See* 2 R.R. 6.

The trial court did not explain why the restriction was in place.[46]  If there were any specific concerns about the appropriateness of the children sharing a room with each other or with their father, these concerns were not clearly articulated at any point during the trial testimony or in the *Amended Final Decree of Divorce*.

Ms. Erkan did not request this restriction.[47]

There were no allegations of abuse or that the children would be emotionally or physically harmed while in Mr. Erkan's care.[48]

This provision limiting Mr. Erkan's access to his children should be reversed and excluded because there is no evidence supporting the restriction.

---

[46] The judge seemed interested in the sleeping arrangements for the children, and at one point, the judge asked Mr. Erkan, "At what age do you think the children should stop sleeping together?" 2 R. R. 9-10.  Mr. Erkan then explained that he would look for a new job and his own apartment with separate bedrooms for each child after returning home from a trip to Turkey to care for his father who has cancer. 2 R. R. 9. If there were any concerns that the sleeping arrangements would be detrimental to the children at their current ages, those concerns were not stated, and Mr. Erkan made it clear that he intended it to be a temporary arrangement.

[47] Ms. Erkan's concerns were that the children would not maintain their sleep schedule, brush their teeth, or eat properly while in Mr. Erkan's care. 2 R.R. 11-12. Ms. Erkan also stated that she did not want the children to stay in the apartment with Mr. Erkan's roommate, despite the fact that the only criticism against him that she stated was that "[h]e is not a successful lawyer." 2 R.R. 11. Ms. Erkan never stated any concern about the children sharing a bedroom with each other or with Mr. Erkan.  *See* 2 R.R. 13-14. This particular restriction does not speak to any of Ms. Erkan's objections.

[48] When asked if there was "anything else that you think he's not doing right when the children are with him?", Ms. Erkan responded "No."  2 R. R. 14.

14

*b. **The Divorce Decree exceeds the amount of restriction necessary, if any, to protect the children's best interest.***

The terms of an order that denies possession of a child to a parent or imposes restrictions or limitations on a parent's right to possession of or access to a child may not exceed those that are required to protect the best interest of the child.[49]

The trial judge failed to consider alternative, less restrictive arrangements that would still allow Mr. Erkan overnight visitation. For example, if the court were concerned that it was inappropriate for the children to share a bedroom, then Mr. Erkan could have shared the living room with his son and allowed his daughter the privacy of the bedroom.[50]

*c. **The restriction is unclear and ambiguous and therefore not enforceable by contempt.***

The trial court abused its discretion by failing to order Mr. Erkan's possession of and access to his children in clear and unambiguous terms.[51]   A child visitation order must be specific as to the times and conditions of possession

---

[49] TEX. FAM. CODE. ANN. § 153.193; *Roosth v. Roosth*, 889 S.W.2d 445, 451 (Tex. App.—Houston [14th Dist.] 1994, pet. denied) (stating "Limitations upon appellant's right to possession of or access to the children may not exceed that required to protect the children's best interest."); *Moreno v. Perez*, 363 S.W.3d 725, 739-40 (Tex. App.—Houston [1st Dist.] 2011, no pet.) (Court order that required mother's visitation with child be outside presence of any "unrelated adult" exceeded what was required to protect child's best interest; court reformed language to read "unrelated adult male").

[50] This appeared to be the trial judge's concern, but the trial judge never shared the reasons for the restriction.

[51] *See Niskar v. Niskar,* 136 S.W.3d 749, 755 (Tex. App.—Dallas 2004, no pet.).

and access. This *Amended Final Decree of Divorce* fails to set clear times and conditions of Mr. Erkan's possession and access.

The *Amended Final Decree of Divorce* orders Mr. Erkan and Ms. Erkan to follow the standard possession and access order, except that Mr. Erkan must obtain and maintain a home with a bedroom for each child before the children may visit overnight.[52] The standard possession and access order specifically provides for overnight visitation on the first, third, and fifth weekend of each month, Thanksgiving, Christmas break, Spring Break, and Summer Break.[53]

It is not clear how Mr. Erkan is to maintain this schedule while overnight visitation is not allowed. For example, it is unclear if Mr. Erkan is expected to pick up the children each morning of his allotted multi-day visitation, and then drop them off at night, or if Mr. Erkan is not permitted visitation at all during these time periods.

For this reason, the *Amended Final Decree of Divorce* fails to set out the terms for compliance in clear and unambiguous terms.[54] The *Amended Final Decree of Divorce* is therefore not enforceable by contempt.

---

[52] *See Amended Final Decree of Divorce,* Tab 1, 44 or page 7 of 23.

[53] *See Amended Final Decree of Divorce,* Tab 1, 62-66 or pages 1-5 of 5.

[54] *Niskar, 136 S.W.3d* at 754.

As result, this ambiguous restriction should be reversed and excluded from the *Amended Final Decree of Divorce.*[55]

**2.    The trial court improperly admitted the only evidence supporting existence of two apartments in Turkey.**

Mr. Erkan contends that the trial court abused its discretion when it admitted into evidence the emails offered by Ms. Erkan over his evidentiary objection. In reviewing a trial court's decision to admit evidence, Texas appellate courts use an abuse of discretion standard.[56] A trial court abuses its discretion when it rules without regard for any guiding rules or principles.[57]

*a.    Mr. Erkan properly objected to the admission of the emails.*

Ms. Erkan introduced two exhibits in support of her community claim for the apartment properties in Turkey: two emails from individuals in Turkey purporting to state that they had learned that Mr. Erkan owned the properties and the date that they were acquired.[58] Mr. Erkan objected to the admission of both exhibits.[59] Although, as a pro se individual, this may not have been done as artfully

---

[55] *Id.* at 755.

[56] *See In re J.F.C.*, 96 S.W.3d 256, 285 (Tex. 2002); *Nat'l Liability & Fire Ins. Co. v. Allen*, 15 S.W.3d 525, 527-28 (Tex. 2000).

[57] *Owens Corning Fiberglas Corp. v. Malone*, 972 S.W.2d 35, 43 (Tex. 1998).

[58] 3 R.R. 91, 94-95 (Respondent's Exhibits 1 and 3).

[59] 2 R.R. 16

as by a seasoned trial attorney, Mr. Erkan, nevertheless, conveyed his objection to the admission of the emails.[60] This matter was even more complicated by the fact that Mr. Erkan was communicating through a translator throughout much of the trial.

Through the language and knowledge barriers, Mr. Erkan raised his objection to admission of the emails and stated, "The documents that my wife provided are ***not real***."[61] The judge, after hearing Mr. Erkan's objection stated, "Okay. So that's claiming they're ***not authentic***."[62] The judge, then asked Ms. Erkan to articulate a response based on "why are they ***authentic***?"[63] Ms. Erkan responded, "The lawyer in Turkey ***told me*** they are correct."[64] Yet this characterization of "authentic" came wholly from the judge, rather than Mr. Erkan's objection and the judge did not ask for clarification as to what exactly Mr. Erkan objected to or meant by "not real," so the record is tainted by the judge's

---

[60] 2 R.R. 16.

[61] 2 R.R. 16 (emphasis added). It should also be noted that Mr. Erkan does not appear to have been speaking through his interpreter during this exchange with the Judge Yelenosky. *See* 2 R.R. 16-19. Despite the fact that Mr. Erkan is clearly having trouble understanding the judge on multiple occasions and the judge's questions to Mr. Erkan highlight that he was also unsure of what Mr. Erkan was stating, the trial judge failed to hear Mr. Erkan's objection through his interpreter.

[62] 2. R.R. 16 (emphasis added).

[63] 2 R.R. 16 (emphasis added).

[64] 2 R.R. 16 (emphasis added).

characterization as "authentic" as opposed to the meaning of "not real." In fact, after the judge asked Ms. Erkan for a response based on his "authentic" characterization, Mr. Erkan asked, "Can I say something?" and the judge told him to wait and continued asking questions of Ms. Erkan.[65] Nevertheless, Ms. Erkan's own testimony at trial conceded the fact that the emails were based on the knowledge of others and used by Ms. Erkan to establish the existence of community property in Turkey.[66] It is hard to think of any testimony that would be more egregiously inadmissible hearsay than what was presented in this case by Ms. Erkan: emails from a hotmail.com account, in a foreign language, used to establish the existence and community status of property located in a foreign country.

Further, Mr. Erkan's testimony on the Turkey properties was also based on the content of the emails.[67] Texas courts of appeal have long been aware that "[e]mails written in preparation of litigation indicate a lack of trustworthiness."[68] Here, it is clear that preparation for litigation was the sole purpose behind the

---

[65] 2 R.R. 16-17.

[66] 2 R.R. 16 (stating "They lawyer in Turkey told me they are correct.").

[67] *See* 2 R.R. 34 (stating "I just found out.").

[68] *Estate of Wren v. Bestinelli*, No. 06-09-00060-CV, 2010 WL 173828, at *3 (Tex. App.—Texarkana Jan. 20, 2010, pet denied) (mem. op.) (citations omitted).

emails obtained by Ms. Erkan. For this reasons, many courts have refused to admit emails over hearsay objections in litigation.[69]

### b. Ms. Erkan's emails are inadmissible hearsay under the Texas Rules of Evidence and she failed to identify any applicable exception.

Under Texas law, hearsay is defined a "statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted."[70] The proponent of hearsay has the burden of showing that the testimony fits within an exception to the general rule prohibiting the admission of hearsay evidence.[71] Thus, after Mr. Erkan raised his objection, Ms. Erkan—as the proponent—had the burden to identify a proper exception to TEX. R. EVID. 802. But she never did. Texas law prohibits hearsay evidence absent application of some exception.[72] Here, after Mr. Erkan objected to the admission of the emails, the judge admitted both emails without Ms. Erkan even identifying an exception to TEX. R. EVID. 802. Ms. Erkan's failure to identify, let alone meet, one of the exceptions means the trial court abused its discretion in admitting both exhibits to establish the existence of property in Turkey and their status as community property.

---

[69] *See id.*

[70] TEX. R. EVID. 801(d).

[71] *Volkswagen of Am., Inc. v. Ramirez*, 159 S.W.3d 897, 908 n.5 (Tex. 2004).

[72] TEX. R. EVID. 802.

**c.** ***The trial court's admittance of the emails by Ms. Erkan resulted in an improper characterization and harm to Mr. Erkan.***

Here, not only did the trial court admit the emails over objection, but it also relied on that evidence to show that the property in Turkey was a community asset. The use of the evidence by the trial court resulted in a mischaracterization of separate property as community property and caused the court to divest Mr. Erkan of his ownership interest in it.

In Texas, "[a]ll marital property is either separate or community."[73] Property possessed by either spouse during or upon the dissolution of their marriage is presumed to be community property.[74] But a spouse's separate property consists of: (1) the property owned or claimed by the spouse before marriage; (2) the property acquired by the spouse during marriage by ***gift, devise, or descent***; and (3) the recovery for personal injuries sustained by the spouse during marriage, except any recovery for loss of earning capacity during the marriage.[75] Clear and convincing evidence is necessary to establish property as separate property.[76] A

---

[73] *Hilley v. Hilley*, 342 S.W.2d 565, 567 (Tex. 1961), *superseded by constitutional amendment on other grounds*, TEX. CONST. ART. XVI, § 15, *as recognized in Holmes v. Beatty*, 290 S.W.3d 852 (Tex. 2009).

[74] TEX. FAM. CODE ANN. § 3.003(a) (West 2006).

[75] TEX. FAM. CODE ANN. § 3.001 (West 2006) (emphasis added).

[76] TEX. FAM. CODE ANN. § 3.003(b) (West 2006).

trial court may not divest a party of his separate property by a divorce decree.[77]

"A person seeking to reverse a judgment based on evidentiary error need not prove that but for the error a different judgment would necessarily have been rendered, but only that the error *probably resulted in an improper judgment*."[78] A successful challenge to an evidentiary ruling requires the complaining party to show that the judgment turns on the particular evidence excluded or admitted.[79] An appellate court determines whether the case turns on the evidence excluded by reviewing the entire record.[80]

The unique facts of this case place Mr. Erkan in the unenviable position of having his father put property into his name, without informing him,[81] and having to address fact this in court without possessing direct knowledge of the gift. Such a judicial quagmire robbed Mr. Erkan of the opportunity to properly put on evidence of the properties status or the vestment of his interest in it. By admitting the hearsay evidence, Mr. Erkan needed to put on evidence about the Turkish

---

[77] *In re Marriage of Murray*, 15 S.W.3d 202, 205 (Tex. App.—Texarkana 2000, no pet.) (citing *Eggemeyer v. Eggemeyer*, 554 S.W.2d 137, 142 (Tex. 1977)).

[78] *City of Brownsville v. Alvarado*, 897 S.W.2d 750, 753 (Tex. 1995) (emphasis added) (citing *McCraw v. Maris*, 828 S.W.2d 756, 758 (Tex. 1992) and *King v. Skelly*, 452 S.W.2d 691, 696 (Tex. 1970)).

[79] *See GT & MC, Inc. v. Texas City Ref., Inc.*, 822 S.W.2d 252, 257 (Tex. App.—Houston [1st Dist.] 1991, writ denied).

[80] *Boothe v. Hausler*, 766 S.W.2d 788, 789 (Tex. 1989) (per curiam).

[81] Appellant's Brief at 1.

properties without having direct knowledge of the time and circumstances from which he may have acquired his interest in them.[82] Yet, the facts of this case are even more troubling, because when Texas spouses acquire out-of-state real estate, the law of the situs controls.[83] Here, neither party asked the trial court to take judicial notice of Turkish law.

Under Texas law, to constitute a "gift inter vivos" there must be a delivery of possession of the subject matter of the gift by the donor to the donee, coupled with a purpose on the part of the donor to vest in the donee, unconditionally and immediately, ownership of the property delivered.[84] In this case, the gift law of the situs would directly impact the ownership status and any vestment of interest in the property. But the Court never considered this fact or these issues before dividing the property in the *Amended Final Decree of Divorce*. There is, however, in Texas a presumption that a parent intends to make a gift to his child if the parent delivers

---

[82] *See generally Colden v. Alexander*, 171 S.W.2d 328, 334 (Tex. 1943) ("The character of property, whether separate or community, is fixed at the very time of acquisition"); *Wierzchula v. Wierzchula*, 623 S.W.2d 730, 731–32 (Tex. Civ. App.—Houston [1st Dist.] 1981, no writ) ("Character of property as separate or community is determined at time of inception of title; inception of title occurs when party first has right of claim to property by virtue of which title is finally vested").

[83] *See* J. Thomas Oldham, *Conflict of Laws and Marital Property Rights*, 39 BAYLOR L. REV. 1255, 1274 (1987) ("Although the marital property rights of spouses in realty are said to be governed by the law of the situs, it must also be remembered that marital property rights in personalty are said to be created at the time the personalty is acquired. Any later mutation of such personalty into realty does not affect the marital property rights created when the personalty was first acquired.").

[84] *Wells v. Sansing*, 245 S.W.2d 964, 965 (Tex. 1952) (citations omitted).

possession, conveys title, or purchases property in the name of a child.[85] Although not a minor, Mr. Erkan's ownership interest, if any, nevertheless, came from the titling in his name by a parent. Thus, this presumption should apply in this case as well.

Therefore, there are two possible harms that occurred to Mr. Erkan by the actions of the trial court. First, the trial court divested him of his separate property that was acquired as a gift from his father. Second, a gift had not yet taken place, since Mr. Erkan did not know of the property that was put in his name and delivery had yet to occur. Thus the trial court divested property from Mr. Erkan's father— who was not a party to the divorce of his son. If we presume that the law of the situs is the same as Texas, then by placing the title in Mr. Erkan's name, a gift inter vivos was made and the trial court divested Mr. Erkan of his separate property.[86]

The sole remaining question is whether this mischaracterization constitutes harmful error.

---

[85] *Burk v. Turner*, 15 S.W. 256 (Tex. 1891); *Reeves v. Simpson*, 144 S.W. 361 (Tex. Civ. App.— Fort Worth 1912, no writ); *Woodworth v. Cortez*, 660 S.W.2d 561, 564 (Tex. App.—San Antonio 1983, writ ref'd n.r.e.).

[86] Texas courts have previously held that the law of the situs must be pleaded and proved or recognized by judicial notice, or the court will presume the law of situs is the same as the law in Texas. *Brock v. Brock*, 586 S.W.2d 927, 930–31 (Tex. Civ. App.—El Paso 1979, no writ) (Texas residents owning New Mexico land; court applied Texas law, since party offered no pleading or proof of New Mexico laws). However, in such cases, the status of the property as being owned was clear. Here, there is some question as to whether a gift was fully made or not.

In determining the presence of harmful error, Texas appellate courts consider, among other factors, whether a party emphasized the evidence, and its overall role in the case.[87] Where erroneously admitted evidence is ***crucial to a key issue***, the error is likely to be harmful.[88] In this case, the exhibits constituted the core of Ms. Erkan's claim that Mr. Erkan owned property in Turkey and that the property in question was community property.[89] The admission of the emails and Ms. Erkan's testimony about their content constitutes harmful error because they were "directly related to the central issue in the case," the division of property.[90] Further, when a trial court mischaracterizes separate property as community property, the error requires reversal because the spouse is divested of separate property.[91]

In this case, there can be little doubt as to the effect of the improperly admitted evidence. Without the admittance of the emails into evidence and Ms. Erkan's corresponding testimony, the only evidence related to property in Turkey

[87] *See generally Reliance Steel & Aluminum Co. v. Sevcik*, 267 S.W.3d 867, 871 (Tex. 2008).

[88] *State v. Central Expressway Sign Assocs.*, 302 S.W.3d 866, 870 (Tex. 2009) (citation omitted).

[89] *See* 2 R.R. 27-41.

[90] *Id.* at 874.

[91] *See Eggemeyer v. Eggemeyer*, 554 S.W.2d 137, 142 (Tex. 1977) ("Trial courts have a broad latitude in the division of the marital community property, but that discretion ***does not extend*** to a taking of the fee to the separate property of the one and its donation to the other.") (emphasis added); *Leighton v. Leighton*, 921 S.W.2d 365, 368 (Tex. App.—Houston [1st Dist.] 1996, no writ).

would have been the testimony of Mr. Erkan: that his father owned investments in Turkey.[92] Thus, the testimony of Mr. Erkan would have been uncontroverted by Ms. Erkan and there would have been no cause to consider any Turkey property as part of the community estate or to award any of the property to Ms. Erkan.[93] Therefore, this Court should reverse the trial court's judgment on the evidentiary issue and remand that issue for further proceedings.

**3. The trial court lacked jurisdiction to convey property located outside of Texas to Ms. Erkan.**

In reviewing whether a trial court had jurisdiction over a property question, Texas appellate courts review the question of jurisdiction de novo.[94] "When conducting a de novo review, the reviewing tribunal exercises its own judgment and redetermines each issue of fact and law. In such a review, the reviewing tribunal accords the original tribunal's decision absolutely no deference."[95]

---

[92] 2 R.R. 24 (stating, "My father had a business in the past and they had some investments and he has some income from that business. So he's trying to help me, because I just - - because I shouldn't be in a bad situation.").

[93] The status of property as separate may be established by uncontroverted testimony along. *Holloway v. Holloway*, 671 S.W.2d 51, 55 (Tex. App.—Dallas 1983, writ dism'd) (party's uncontroverted testimony alone is sufficient to establish separate property nature of asset).

[94] *Henning v. Welborn*, 27 S.W.3d 132, 136 (Tex. App.—San Antonio 2000, pet. denied).

[95] *Quick v. City of Austin*, 7 S.W.3d 109, 116 (Tex. 1998) (citations omitted).

It is well settled Texas law that Texas courts cannot adjudicate title to interests in real property located outside the borders of the state.[96] Although Texas courts may "indirectly affect title to property located in another state[]" through permissible indirect action, Texas courts lack the jurisdiction to decide ownership issues of such property.[97] Such action is seen as directly affecting title of foreign property without jurisdiction or authority to do so.[98]

Here, the only evidence admitted, other than Mr. Erkan's testimony about the apartment that his parent's live in and that he was awarded in the *Amended Final Decree of Divorce*, were the two emails and Ms. Erkan's corresponding testimony about the emails, which were previously examined in the context of the hearsay analysis. But, and perhaps most importantly, even if the hearsay evidence was properly allowed in, then there still exists a dispute over foreign title. Yet this is a dispute that Texas courts do not have jurisdiction to resolve.[99] By determining that the Turkey properties were community assets and awarding them, the trial

---

[96] *See Kelly Oil Co., Inc. v. Svetlik*, 975 S.W.2d 762, 764 (Tex. App.—Corpus Christi 1998, pet. denied).

[97] *See Greenpeace, Inc. v. Exxon Mobil Corp.*, 133 S.W.3d 804, 809 (Tex. App.—Dallas 2004, pet. denied); *Nagubadi v. Nagubadi*, No. 13-02-621-CV, 2005 WL 327962 (Tex. App.—Corpus Christi 2005, no pet.) (mem. op.) (Texas court lacked jurisdiction to decide that husband's father was owner of property located in India).

[98] *See McElreath v. McElreath*, 345 S.W.2d 722, 731 (Tex. 1961).

[99] *See Kelly Oil Co.*, 975 S.W.2d at 764.

court went beyond what was permissible for a Texas court when dealing with foreign property.

Judge Yelenosky essentially conceded that he was directly affecting title when he told Ms. Erkan, "whatever I do here, if I award you this property that you say exists in Turkey . . . you're going to have to take my order and do whatever you can with it to make it effective in Turkey"[100] and "the order is going to *assign them* to [Ms. Erkan] under United States law."[101] Thus the division of the Turkish properties in the *Amended Final Decree of Divorce* was impermissible and the trial court erred in attempting to adjudicate it, contrary to well-settled Texas law. Therefore, this Court should reverse the trial court's award of property in Turkey and instead render judgment for appellant on this issue, or remand to the trial court for further proceedings, if needed

## CONCLUSION

The trial court erred when it: (1) prevented Mr. Erkan from having overnight visitation with his children, unless and until he could maintain a home with separate bedrooms for each child; (2) admitted, over objection, evidence related to the existence and character of property owned by Mr. Erkan in Turkey; and (3)

---

[100] 2 R.R. 49.

[101] 2 R.R. 73 (emphasis added).

awarded Ms. Erkan separate property owned by Mr. Erkan that is located in Turkey.

As a result, Mr. Erkan asks that this court reverse the trial court's judgment on the possession order, exclude from the *Amended Final Decree of Divorce* the restriction preventing him from having overnight visitation with his children, and remand that issue for any further proceedings.

Further, Mr. Erkan asks this court to reverse the trial court's judgment on the evidentiary issue and remand that issue for further proceedings.

Finally, Mr. Erkan asks this Court to reverse the trial court's award of property in Turkey and instead render judgment for appellant on this issue, or remand to the trial court for further proceedings, if needed.

Respectfully submitted,

_____
Jennifer L. Mathis
Texas Bar No. 24081964
mathisjl@gmail.com
3603 Parkway Terrace
Bryan, Texas 77802
(972) 822-6374 – Telephone
(972) 692-5223 – Fax

ATTORNEY FOR APPELLANT

## CERTIFICATE OF COMPLIANCE

This brief was prepared using Microsoft Word. Relying on the word count function in that software, I certify that this brief contains 8,410 words (excluding the cover, tables, signature block, and certificates).

_____
Jennifer L. Mathis

30

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, pursuant to the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing instrument was mailed to Appellee on August 17, 2015, at the following address:

Habibe Nalan Erkan
8804 Tallwood Drive, Apt. 29
Austin, Texas 78759

Jennifer L. Mathis

**NO. 03-14-00148-CV**

**IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS**

**MEHMET TURAN ERKAN,**

*Appellant*,

**v.**

**HABIBE NALAN ERKAN,**

*Appellee*.

On Appeal from the 201st Judicial District Court
Travis County, Texas
Trial Court Cause No. D-1-FM- 12-002773
The Honorable Stephen Yelenosky, Presiding Judge

**APPELLANT'S APPENDIX**

Jennifer L. Mathis
Texas Bar No. 24081964
mathisjl@gmail.com
3603 Parkway Terrace
Bryan, Texas 77802
(972) 822-6374 – Telephone
(972) 692-5223 – Fax
       ATTORNEY FOR APPELLANT

*Amended Final Decree of Divorce* ............................................................ Tab 1

Emails from Ms. Erkan.................................................................... Tab 2

Tax returns of Mr. Erkan[1] ........................................................ Tab 3

Letter from Mr. Erkan's family[2] ............................................. Tab 4

Title Deeds[3] ................................................................................ Tab 5

---

[1] The tax returns from 1999 and 2000 were not admitted at trial, but are included here.

[2] The letter from Mr. Erkan's family was not admitted at trial, but is included here.

[3] The title deeds were not admitted at trial, but are included here.

Respectfully submitted,

_____
Jennifer L. Mathis
Texas Bar No. 24081964
mathisjl@gmail.com
3603 Parkway Terrace
Bryan, Texas 77802
(972) 822-6374 – Telephone
(972) 692-5223 – Fax

ATTORNEY FOR APPELLANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, pursuant to the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing instrument was mailed to Appellee on August 17, 2015, at the following address:

Habibe Nalan Erkan
8804 Tallwood Drive, Apt. 29
Austin, Texas 78759

_____
Jennifer L. Mathis

# Tab 1

**CLERK'S RECORD**

VOLUME 1 of 1

APPEAL

Trial Court Cause No. D-1-FM-12-002773

In the 201ST District Court
of Travis County, Texas
Honorable STEPHEN A. YELENOSKY Judge Presiding

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/13/2015 3:21:44 PM

JEFFREY D. KYLE
Clerk

ERKAN, Plaintiff(s)

vs.

ERKAN, Defendant(s)

Appealed to the
Court of Appeals for the Third District of Texas, at Austin, Texas

Attorney for Appellant(s): ERKAN TURAN MEHMET
505 WEST 7TH STREET, APT 119 AUSTIN, TEXAS 78701
Telephone no.: (512)9452023
Fax no.: ( )
SBOT no.:

Delivered to the
Court of Appeals for the Third District of Texas, at Austin, Texas
on the 13 day of July, 2015.

Chloe Jimenez
Deputy

36

INDEX

| FILED DATE | DOCUMENT DESCRIPTION | DOCUMENT CATEGORY | PAGE |
|---|---|---|---|
| | Appeals Cover Page | Appeal Cover Page | 1-1 |
| | Index | Index | 2-2 |
| 3/6/2014 | !ORD:OTHER ORDER | !ORD:OTHER ORDER | 3-31 |
| | Clerks Record Page | Clerks Record | 32-32 |

NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA.



*Print court information exactly as it appears on the Petition for Divorce.*

Cause Number: **D-1-FM-12-002773**

**IN THE MATTER OF THE MARRIAGE OF**

Petitioner: **MEHMET TURAN ERKAN**
*Print first, middle and last name of the spouse filing for divorce.*

And

Respondent: **HABIBE NALAN ERKAN**
*Print first, middle and last name of other spouse.*

In the **201 ST**
*Court Number*

☑ District Court
☐ County Court at Law

**TRAVIS** County, Texas

Filed In The District Court of Travis County, Texas
MAR - 6 2014
At
Amalia Rodriguez-Mendoza, Clerk

**AND IN THE INTEREST OF:** *(List all children you and your spouse have together who are under 18 or still in high school.)*

1. ███████ ███████  3. _____
4. _____ 5. _____ 6. _____

## Amended Final Decree of Divorce

A hearing took place on **October 22, 2013 and December 9, 2013. On October 22, 2013, the hearing was continued in order for the parties to conduct further discovery.**
*Date*

There was no jury. Neither the husband nor wife asked for a jury.

## 1. Appearances

### Petitioner

The Petitioner's name is: **Mehmet Turan Erkan**.
*First* *Middle* *Last*

The Petitioner is the: *(Check one.)* ☑ Husband ☐ Wife

*(Check one.)*

☑ The Petitioner **was present**, representing him/herself  The Petitioner announced ready for trial.

☐ The Petitioner **was present**, representing him/herself.  The Petitioner has signed below agreeing to the terms of this Final Decree of Divorce (called "Decree" throughout this document).

☐ The Petitioner **was not present** but has signed below, agreeing to the terms of this Decree.

### Respondent

The Respondent's name is: **Habibe Nalan Erkan**.
*First* *Middle* *Last*

The Respondent is the: *(Check one.)* ☐ Husband ☑ Wife

*(Check one.)*

☑ The Respondent **was present**, representing him/herself.  The Respondent announced ready for trial.

☐ The Respondent **was present**, representing him/herself.  The Respondent has signed below agreeing to the terms of this Decree.

☐ The Respondent was **not present**, but filed an Answer or Waiver of Service and has signed below agreeing to the terms of this Decree.

☐ The Respondent was **not present**, but filed a Global Waiver of Service that waived Respondent's right to notice of this hearing and did not otherwise appear.

☐ The Respondent was **not present**, but was served and has defaulted. The Petitioner has filed a Certificate of Last Known Address and a Military Status Affidavit.

**The Court fills out this box.**

## 2. Record

☑ A Court reporter recorded today's hearing.

☐ A Court reporter did not record today's hearing because the Husband, Wife, and judge agreed not to make a record.

☐ A Statement of the Evidence was signed by the Court.

## 3. Jurisdiction

The Court heard evidence and finds that it has jurisdiction over this case and the parties, that the residency and notice requirements have been met, and the *Petition for Divorce* meets all legal requirements.

The Court finds that: *(Check one.)*

☑ It has been at least 60 days since the *Petition for Divorce* was filed.

☐ the 60 day waiting period is not required because: *(Check one.)*

 ☐ Petitioner has an active Protective Order under Title 4 of the Texas Family Code, or an active magistrate's order for emergency protection under Article 17.292 of the Texas Code of Criminal Procedure against Respondent because Respondent committed family violence during the marriage.

 ☐ Respondent has a final conviction or has received deferred adjudication for a crime involving family violence against Petitioner or a member of Petitioner's household.

## 4. Divorce

IT IS ORDERED that the Petitioner and the Respondent are divorced.

## 5. Children

### 5A. Children Husband and Wife Have Together

The Court finds that the Husband and Wife are the parents of the children listed below and that there are no other children born to or adopted by Husband and Wife who are under 18 **or** still in high school.

*(List all biological and adopted children you and your spouse have together who are under 18 or over 18 and still in high school.)*



| | Child's name | Sex | Date of Birth | Place of Birth | Social Security # | State where child lives now |
|---|---|---|---|---|---|---|
| 1 | ██████ | F | ████ | Austin, Texas | ████ | Texas |
| 2 | ██████ | m | ████ | Austin, Texas | ████ | Texas |
| 3 | | | / / | | | |
| 4 | | | / / | | | |
| 5 | | | / / | | | |
| 6 | | | / / | | | |

The Court finds that there are **no other court orders** regarding any of the children listed above.

### 5B. Disabled Children

The Court finds that the Husband and Wife do **not** have any disabled children of any age.

> **Remember:** Talk to a lawyer if you have a disabled child or an adult disabled child. You or your spouse may be entitled to child support even after the child becomes an adult.

### 5C. Pregnancy

The Court finds that the Wife is **not** pregnant.

> **Remember:** You cannot finish your divorce while the wife is pregnant.

### 5D. Children Born during the Marriage, but the Husband is Not the Father

(Check one.)

☑ The Court finds that the Wife did **not** have children with another man while married to the Husband.

☐ The Court finds that the child/ren listed below was/were born to the Wife during the marriage, but the Husband is not the biological father. The Court further finds that:

> **Remember:** If the wife had children with another man while married to the husband, _you cannot finish your divorce until:_ 1) a court order establishes that another man is the father of the children, _or_ 2) a court order establishes that the Husband is _not_ the father of the children, _or_ 3) paternity of the children is established by filing a valid Acknowledgment and Denial of Paternity. See Texas Family Code Section 160.204. Get more information about establishing paternity at _www.TexasLawHelp.org._

(Check all that apply.)

☐ A court order has established that another man is the biological father of the child/ren listed below. A copy of the court order is attached to this Decree as Exhibit ____.

☐ A court order has established that the Husband is _not_ the biological father of the child/ren listed below. A copy of the court order is attached to this Decree as Exhibit ____.

☐ A valid _Acknowledgement of Paternity_ was signed by the biological father _and_ a valid _Denial of Paternity_ was signed by the Husband for the child/ren listed below. The _Acknowledgment of Paternity_ and _Denial of Paternity_ were filed with the Vital Statistics Unit. A copy of the _Acknowledgment of Paternity_ and _Denial of Paternity_ is attached to this Decree as Exhibit ____.

You _must_ list all children born during the marriage who are _not_ the biological or adopted children of the husband.

| | Child's name | Sex | Date of Birth |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

## 6. Parenting Plan

The Court finds that the following orders concerning the rights and duties of the Husband and Wife in relation to their child/ren, including orders for conservatorhip (custody), possession and access (visitation), child support and medical support, are in the child/ren's best interest.

The Court further finds that these orders constitute the parenting plan of the Court for the child/ren listed by name in **5A** above.

# 7. Conservatorship (Custody)

## 7A. Rights and Duties of Both Parents

The Court **ORDERS** that <u>both</u> parents *always* have the following rights:

1. The right to receive information from the other parent or conservator about the child/ren's health, education, and welfare;

2. The right to talk or confer with the other parent, to the extent it is possible, about upcoming decisions concerning the child/ren's health, education, and welfare;

3. The right to have access to the child/ren's medical, dental, psychological, and educational records;

4. The right to talk or consult with the child/ren's doctors, dentists, and psychologists;

5. The right to talk or consult with school officials, including teachers, and school staff, about the child/ren's welfare and educational status and school activities;

6. The right to attend the child/ren's school activities;

7. The right to be designated as an emergency contact on their child/ren's records;

8. The right to give consent for emergency medical, dental, and surgical treatment if the child/ren's health or safety is in immediate danger; and

9. Each parent has the right to manage the child/ren's estate(s) if he or she created it for the child/ren or if that parent's family created it for the child/ren.

The Court **ORDERS** that <u>both</u> parents *always* have the following duties:

1. the duty to inform the other parent in a timely manner of significant information concerning the health, education, and welfare of the child/ren; and

2. the duty to inform the other parent if the parent resides with for at least thirty days, marries, or intends to marry a person who the parent knows is registered as a sex offender under chapter 62 of the Code of Criminal Procedure or is currently charged with an offense that would require the person to register as a sex offender under that chapter, if convicted. The parent IS ORDERED to give this notice as soon as practicable, but no later than the 40th day after the date the parent or conservator begins to reside with the person, or within 10 days of marrying the person. The notice must include a description of the offense that required the person to register as a sex offender or the offense that the person is charged with that may require the person to register as a sex offender. WARNING: A CONSERVATOR COMMITS AN OFFENSE PUNISHABLE AS A CLASS C MISDEMEANOR IF THE CONSERVATOR FAILS TO PROVIDE THIS NOTICE.

The Court **ORDERS** that <u>each</u> parent, during his or her periods of possession of the children, has the following rights and duties:

1. The duty to care for, control, protect, and reasonably discipline the child/ren;

2. The duty to support the child/ren, including providing them with food, clothing, and shelter, and medical and dental care that does not involve an invasive procedure;

3. The right to consent to non-invasive medical and dental care for the child/ren; and

4. The right to direct the child/ren's moral and religious training.

## 7B. Parents Appointed Conservators

If the parents will be *joint managing conservators*, check box **7B(1)** below and fill in the requested information.

If one parent will be the *sole managing conservator* and the other will be the *possessory conservator*, check box **7B(2)** on the next page and fill in the requested information.

**7B(1)** ☑ **Joint Managing Conservators**

The Court **ORDERS** that the parents are appointed **Joint Managing Conservators and:**

*(Check 7B(1)(a) or 7B(1)(b).)*

**7B(1)(a)** ☑ **One Parent Has the Exclusive Right to Decide Where the Child/ren Live.**

The Court **ORDERS** that __Habibe Nalan Erkan__
<span style="font-size:smaller">Print the name of the parent who will decide where the child/ren live.</span>

has the **exclusive** right to designate the primary residence of the child/ren and that s/he:
*(Check one.)*

☐ may designate the child/ren's residence without regard to geographic location.

☑ must designate the child/ren's residence within the following geographic area:
*(Check one.)*

    ☐ the school attendance zone of: _____.

    ☑ this county. **(Travis)** ☐ this county or county adjacent to this county.

    ☐ Texas.        ☐ other: _____.

**7B(1)(b)** ☐ **Neither Parent Has the Exclusive Right to Decide Where the Child/ren Live.**

The Court **ORDERS** that neither parent has the exclusive right to designate the primary residence of the children. However, both parents are **ORDERED** not to move the children's primary residence from the following geographic area:
*(Check one.)*

☐ the school attendance zone of: _____.

☐ this county.    ☐ this county or county adjacent to this county.

☐ other: _____.

The Court **ORDERS** that the parents, as **Joint Managing Conservators**, also have the rights and duties as marked below. The right or duty listed in the 1st column shall be exercised by the parent or parents as marked in the 2nd, 3rd, 4th, or 5th column.

| *(Check one box in each row.)* | Mother exclusively | Father exclusively | Parents jointly | Parents independently |
|---|---|---|---|---|
| 1. the right to consent to invasive medical, dental, and surgical treatment for the child/ren | ☐ | ☐ | ☑ | ☐ |
| 2. the right to consent to psychiatric or psychological treatment for the child/ren | ☐ | ☐ | ☑ | ☐ |
| 3. the right to receive child support and save or spend these funds for the child/ren's benefit | ☑ | ☐ | No | No |
| 4. the right to represent the child/ren in a legal action and make important legal decisions that affect the child/ren | ☐ | ☐ | ☑ | ☐ |
| 5. the right to consent to a child's marriage, or to a child enlisting in the U.S. Armed Forces | ☐ | ☐ | ☑ | ☐ |
| 6. the right to make decisions concerning the child/ren's education | ☐ | ☐ | ☑ | ☐ |

(Check one box in each row.)

| | Mother exclusively | Father exclusively | Parents jointly | Parents independently |
|---|---|---|---|---|
| 7. the right to the services and earnings of the child/ren | ☐ | ☐ | ☑ | ☐ |
| 8. the right to make decisions for the child/ren about their estates if required by law (unless the child/ren have a guardian or attorney ad litem or guardian of the estate) | ☐ | ☐ | ☑ | ☐ |
| 9. the duty to manage the child/ren's estates to the extent the estates have been created by the parents' community or joint property. | ☐ | ☐ | ☑ | ☐ |

**7B(2) ☐ Sole Managing Conservator and Possessory Conservator**

The Court **ORDERS** that _____ is
        *(Print the name of the parent appointed Sole Managing Conservator of the children.)*
appointed **Sole Managing Conservator** of the children.

The Court **ORDERS** that _____ is
        *(Print the name of the parent appointed Possessory Conservator of the children.)*
appointed **Possessory Conservator** of the children.

The Court **ORDERS** that the **Sole Managing Conservator** has the following <u>exclusive</u> rights and duty:

1. the right to designate the primary residence of the child/ren without geographic restriction;
2. the right to consent to medical, dental, and surgical treatment for the child/ren involving invasive procedures;
3. the right to consent to psychiatric and psychological treatment of the child/ren;
4. the right to receive child support and to save or spend these funds for the benefit of the child/ren;
5. the right to represent the child/ren in legal action and to make other decisions of substantial legal significance concerning the child/ren;
6. the right to consent to marriage and to enlistment in the United States Armed Forces;
7. the right to make decisions concerning the child/ren's education;
8. the right to the services and earnings of the child/ren;
9. except when a guardian of the child/ren's estates or a guardian or attorney ad litem has been appointed for the child/ren, the right to act as an agent of the child/ren in relation to the child/ren's estates if the child/ren's action is required by a state, the United States, or a foreign government;
10. the duty to manage the estates of the child/ren to the extent the estates have been created by community property or the joint property of the parents.

**7C. Order Regarding Passports for the Children**

The Court **ORDERS** that: *(Check one.)*

☐ Mother shall have the <u>exclusive</u> right to apply for and renew passports for the child/ren.

☐ Father shall have the <u>exclusive</u> right to apply for and renew passports for the child/ren.

☑ Neither parent shall have the <u>exclusive</u> right to apply for and renew passports for the child/ren.

© TexasLawHelp.org, *Final Decree of Divorce with Children*, June 2013        Page 6 of 23

The parties are ordered to follow the standard possession and access order, except that Mehmet Turan Erkan must obtain and maintain a home with a bedroom for each child before the children may visit over night.

## 8. Possession and Access (Visitation)

The Court **ORDERS** that the parents shall have possession and access to the child/ren as ordered in the:

*(Check one. Attach the appropriate Possession and Access Order to this Decree. Write Exhibit A at the top.)*

☑ Standard Possession and Access Order attached as Exhibit A and fully incorporated into this Decree.

☐ Modified Possession and Access Order attached as Exhibit A and fully incorporated into this Decree.

☐ Supervised Possession and Access Order attached as Exhibit A and fully incorporated into this Decree.

*(Check only if needed. Attach a Possession and Access Order for Child Under 3 to this Decree. Write Exhibit B at the top.)*

☐ The Court **ORDERS** that until a child is 3 years old, the parents shall have possession and access to the child as ordered in the Possession and Access Order for Child Under 3 attached as Exhibit B and fully incorporated into this Decree. The Court **ORDERS** that beginning on the child's 3rd birthday, the parents shall have possession and access to the child as ordered in the Possession and Access Order attached as Exhibit A.

## 9. Child Support

### 9A. Order to Pay Child Support

The Court **ORDERS** _Mehmet Turan Erkan_ (Obligor) to pay
*(Print the name of the parent who will pay child support.)*

child support to _Habibe Nalan Erkan_ (Obligee) in the amount
*(Print the name of the parent who will receive child support.)*

and manner described below until one of the following **events that terminate child support** occurs for

each child.

### Events that Terminate Child Support  *(See Texas Family Code Sections 154.006 and 154.002.)*

The obligation to pay child support for a child terminates when:

- The child turns 18, unless when the child turns 18 he or she is enrolled and complying with attendance requirements in a secondary school program leading toward a high school diploma or enrolled in courses for joint high school and junior college credit then child support terminates at the end of the month in which the child graduates. *-or-*
- The child marries, dies, or is emancipated by court order. *-or-*
- The child begins active duty in the United States armed forces. *-or-*
- A court terminates the parent-child relationship between the man ordered to pay child support and the child based on genetic testing that determines the man is not the child's father. *-or-*
- The person ordered to pay child support and the person ordered to receive child support marry or remarry each other, unless a nonparent or agency has been appointed conservator of the child.

### 9B. Obligor and Obligee

The Court **ORDERS** that the parent ordered to **pay** child support above is the **Obligor** and will be referred to as the **"Obligor"** throughout this section and section 10.

The Court **ORDERS** that the parent ordered to **receive** child support above is the **Obligee** and will be referred to as the **"Obligee"** throughout this section and section 10.

### 9C. Child Support Amount(s)

*If only <u>one</u> child will receive support, check box 9C(1) and fill in the child support amount.*

*If <u>more</u> than one child will receive support, check box 9C(2) and fill in the child support amounts.*

**9C(1)** ☐ **For a Single Child** *Write in the child support amount for the single child on the 1ˢᵗ line below.*
*Write in the date the 1ˢᵗ child support payment is due on the 2ⁿᵈ line.*
*Choose a due date that is after the date this decree will be signed by the Court.*

Obligor is **ORDERED** to pay $_____ child support per month. The 1ˢᵗ payment is

due on _____. A like payment is due on the 1ˢᵗ day of each month
Month / Day / Year

after that **until** child support terminates for the child.

**9C(2)** ☑ **For Multiple Children** *Write in the total child support amount for <u>all</u> of the children on the 1ˢᵗ line.*
*Write in the date the 1ˢᵗ child support payment is due on the 2ⁿᵈ line. Choose a due date that is after the date this decree will be signed by the Court.*
*On each additional line, write in the child support amount for <u>one fewer</u> child. For example, if you have 3 children write in the child support amount for all 3 children on the 1ˢᵗ line, the child support amount for 2 children on the 3ʳᵈ line and the child support amount for 1 child on the 4ᵗʰ line.*

*Note: Child support based on the guidelines set out in Texas Family Code Chapter 154, Subchapter C, <u>decreases</u> each time child support terminates for one of the children.*

Obligor is **ORDERED** to pay $ **342** child support per month. The 1ˢᵗ payment is

due on **January 1, 2014** A like payment is due on the 1ˢᵗ day of each month after
Month / Day / Year

that **until** child support terminates for <u>one</u> child.

After child support terminates for <u>one</u> child, Obligor is **ORDERED** to pay $ **273.60**
child support per month. The 1ˢᵗ payment is due on the 1ˢᵗ day of the 1ˢᵗ month after child
support terminates for one child. A like payment is due on the 1ˢᵗ day of each month after that
**until** child support terminates for a <u>second</u> child.

After child support terminates for <u>two</u> children, Obligor is **ORDERED** to pay $_____
child support per month. The 1st payment is due on the 1st day of the 1st month after child
support terminates for a second child. A like payment is due on the 1st day of each month after
that **until** child support terminates for a <u>third</u> child.

After child support terminates for <u>three</u> children, Obligor is **ORDERED** to pay $_____
child support per month. The 1ˢᵗ payment is due on the 1ˢᵗ day of the 1ˢᵗ month after child
support terminates for a third child. A like payment is due on the 1ˢᵗ day of each month after
that **until** child support terminates for a <u>fourth</u> child.

After child support terminates for <u>four</u> children, Obligor is **ORDERED** to pay $_____
child support per month. The 1ˢᵗ payment is due on the 1ˢᵗ day of the 1ˢᵗ month after child
support terminates for a fourth child. A like payment is due on the 1ˢᵗ day of each month after
that **until** child support terminates for a <u>fifth</u> child.

After child support terminates for <u>five</u> children, Obligor is **ORDERED** to pay $_____
child support per month. The 1ˢᵗ payment is due on the 1ˢᵗ day of the 1ˢᵗ month after child
support terminates for a fourth child. A like payment is due on the 1ˢᵗ day of each month after
that **until** child support terminates for a <u>sixth</u> child.

---

*Warning! Do <u>not</u> pay child support directly to the other parent. Send all child support payments to the <u>Texas Child Support Disbursement Unit, PO Box 659791, San Antonio, TX 78265.</u> If you pay child support directly to the other parent, you won't get credit and you may have to pay again!*

---

## 9D. Place of Payment

The Court ORDERS Obligor to send all child support payments to the **Texas Child Support State Disbursement Unit, PO Box 659791, San Antonio, TX 78265**, for distribution according to law.

The Court ORDERS Obligor to include the following information with each payment:
- Name of parent ordered to *pay* child support, **and**
- Name of parent ordered to *receive* child support, **and**
- Cause Number and County of Decree or Order, **and**
- Attorney General Case Number, if applicable.

Payments should be made out to the Texas State Disbursement Unit or TXSDU.

## 9E. No Credit for Informal Payments

IT IS ORDERED that money paid by Obligor directly to Obligee or spent while in possession of the child/ren does **NOT** count as child support and shall be deemed in addition to and not instead of the support ordered in this order.

## 9F. Child Support Account / Fees

Each parent is ORDERED to:
- Fill out any forms necessary to set up a child support account, **and**
- Take the forms to the local Domestic Relations Office or county child support liaison within 5 days after the judge orders child support, **and**
- Pay when due all fees charged to that parent by the state disbursement unit and any other agency authorized by law to a charge a fee for the collection and distribution of child support.

## 9G. Guideline or Non-Guideline Support

The Court finds that the child support ordered above is:

☑ **Guideline Support:** The amount of child support is approximately the amount recommended by the Texas Family Code Child Support Guidelines. *See Texas Family Code, Chapter 154, Subchapter C.*

☐ **Non-Guideline Support:** The amount of child support differs significantly from the amount recommended by the Texas Family Code Child Support Guidelines.

*(If the amount ordered is not based on the guidelines, you must also provide the following information.)*

The net monthly income/resources of the Obligor is $ _____.

The net monthly income/resources of the Obligee is $ _____.

Guideline child support would be _____ % of Obligor's <u>net</u> monthly resources, which is $_____ per month.

The **actual** monthly child support amount ordered is $_____, which is _____ % of Obligor's net monthly income/resources.

Guideline child support would be unjust or inappropriate under the circumstances because:

_____

_____

_____

_____

### 9H. Income Withholding

**IT IS ORDERED** that any employer of Obligor is ordered to withhold child support from Obligor's disposable earnings.

If an income withholding for support order is served on Obligor's employer, the employer shall withhold child support payments from Obligor's pay, and send it to the **Texas Child Support Disbursement Unit, PO Box 659791, San Antonio, TX 78265**, where the payments shall be recorded, and forwarded to Obligee. All child support withheld and paid in accordance with this order shall be credited against Obligor's child support obligation.

If the employer withholds less than 100% of the child support ordered, Obligor is ORDERED to send the balance owed to the **Texas Child Support Disbursement Unit, PO Box 659791, San Antonio, TX 78265**.

If an income withholding for support order is not served on the employer, or if Obligor's is self-employed or unemployed, Obligor's is ORDERED to send all child support payments to the **Texas Child Support Disbursement Unit, PO Box 659791, San Antonio, TX 78265**.

IT IS ORDERED that the Clerk of this Court shall cause a certified copy of the income withholding for support order to be delivered to any employer of Obligor, if asked to do so by Obligor, Obligee, a prosecuting attorney, the title IV-D agency, a friend of the Court, or a domestic relations office.

### 9I. Suspension of Income Withholding

*Check here if all parties agree not to have the employer withhold child support payments at this time.*

☐ The parties agree, and the Court ORDERS that an income withholding for support order shall not be served on the employer **unless**: 1) child support payments are more than 30 days late, 2) the past due amount is the same or more than the monthly child support amount, 3) another violation of this child support order occurs or 4) the Office of the Attorney General Child Support Division is providing services to Obligee. Obligor is ORDERED to send all child support payments to the **Texas Child Support Disbursement Unit, PO Box 659791, San Antonio, TX 78265**, where the payment will be recorded, and forwarded to Obligee.

### 9J. Change of Employment

Obligor is ORDERED to notify this Court and Obligee by U.S. certified mail, return receipt requested, of any change of address and of any termination of employment. This notice shall be given no later than **7 days** after the change of address or the termination of employment. This notice or a subsequent notice shall also provide the current address of Obligor and the name and address of Obligor's current employer, whenever that information becomes available.

### 9K. Child Support After Death

IT IS ORDERED that the provisions for child support in this decree shall be an obligation of Obligor's estate and shall not terminate on his/her death. Payments received for the benefit of the child/ren, including payments from the Social Security Administration, Department of Veterans Affairs, or other governmental agency or life insurance proceeds, annuity payments, trust distributions, or retirement survivor benefits, shall be a credit against this obligation. Any remaining balance of the child support is an obligation of Obligor's estate.

### 9L. Life Insurance Policy

*Check here if the person ordered to pay child support should also be ordered to maintain a life insurance policy for as long as child support is ordered.*

☐ As additional child support, the person paying child support under this order is ORDERED to obtain and maintain a life insurance policy on his or her life for as long as child support is ordered. The value of the policy shall be at least as much as the total child support obligation. The person receiving child support under this order must be named as the primary beneficiary for the benefit of the children.

## 10. Medical Support

### 10A. Obligation to Provide Medical Support

<u>As additional child support</u>, the Court **ORDERS** the parents to provide medical support as set out in this order for each child listed in *5A* above until one of the following *events that terminate child support and medical support* occurs for the child.

#### Events that Terminate Child Support and Medical Support

The obligation to pay child support and medical support for a child terminates when:

- The child turns 18, unless when the child turns 18 he or she is enrolled and complying with attendance requirements in a secondary school program leading toward a high school diploma or enrolled in courses for joint high school and junior college credit then child support terminates at the end of the month in which the child graduates. *-or-*
- The child marries, dies, or is emancipated by court order. *-or-*
- The child begins active duty in the United States armed forces. *-or-*
- A court terminates the parent-child relationship between the man ordered to pay child support and the child based on genetic testing that determines the man is not the child's father. *-or-*
- The person ordered to pay child support and the person ordered to receive child support marry or remarry each other, unless a nonparent or agency has been appointed conservator of the child.

---

*Note about the law:*

*The **Obligor** is the parent ordered to <u>pay</u> child support. The **Obligee** is the parent ordered to <u>receive</u> child support.*

*The law presumes that the **Obligor** (the parent ordered to <u>pay</u> child support) will also pay for the children's health insurance <u>or</u> pay cash medical support.   Texas Family Code 154.183*

*The law says that the monthly cost of health insurance is **reasonable** if it's not more than **9%** of the **Obligor's** monthly resources for all of Obligor's child/ren.   Texas Family Code 154.181(e)*

---

### 10B. Availability of Health Insurance

The Court makes the following findings regarding the <u>availability</u> of health insurance:

*(Check box **10B(1)** or **10B(2)** and fill in the requested information.)*

**10B(1)** ☐ Health insurance for the children **is** available at *reasonable* cost to **Obligor** through:

      ☐ **Obligor's** *work or membership in a union, trade association, or other organization or another source available to Obligor.* The actual cost of the health insurance is
      $ _____ per month.

      ☐ **Obligee's** *work or membership in a union, trade association, or other organization or another source available to Obligee.* The actual cost of the health insurance is
      $ _____ per month.

      *(**Note:** If health insurance for the children is available to <u>Obligee</u>, and Obligee has <u>other children</u> covered by the same health insurance determine the actual cost of insuring the children in this case by doing this: Divide the total cost of insuring all the children covered by the plan by the number of children insured. Then, multiply that number by the number of children in this case.)*

**10B(2)** ☑ Private health insurance for the children **is not** available to either parent at reasonable cost.

      The child/ren  ☑ **is/<u>are</u>**  ☐ **is not/are not**  currently covered by **Medicaid**.

      The child/ren  ☐ **is/<u>are</u>**  ☐ **is not/are not**  currently covered by **C.H.I.P.**

      The cost, if any, is **$** _____  ☐ per month ☐ per year.

> **Note about the law:**
>
> The law says the Court should make an order regarding medical support using the following priorities, unless the Court finds that a different order would be in the best interest of the child/ren.
>
> The Court's **1st choice** should be health insurance through a parent's work or membership in a union, trade association, or other organization (if it is available at a reasonable cost to the Obligor).
>
> The Court's **2nd choice** should be health insurance available to a parent through another source (if it is available at a reasonable cost to the Obligor).
>
> The Court's **3rd choice** should be health insurance through a government medical assistance program, i.e. Medicaid or C.H.I.P.     *Texas Family Code 154.182*

*(Check only if applicable.)*

☐ Good cause exists to make an order that does not follow the priorities set out in Texas Family Code Section 154.182 for the following reasons: *(See note about the law above.)*

_____

_____

### 10C. Orders Regarding Health Insurance and Cash Medical Support

Check box **10C(1)**, **10C(2)**, **OR** **10C(3)** and write in the appropriate names.

- Check box **10C(1)** if the **Obligor** will provide and pay for health insurance for the children.

- Check box **10C(2)** if the **Obligee** will provide health insurance for the children and the **Obligor** will pay cash medical support to reimburse the Obligee for the cost of the insurance. Don't forget to write in the date the 1st payment of cash medical support is due. Choose a due date that is after the date this decree will be signed by the Court.

- Check box **10C(3)** if neither parent has access to private health insurance at a reasonable cost. **Obligee** will be ordered to apply for coverage under a government medical assistance program and **Obligor** will be ordered to pay cash medical support. Don't forget to write in the date the 1st payment of cash medical support is due. Choose a due date that is after the date this decree will be signed by the Court.

### 10C(1) ☐ Obligor to Provide and Pay for Health Insurance

As additional child support, the Court ORDERS Obligor, _____,

                                                                *(Print name of parent ordered to pay child support)*

to get health insurance for the child/ren **within 15 days** of the date of this order through: *(Check one.)*

☐ Obligor's work or membership in a union, trade association, or other organization.

☐ another source available to Obligor.

The health insurance must cover basic healthcare services, including usual physician services, office visits, hospitalization, and laboratory, X-ray, and emergency services.

Obligor is ORDERED to pay, as additional child support, all costs of such health insurance, including but not limited to enrollment fees and premiums.

Obligor is ORDERED to keep such health insurance in full force and effect on each child, who is the subject of this suit, until one of the above *events that terminate child support and medical support* occurs for the child.

Obligor is ORDERED to give Obligee the following **within 30 days** of the date of this order:
- o Obligor's social security number and the name and address of Obligor's employer, **and**
- o the name of the insurance carrier, the policy number, and proof the child/ren are covered, **and**
- o a copy of the insurance policy and list of benefits covered, **and**
- o insurance membership cards for the child/ren, **and**
- o any forms needed to use the health insurance, **and**
- o any forms needed to submit a claim.

Obligor is ORDERED to give Obligee the following **within 3 days** of receipt:
- o any insurance checks or other payments for medical expenses paid by Obligee **and**

o any explanations of benefits relating to medical expenses paid or incurred by Obligee.

If health insurance benefits for the child/ren are changed in any way, Obligor is ORDERED to give Obligee information about the change and any new forms needed to use the insurance **within 15 days** of the change.

If health insurance benefits are cancelled, Obligor is ORDERED to get new health insurance for the children **within 15 days** of the date of cancellation. The new insurance must equal or exceed the prior level of coverage. The new health insurance must cover basic healthcare services, including usual physician services, office visits, hospitalization, and laboratory, X-ray, and emergency services.

If Obligor is eligible for dependent health coverage but fails to apply to obtain coverage for the child/ren, the insurer is ORDERED to enroll the child/ren on application of Obligee or others as authorized by law. *See Texas Insurance Code, Section 1504.051*

### 10C(2) ☐ *Obligee to Provide Health Insurance / Obligor to Reimburse Cost*

As additional child support, the Court ORDERS **Obligee**, _____,
(Print name of the person who will <strong>receive</strong> child support)

to get health insurance for the child/ren **within 15 days** of the date of this order through: *(Check one.)*

☐ Obligee's work or membership in a union, trade association, or other organization.

☐ another source available to Obligee.

The health insurance must cover basic healthcare services, including usual physician services, office visits, hospitalization, and laboratory, X-ray, and emergency services.

Obligee is ORDERED to maintain such health insurance in full force and effect on each child until one of the above *events that terminate child support and medical support* occurs for the child.

Obligee is ORDERED to give Obligor the following **within 30 days** of the date of this order:

o Obligee's social security number and the name and address of Obligee's employer, **and**

o the name of the insurance carrier, the policy number, and proof the child/ren are covered, **and**

o the name of the insurance company and the policy number, **and**

o a copy of the insurance policy and list of benefits covered, **and**

o insurance membership cards for the child/ren, **and**

o any forms needed to use the health insurance, **and**

o any forms needed to submit a claim.

Obligee is ORDERED to give Obligor the following **within 3 days** of receipt:

o any insurance checks or other payments for medical expenses paid by Obligor **and**

o any explanations of benefits relating to medical expenses paid or incurred by Obligor.

If health insurance benefits for the child/ren are changed in any way, Obligee is ORDERED to give Obligor information about the change and any new forms needed to use the insurance **within 15 days** of the change. If the cost of health insurance benefits for the child/ren changes, Obligee is ORDERED to give Obligor information about the change **within 15 days** of the change.

If health insurance benefits are cancelled, Obligee is ORDERED to get new health insurance for the children **within 15 days** of the date of cancellation. The new insurance must equal or exceed the prior level of coverage. The new health insurance must cover basic healthcare services, including usual physician services, office visits, hospitalization, and laboratory, X-ray, and emergency services.

If Obligee is eligible for dependent health coverage but fails to apply to obtain coverage for the child/ren, the insurer is ORDERED to enroll the child/ren on application of Obligor or others as authorized by law. *See Texas Insurance Code, Section 1504.051*

As additional child support, the Court ORDERS **Obligor**, _____,
(Print name of parent ordered to pay child support)

to pay Obligee **cash medical support** of $ _____ per month for **reimbursement** of health

insurance premiums. The 1st payment is due on _____. A like payment is
Month / Day / Year

due on the 1st day of each month after that until one of the above **events that terminate child support and medical support** occurs for <u>each</u> child.

Obligor is ORDERED to send all cash medical support payments to the **Texas Child Support Disbursement Unit, PO Box 659791, San Antonio, TX 78265**, for distribution according to law.

The Court ORDERS that money paid by Obligor directly to Obligee or spent while in possession of the children does **NOT** count as cash medical support.

The Court ORDERS that the cash medical support provisions of this order shall be an obligation of the estate of Obligor and shall not terminate on his/her death.

> **Warning!** Do **not** pay cash medical support directly to the other parent. Send all payments to the **Texas Child Support Disbursement Unit, PO Box 659791, San Antonio, TX 78265.**

**10C(3)** ☐ **Obligee to Apply for Coverage under a Government Medical Assistance Program or Health Plan / Obligor to Pay Cash Medical Support**

The Court ORDERS **Obligee**, _____, to apply on behalf of
(Print name of person who will <b>receive</b> child support)

each child for coverage under a governmental medical assistance program or health plan (i.e. Medicaid or C.H.I.P) **within 15** days of the date this decree or order is signed by the Court. If the children are already covered under such a program or plan, the Court ORDERS Obligee to continue such coverage.

When such health coverage is obtained, Obligee is ORDERED to maintain the coverage in full force and effect on each child by paying all applicable fees required for the coverage, including but not limited to enrollment fees and premiums for as long as the children are eligible for such covereage.

Obligee is ORDERED to give the Office of the Attorney General Child Support Division a copy of the insurance policy and list of benefits covered **within 30 days** of the date of this order.

Obligee is ORDERED to give Obligor the following **within 30 days** of the date of this order:
o   the name of the insurance company and the policy number, **and**
o   a copy of the insurance policy and list of benefits covered, **and**
o   insurance membership cards for the child/ren, **and**
o   any forms needed to use the health insurance, **and**
o   any forms needed to submit a claim.

Obligee is ORDERED to give Obligor the following **within 3 days** of receipt:
o   any insurance checks or other payments for medical expenses paid by Obligor **and**
o   any explanations of benefits relating to medical expenses paid or incurred by Obligor.

If Obligee is eligible for dependent health coverage but fails to apply to obtain coverage for the child/ren, the insurer is ORDERED to enroll the child/ren on application of Obligor or others as authorized by law. *Texas Insurance Code, Section 1504.051*

<u>As additional child support</u>, the Court ORDERS **Obligor**, _____,
(Print name of parent ordered to <b>pay</b> child support)

to pay Obligee **cash medical support** of $ _____ per month. The 1st payment is due

on _____. A like payment is due on the 1st day of each month after that until
     Month / Day / Year

one of the above **events that terminate child support and medical support** occurs for <u>each</u> child.

The Court ORDERS Obligor to send all cash medical support payments to the **Texas Child Support Disbursement Unit, PO Box 659791, San Antonio, TX 78265**, for distribution according to law.

> **Warning!** Do **not** pay cash medical support directly to the other parent. Send all payments to the **Texas Child Support Disbursement Unit, PO Box 659791, San Antonio, TX 78265.**

The Court ORDERS that money paid by Obligor directly to Obligee or spent while in possession of the children does **NOT** count as cash medical support.

IT IS ORDERED that Obligor is allowed to **stop paying of cash medical support**, for the time Obligor is providing health insurance coverage for the children, **if**:

    **a.**    health insurance for the children becomes available to Obligor at a reasonable cost; **and**

    **b.**    Obligor enrolls the child/ren in the insurance plan and pays all costs of the insurance; **and**

    **c.**    Obligor provides Obligee and the Texas Office of the Attorney General, Child Support Division the following information:

        (1)   proof that health insurance has been provided for the child/ren, **and**

        (2)   Obligor's social security number, **and**

        (3)   name and address of the Obligor's employer, **and**

        (4)   whether the employer is self-insured or has health insurance available, **and**

            (i)   if the employer is self-insured, a copy of the schedule of benefits, a membership card, claim forms, and any other information necessary to submit a claim, **or**

           (ii)   if the employer has health insurance available, the name of the health insurance carrier, the policy number, a copy of the policy and schedule of benefits, a health insurance membership card, claim forms, and any other information necessary to submit a claim.

> **Note:** *This provision regarding when the Obligor may stop paying cash medical support is part of section 10C3. It does not apply to any other section.*

### 10D. Expenses Not Covered by Insurance

Obligor and Obligee are each ORDERED to pay **50 percent** of all reasonable and necessary health-care expenses for the child/ren that are not covered by health insurance, unless:

**10C(1)** above is checked and Obligor is <u>not</u> providing health insurance as ordered, then Obligor is liable for **100 percent** of all necessary medical expenses of the child/ren.

**10C(2)** above is checked and Obligee is <u>not</u> providing health insurance as ordered, then Obligee is liable for **100 percent** of all necessary medical expenses of the child/ren.

If **10C(3)** above is checked, Obligee is ORDERED to pay **50 percent** of all reasonable and necessary health-care expenses for the child/ren that are not reimbursed by health insurance or covered by the cash medical support paid by Obligor and Obligor is ORDERED to pay **50 percent** of the total unreimbursed health-care expenses that exceed the amount of cash medical support paid by Obligor. Obligor is liable for **100 percent** of all necessary medical expenses incurred for the child/ren in any month that Obligor neither pays cash medical support nor provides health insurance for the child/ren.

Reasonable and necessary health care expenses that must be paid by the parents if not covered by insurance include:

o    copayments for office visits and prescription drugs, **and**

o    the yearly deductible, if any, **and**

o    medical, surgical, and prescription drug expenses, **and**

o    mental health-care services, **and**

o    dental and orthodontic expenses, **and**

o    eye care and ophthalmological expenses.

These reasonable and necessary health-care expenses do not include expenses for travel to and from the health-care provider or for nonprescription medication.

The parent who incurs a health-care expense on behalf of a child (called the *"incurring parent"*) is ORDERED to give the other parent (called the *"nonincurring parent"*) a copy of all forms, receipts, bills,

statements, and explanations of benefits that show the portion of the expense not covered by insurance **within 30 days** of receipt.

The nonincurring parent is ORDERED to pay his or her percentage of any uninsured expense **within 30 days** of receiving documentation of the expense by:

o   paying the health-care provider directly, *or*

o   reimbursing the incurring parent, if the nonincurring parent's portion of the expense has already been paid.

### 10E. Claims

Either parent may file claims and receive payments directly from the insurance carrier. Further, for the sole purpose of *Texas Insurance Code Sections 1204.251 and 1204.252*, the party who is not carrying the insurance policy is designated the managing conservator or possessory conservator of the children.

Any reimbursement payments received from the health insurance carrier belongs to the parent who paid the expense. If the insurance carrier sends reimbursement to the parent who did <u>not</u> pay the expense, he or she is ORDERED to endorse the check and deliver it to the parent who paid the expense **with 3 days.**

### 10F.   Health Insurance Policy Requirements

Each parent is ORDERED to follow all requirements of any health insurance policy covering the child/ren to get maximum reimbursement and direct payment from the insurance company. This includes requirements for:

o   giving advance notice to the insurance company, *and*

o   getting second opinions, *and*

o   using "preferred providers."

If a parent incurs health-care expenses for the child/ren using "out-of-network" health-care providers or services, or fails to follow the health insurance company procedures or requirements, that parent shall pay all such health-care expenses incurred unless:

o   the expenses are emergency health-care expenses, *or*

o   the parents have a written agreement regarding such health-care expenses, *or*

o   the Court makes a different order.

Denial of a bill by an insurance carrier does not excuse the obligation of the parents to pay the expense.

## 11. Parent's Information

### 11A. Disclosure of Mother's Information

*(Check one box.)*

☑ The Court ORDERS Mother to disclose the following information and changes in that information to Father, the Court and the State Case Registry as required by Texas Family Code 105.006 and ORDERED in section **12** of this Decree. *(Fill in the following information for the Wife/Mother.)*

Name:     Habibe Nalan Erkan

Home Address: ██████████████████████████████████

Mailing Address: ████████████████████████████████

Home phone # ████████████ Work phone #: (     )

FULL Social Security #: ████████████████

Driver's License #: _____ Issuing state: _____

Employer: _____

Work address: _____

☐ The Court finds, pursuant to Texas Family Code 105.006(c) and 105.007(c), that disclosure of Mother's information to Father is likely to cause Mother or the children harassment, abuse, serious harm or injury. The Court ORDERS that Mother's address and other identifying information not be disclosed. The Court further ORDERS that Mother is **not** required to give her address or other identifying information to Father or notify Father or the Court of changes in that information. The Court ORDERS Mother to provide her mailing address and changes in her mailing address to the State Case Registry, Contract Services Section, MC046S, P.O. Box 12017, Austin, Texas 78711-2017.

### 11B. Disclosure of Father's Information

*(Check one box.)*

☑ The Court ORDERS Father to disclose the following information and changes in that information to Mother, the Court and the State Case Registry as required by Texas Family Code 105.006 and ORDERED in section **12** of this Decree. *(Fill in the following information for the Husband/Father.)*

Name:     Mehmet Turan Erkan

Home Address: ██████████████████████████████████

Mailing Address: ████████████████████████████████

Home phone #: ████████████ Work phone #: ████████████

FULL Social Security #: ████████████████

Driver's License #: ████████████ Issuing state: Texas

Employer: ██████████████████████████████████████

Work address: ████████████████████████████████████

☐ The Court finds, pursuant to Texas Family Code Section 105.006(c) and 105.007(c), that disclosure of Father's information to Mother is likely to cause Father or the children harassment, abuse, serious harm or injury. The Court ORDERS that Father's address and other identifying information **not** be disclosed. The Court further ORDERS that Father is **not** required to give his address or other identifying information to Mother or notify Mother or the Court of changes in that information. The Court ORDERS Father to provide his mailing address and changes in his mailing address to the State Case Registry, Contract Services Section, MC046S, P.O. Box 12017, Austin, Texas 78711-2017.

## 12.    Required Notices

**This section is not applicable if and to the extent it conflicts with the Court's Order regarding disclosure of information in section 11 above.**

EACH PERSON WHO IS A PARTY TO THIS ORDER IS ORDERED TO NOTIFY EVERY OTHER PARTY, THE COURT, AND THE STATE CHILD SUPPORT REGISTRY OF ANY CHANGE IN THE PARTY'S:

- CURRENT RESIDENCE ADDRESS,
- MAILING ADDRESS,
- HOME TELEPHONE NUMBER,
- NAME OF EMPLOYER,
- ADDRESS OF EMPLOYMENT,
- DRIVER'S LICENSE NUMBER, AND
- WORK TELEPHONE NUMBER.

THE PARTY IS ORDERED TO GIVE NOTICE OF AN INTENDED CHANGE IN ANY OF THE REQUIRED INFORMATION TO THE OTHER PARTY, THE COURT, AND THE STATE CASE REGISTRY ON OR BEFORE THE 60TH DAY BEFORE THE INTENDED CHANGE. IF THE PARTY DOES NOT KNOW OR COULD NOT HAVE KNOWN OF THE CHANGE IN SUFFICIENT TIME TO GIVE NOTICE OF THE CHANGE TO PROVIDE 60-DAYS NOTICE, THE PARTY IS ORDERED TO GIVE NOTICE OF THE CHANGE ON OR BEFORE THE 5TH DAY AFTER THE DATE THAT THE PARTY KNOWS OF THE CHANGE.

THE DUTY TO FURNISH THIS INFORMATION TO EVERY OTHER PARTY, THE COURT, AND THE STATE CASE REGISTRY CONTINUES AS LONG AS ANY PERSON, BY VIRTUE OF THIS ORDER, IS UNDER AN OBLIGATION TO PAY CHILD SUPPORT OR ENTITLED TO POSSESSION OF OR ACCESS TO A CHILD.

FAILURE BY A PARTY TO OBEY THE ORDER OF THIS COURT TO PROVIDE EVERY OTHER PARTY, THE COURT, AND THE STATE CASE REGISTRY WITH THE CHANGE IN THE REQUIRED INFORMATION MAY RESULT IN FURTHER LITIGATION TO ENFORCE THE ORDER, INCLUDING CONTEMPT OF COURT. A FINDING OF CONTEMPT MAY BE PUNISHABLE BY CONFINEMENT IN JAIL FOR UP TO SIX MONTHS, A FINE OF UP TO $500 FOR EACH VIOLATION AND A MONEY JUDGMENT FOR PAYMENT OF ATTORNEY'S FEES AND COURT COSTS.

Notice shall be given to **every other party** by delivering a copy of the notice to each party by registered or certified mail, return receipt requested.

Notice shall be given to the **Court** by delivering a copy of the notice either in person to the clerk of the Court or by registered or certified mail addressed to the clerk.

Notice shall be given to the **State Case Registry** by mailing a copy of the notice to the State Case Registry, Contract Services Section, MC046S, P.O. Box 12017, Austin, Texas 78711-2017.

## 13.    WARNINGS TO PARTIES

FAILURE TO OBEY A COURT ORDER FOR CHILD SUPPORT OR FOR POSSESSION OF OR ACCESS TO A CHILD MAY RESULT IN FURTHER LITIGATION TO ENFORCE THIS ORDER, INCLUDING CONTEMPT OF COURT. A FINDING OF CONTEMPT MAY BE PUNISHABLE BY CONFINEMENT IN JAIL FOR UP TO SIX MONTHS, A FINE OF UP TO $500 FOR EACH VIOLATION AND A MONEY JUDGMENT FOR PAYMENT OF ATTORNEY'S FEES AND COURT COSTS.

FAILURE OF A PARTY TO MAKE A CHILD SUPPORT PAYMENT TO THE PLACE AND IN THE MANNER REQUIRED BY A COURT ORDER MAY RESULT IN THE PARTY'S NOT RECEIVING CREDIT FOR MAKING THE PAYMENT.

FAILURE OF A PARTY TO PAY CHILD SUPPORT DOES NOT JUSTIFY DENYING THAT PARTY COURT-ORDERED POSSESSION OF OR ACCESS TO A CHILD. REFUSAL BY A PARTY TO ALLOW POSSESSION OF OR ACCESS TO A CHILD DOES NOT JUSTIFY FAILURE TO PAY COURT-ORDERED CHILD SUPPORT TO THAT PARTY.

## 14.    Property and Debt

> **WARNING: _Additional forms are needed to divide retirement benefits and to transfer title to real estate._**
>
> If you plan to divide retirement benefits or you jointly own a house or land with your spouse, do **NOT** use this form without first talking to a lawyer. You can hire a lawyer to review and appropriately modify this decree and write the additional documents you _must_ have for a flat fee. Call your local lawyer referral service or the State Bar of Texas Lawyer Referral Information Service at 1(800) 252-9690 for help finding a lawyer.
>
> About community property: Texas is a community property state. This means that any new property or debt that either party obtains from the minute they are married until the minute the judge grants the divorce is probably community property, even if the property or debt is only in one spouse's name. There are only a few exceptions to the law of community property. The exceptions are gifts, inheritance or a recovery for personal injuries that occurred during the marriage that was not for lost wages or medical expenses. All community property and debt should be included in the Final Decree of Divorce.
>
> About separate property: If either party receives a gift, an inheritance, or a recovery for personal injuries that occurred during the marriage that was not for lost wages or medical expenses, it is separate property. It is a good idea to list separate property obtained during the marriage as that individual's separate property in the Final Decree of Divorce.
>
> Talk to a lawyer if you have questions about property and debt.

The Court makes the following orders regarding the parties' community and separate property:

### Husband's Separate Property

(Fill in all lines. If there is no property to declare in any particular category, write "none".)

The Court confirms that the Husband owns the following property as his separate property:

1. **House** located at: _____
   | Street Address | City | State | Zip |

   ☐ Husband owned this house before marriage.
   ☐ Husband received this house as a gift or inheritance.

2. **Land** located at: _____
   | Street Address | City | State | Zip |

   ☐ Husband owned this land before marriage.
   ☐ Husband received this land as a gift or inheritance.

3. **Cars, trucks, motorcycles or other vehicles**

   Husband owned these vehicles _before_ marriage or received them as a gift or inheritance during the marriage:

   | Year | Make | Model | Vehicle Identification No. [VIN] |
   |------|------|-------|----------------------------------|
   |      |      |       |                                  |
   |      |      |       |                                  |

4. **Other Money or Property**

   Husband owned the following money or personal property _before_ the marriage:

   _____

   Husband inherited or received as a gift the following money or personal property _during_ the marriage:

   _____

   Husband received the following money recovery for personal injuries that occurred during the marriage that was not for lost wages or medical expenses:

   _____

## Husband's Community Property

The Court ORDERS that the Husband is awarded *(gets)* the following property as his sole and separate property, and Wife conveys *(gives)* to Husband her interest in the property, and Wife is divested of *(loses)* all right, title, interest and claim in and to that property.

Wife IS ORDERED to sign any deeds or documents needed to transfer any property listed below to the Husband. Husband is responsible for preparing the documents.

1. All property in Husband's care, custody or control, or in Husband's name, that this Final Decree of Divorce does not give to the Wife.

2. House or land located at:

   | Street Address | City | State | Zip |
   |---|---|---|---|

   Legal Description: _____

3. Other real property located at: **Turkey — all wife's interest as of 12-9-2013**

   Street Address     City     State     Zip

   Legal Description: **Şişli 1. Bölge (Kapatıldı.); ŞİŞLİ Mah.; Pafta No: 153, Ada No: 1080, Parsel No: 10; Kat: 2 Bağımsız, Bölüm No: 4 03/08/1992 - 3356.**

4. All of Husband's employment benefits, including retirement, pension, 401(k), profit-sharing, and stock option plans that are in his name alone, along with all of Husband's military retirement benefits and individual retirement accounts (IRAs) that are in his name alone. *(Note: If you want to divide retirement or employment benefits do __NOT__ use this form. Talk to an attorney.)*

5. All cash and money in any bank or other financial institution listed in Husband's name alone.

6. Any insurance policy that covers Husband's life.

7. Husband's cars, trucks, motorcycles or other vehicles listed below:

   | Year | Make | Model | Vehicle Identification No. [VIN] |
   |---|---|---|---|
   | 1997 | Nissan | Sentra | ██████████ |
   | | | | |

8. Husband will also keep the following property: _____

## Husband's Debts

The Husband shall pay the debts listed below:

1. All taxes, bills, liens, and other charges, present and future, that are in Husband's name alone or that this Decree gives to the Husband alone, unless this Decree requires otherwise.

2. Any debt Husband incurred after separation. Date of separation: _____.

   Month   Day   Year

3. The balance due on any loan or mortgage for the real property that this Decree gives to Husband alone.

4. The balance due on any loan for any vehicles that this Decree gives to Husband alone.

5. All other debts listed below, which are not in Husband's name alone: *(such as credit cards, student loans, medical bills, income taxes)* _____

_____

_____

## Wife's Separate Property

*(Fill in all lines. If there is no property to declare in any particular category, write "none".)*

The Court confirms that Wife owns the following property as her separate property:

1. **House** located at: _____
   Street Address          City          State         Zip
   ☐ Wife owned this house before marriage.
   ☐ Wife received this house as a gift or inheritance.

2. **Land** located at: _____
   Street Address          City          State         Zip
   ☐ Wife owned this land before marriage.
   ☐ Wife received this land as a gift or inheritance.

3. **Cars, trucks, motorcycles or other vehicles**

   Wife owned these vehicles before the marriage or received them as a gift or inheritance during the marriage:

   | Year | Make | Model | Vehicle Identification No. [VIN] |
   |------|------|-------|----------------------------------|
   | ~~1999~~ | ~~Subaru~~ | ~~Forrester~~ | |
   | | | | |

4. **Other Money or Property**

   Wife owned the following money or property *before* the marriage:

   _____

   Wife inherited or received as a gift the following money or personal property *during* the marriage:

   _____

   Wife received the following money recovery for personal injuries that occurred during the marriage that was not for lost wages or medical expenses:

   _____

## Wife's Community Property

The Court ORDERS that the Wife is awarded *(gets)* the following property as her sole and separate property, and Husband conveys *(gives)* to Wife his interest in the property, and Husband is divested of *(loses)* all right, title, interest and claim in and to that property.

Husband IS ORDERED to sign any deeds or documents needed to transfer any property listed below to the Wife. Wife is responsible for preparing the documents.

1. All personal property in Wife's care, custody, or control, or in Wife's name, that this Decree does not give to the Husband. *(S.Y)*

2. ~~House or land~~ located at *in* Turkey *all interest of husband in the ~~house~~ property as of 12-9-2013* *(S.Y.) real property*
   Street Address       City     State   Zip
   Legal Description: Ataşehir, Kadıköy; SUADIYE Mah.; Pafta No: 121, Ada No: 3190, Parsel No: 60; Kat: 2 Bağımsız Bölüm No: 6. 06/09/2000 - 9487

3. Other real property located *in* Turkey
   Street Address       City     State   Zip
   Legal Description: Ataşehir, Kadıköy. SUADIYE Mah.; Pafta No: 121, Ada No: 3190, Parsel No: 60; Kat: 2 Bağımız Bölüm No: 7. 06/09/2000-9487
   *all interest of husband in the property as of 12-9-2013.*

<u>Court-Ordered Maintenance</u>.

The Court finds that under the circumstances presented in this case, Habibe Nalan Erkan is eligible for maintenance under the provisions of Texas Family Code chapter 8. Accordingly, Mehmet Turan Erkan is ordered to pay as maintenance the sum of $288.00 per month to Petitioner, with the first payment being due on the 1st day of January 2014, and a like amount being due the 1st day of each consecutive month thereafter until the earliest of one of the following events occurs:

1.      the payments end on December 31, 2014;
2.      death of either Mehmet Nalan Erkan or Habibe Nalan Erkan;
3.      remarriage of Habibe Nalan Erkan; or
4.      further orders of the Court affecting the spousal maintenance obligation.

Payment shall be made by Mehmet Nalan Erkan directly to Habibe Nalan Erkan in the form of cash, cashier's check, or money order at the last known address provided to Mehmet Nalan Erkan by Habibe Nalan Erkan.

Page 22(a) of 23

4. All of Wife's employment benefits, including retirement, pension, 401(k), profit-sharing, and stock option plans that are in her name alone, along with all of Wife's military retirement benefits and individual retirement accounts (IRAs) that are in her name alone. *(Note: If you want to divide retirement or employment benefits do NOT use this form. Talk to an attorney.)*

5. All Wife's cash and money in any bank or other financial institution listed in Wife's name alone.

6. Any insurance policy that covers the Wife's life.

7. Wife's cars, trucks, motorcycles or other vehicles listed below:

| Year | Make | Model | Vehicle Identification No. [VIN] |
|------|------|-------|----------------------------------|
| 1999 | Subaru | Forester | |
| | | | |

8. Wife will also keep the following property: _____

_____

_____

_____

### Wife's Debts

The Wife shall pay the debts listed below:

1. All taxes, bills, liens, and other charges, present and future, that are in Wife's name alone or that this Decree gives to Wife alone, unless this Decree requires otherwise.

2. Any debt Wife incurred after separation. Date of separation: _____.

   Month     Day     Year

3. The balance due on any loan or mortgage for the real property that this Decree gives to Wife alone.

4. The balance due on any loan for any vehicles that this Decree gives to Wife alone.

5. All other debts listed below, which are not in Wife's name alone: *(such as credit cards, student loans, medical bills, income taxes)* _____

_____

_____

_____

## 15.    Muniment of Title

This Decree shall serve as a muniment of title to transfer ownership of all property awarded to any party in this Final Decree of Divorce. *(A "muniment of title" creates an official record of ownership transfer.)*

## 16.    Name Change

The Court ORDERS the name of the:

*(Check all boxes that apply.)*

☐ Husband changed back to a name used before marriage, as it appears below.

_____

First                                    Middle                                    Last

☐ Wife changed back to a name used before marriage, as it appears below.

_____

First                                    Middle                                    Last

## 17.     Court Costs

The costs of court shall be paid by the party who incurred them to the extent the party is required to pay such costs. A party who filed an *Affidavit of Indigency* is not required to pay costs, unless a contest to the *Affidavit of Indigency* was sustained by the Court in a separate written order.

## 18.     Other Orders

The court has the right to make other orders, if needed, to clarify or enforce the orders above.

## 19.     Final Orders

Any orders requested that do not appear above are denied. This Decree is a final judgment that disposes of all claims and all parties and is appealable. *JUDGMENT for divorce rendered 12-9-2013. S.Y.*

3-6-2014
_____
**Date of Judgment**

▶ _____
**Judge's Signature**

_____
**Judge's Printed Name**

**By signing below, the Petitioner agrees to the form and substance of this Decree.**

**By signing below, the Respondent agrees to the form and substance of this Decree.**

| | |
|---|---|
| _____ | ( ) _____ |
| *Petitioner's Name (print)* | *Phone number* |
| → _____ | _____ |
| *Petitioner's Signature* | *Date* |

| | |
|---|---|
| _____ | ( ) _____ |
| *Respondent's Name (print)* | *Phone number* |
| → _____ | _____ |
| *Respondent's Signature* | *Date* |

*Mailing*
*Address:*    _____

            _____

*Email:*    _____

*Fax#:*
*(if available)*   _____

*Mailing*
*Address*    _____

            _____

*Email:*    _____

*Fax#:*
*(if available)*   _____

# Exhibit A: Standard Possession and Access (Visitation) Order

The Court ORDERS that each conservator shall comply with all terms and conditions of this standard possession and access order.

The Court ORDERS that this standard possession (visitation) order is effective immediately and applies to all periods of possession occurring on and after the date the Court signs the order to which this exhibit is attached.

## Designation of Conservators

The Court ORDERS that the conservators are designated in this exhibit as Home Parent and Co-parent.

The conservator known as the 'Home Parent' is: *(name)* **Habibe Nalan Erkan**

The conservator known as the 'Co-Parent' is: *(name)* **Mehmet Turan Erkan**

## Mutual Agreement

The Court ORDERS that Home Parent and Co-Parent shall have possession of the child/ren at any and all times mutually agreed to in advance by Home Parent and Co-Parent.

In the absence of mutual agreement, the Court ORDERS that Home Parent and Co-Parent shall have possession of the child/ren as ordered below.

## Undesignated Times

The Home Parent shall have the right to possession of the child/ren at all times not specifically ordered for Co-Parent.

## Definitions

**"School"** means the primary or secondary school where a child is enrolled, or if the child is not enrolled in a primary or secondary school, the public school district where the child primarily resides.

**"Child"** includes each child, whether one or more, who is part of this case while that child is under the age of eighteen years and not otherwise emancipated.

A **"weekend"** begins on the 1st, 3rd, and 5th Friday of each month at 6pm, and ends on the following Sunday at 6 pm, except when:

- The box "After school** is checked, then during the regular school year, the weekend begins at the time the child/ren's school is dismissed before the 1st, 3rd, or 5th weekend of each month.
- The box "Next school day*** is checked, then during the regular school year, the weekend ends at the time the child/ren's school starts on the next school day after the 1st, 3rd, or 5th weekend of each month (if Co-Parent cannot return the children to school on time, s/he must notify the school and the other parent).
- The 1st, 3rd, or 5th weekend coincides with a student holiday or teacher's in-service day or federal, state or local holiday that falls on a Monday, then the weekend begins on Friday, and ends on Monday; if the holiday falls on a Friday, then the weekend begins on Thursday, and ends on Sunday.
- If a weekend or midweek visit conflicts with the holiday or summer schedule, you must follow the holiday or summer schedule.

# Schedules

## 1A.   Co-Parent's Local Schedule

When the Co-Parent lives within 100 miles of the primary residence of the child/ren, the Co-Parent shall have the right to possession of the child/ren as follows:

| | | Co-parent's right to possession shall begin at: | Co-parent's right to possession shall end at: |
|---|---|---|---|
| **Weekends*** | On the 1st, 3rd, and 5th weekend of each month. See definition above | After school** 6 pm | Next school day*** 6 pm |
| **Mid-Week Visit** | On Thursday of each school week | After school** 6 pm | School starts on Friday 6 pm |
| **Thanksgiving** Odd-Numbered Years | Starts last day of school before Thanksgiving and ends on Sunday. | After school** 6 pm | 6 pm |
| **Christmas Break** Even-Numbered Years | Starts the last day of school before Christmas Break and ends December 28th. | After school** 6 pm | noon |
| **Christmas Break** Odd-Numbered Years | Starts on December 28th and ends the day before school starts after Christmas Break. | noon | 6 pm |
| **Spring Break** Even-Numbered Years | Starts the last day of school before Spring Break and ends the day before school starts after Spring Break. | After school** 6 pm | 6 pm |
| **Standard Summer** | Starts on July 1st and ends on July 31st. | 6 pm | 6 pm |
| **Different Summer** Co-Parent must notify Home Parent of the dates, in writing, by April 1. | If Co-Parent gives Home Parent written notice by April 1 of each year, Co-Parent may choose a different 30-day summer schedule. The schedule must be: after school is dismissed for summer break, only 1 or 2 blocks of time, each at least 1 week long, and **not** during the last week of the summer break | 6 pm | 6 pm |

## 1B.  Home Parent's Local Schedule

Notwithstanding the weekend and midweek periods of possession ordered for Co-Parent above, it is expressly ORDERED that Home parent shall have a superior right to possession of the children as follows:

| | | Home-parent's right to possession shall begin at: | Home-parent's right to possession shall end at: |
|---|---|---|---|
| **Thanksgiving** Even-Numbered Years | Starts the last day of school before Thanksgiving and ends Sunday. | 6 pm | 6 pm |
| **Christmas Break** Odd-Numbered Years | Starts the last day of school before Christmas Break and ends December 28th. | 6 pm | noon |
| **Christmas Break** Even-Numbered Years | Starts on December 28th and ends the day before school starts after Christmas Break. | noon | 6 pm |
| **Spring Break** Odd-Numbered Years | Starts the last day of school before Spring Break and ends the day before school starts after Spring Break. | 6 pm | 6pm |
| **Extended Summer** Home Parent must notify Co-Parent of the dates, in writing, by April 15th | If the Home Parent gives the Co-parent written notice by April 15 of each year, the Home-parent may designate 21 days beginning not earlier than the day after the child's school is dismissed for the summer. The dates must be exercised in not more than 2 separate periods of at least 7 consecutive days each. **The dates must not be:** • during the last week of the summer break • during days when the Co-Parent has a scheduled summer, or Father's/Mother's Day visitation | 6 pm | 6 pm |
| **Summer Weekend During Co-Parent's Summer Visitation** Home Parent must notify Co-Parent of the dates, in writing, by April 15th | If the Home Parent gives the Co-parent written notice by April 15 of each year, the Home-parent shall have possession of the child/ren on 1 weekend during the child/ren's summer break, when the Co-Parent would otherwise be entitled to weekend possession of the child/ren. **The weekend:** • **Cannot** interfere with the Co-Parent's Father's or Mother's Day weekend • **Cannot** be the last weekend of summer | 6 pm | 6 pm |

© TexasLawHelp.org, *Exhibit Standard Possession and Access Order* – June 2013
Texas Family Code Chapter 153, Subchapter F

## 2A. Co-Parent's Long Distance Schedule

When Co-Parent lives more than 100 miles from the primary residence of the child/ren, the Co-Parent shall have the right to possession of the child/ren as follows:

| | | Co-parent's right to possession shall begin at: | Co-parent's right to possession shall end at: |
|---|---|---|---|
| Weekends* | On the 1st, 3rd, and 5th weekend of each month. A weekend starts Friday and ends Sunday. | 6 pm | 6 pm |
| | **OR Alternate Weekend Possession**\*\* | | |
| | **If Co-Parent gives Home Parent written notice within 90 days after residing more than 100 miles apart,** Co-Parent shall have possession of the child/ren for any **one** weekend per month that the Co-Parent chooses. The Co-Parent must give the Home Parent at least 14 days notice (by phone or in writing), and the weekend cannot interfere with the holiday schedule. | | |
| Thanksgiving Odd-Numbered Years | Starts the last day of school before Thanksgiving and ends on Sunday. | 6 pm | 6 pm |
| Christmas Break Even-Numbered Years | Starts the last day of school before Christmas Break and ends December 28th. | 6 pm | noon |
| Christmas Break Odd-Numbered Years | Starts on December 28th and ends the day before school starts after Christmas Break. | noon | 6 pm |
| Spring Break (Every year) | Starts the last day of school before Spring Break and ends the day before school starts after Spring Break. | 6 pm | 6 pm |
| Standard Summer | Starts on June 15th and ends on July 27th | 6 pm | 6 pm |
| Different Summer Co-Parent must notify Home Parent of the dates, in writing, by April 1. | If Co-Parent gives Home Parent written notice by April 1 of each year, the Co-Parent may choose a different 42-day summer schedule, but it must be:<br>• Only 1 or 2 blocks of time, each at least 1 week long,<br>• **Not** during the last week of the summer break | 6 pm | 6 pm |

## 2B. Home Parent's Long Distance Schedule

Notwithstanding the weekend periods of possession ORDERED for Co-parent above, it is expressly ORDERED that Home parent shall have a superior right to possession of the children as follows:

| | | Home Parent's Right to Possession shall begin at: | Home parent's right to Possession shall end at: |
|---|---|---|---|
| Thanksgiving Even-numbered years | Starts last day of school before Thanksgiving and ends Sunday. | 6 pm | 6 pm |
| Christmas Break Odd-Numbered Years | Starts the last day of school before Christmas Break and ends December 28th. | 6 pm | noon |
| Christmas Break Even-Numbered Years | Starts on December 28th and ends the day before school starts after Christmas Break. | Noon | 6 pm |
| Extended Summer Home Parent must notify Co-Parent of the dates, in writing, by April 15th, or give at least 14 days written notice of the dates, after April 15th. | The Home Parent may choose 21 days during the summer when the child/ren will stay with the Home Parent.<br><br>The Home Parent's schedule must be:<br>• **Not** during the last week of the summer break<br>• **Not** during days when the Co-Parent has a scheduled summer, or Father's/Mother's Day visitation.<br>• Only 1 or 2 blocks of time, each at least 1 week long | 6 pm | 6 pm |
| Summer Weekend During Co-Parent's Summer Visitation Home Parent must notify Co-Parent of the dates, in writing, by April 15th | If the Co-Parent's summer visitation is 31 days or more, the Home Parent may choose to have the children for **two** weekends during the Co-Parent's summer visitation (or **one** weekend if the Co-Parent's summer visitation is 30 days or less). The weekends:<br>• **Cannot** be consecutive weekends during the Co-Parent's summer visitation schedule<br>• **Cannot** interfere with the Co-Parent's Father's or Mother's Day weekend<br>• **Cannot** be the last weekend of summer | 6 pm | 6 pm |

### 3. Child's Birthday, Mother's Day and Father's Day

Home Parent and Co-Parent shall also have the right to possession of the child/ren as follows, notwithstanding the weekend and midweek periods of possession ordered for Co-parent and regardless of the distance between the residence of a parent and the child:

### Child's Birthdays

The Parent who does not already have a scheduled visit on the child's birthday shall have the right to possession of the child on the child's birthday, from 6 p.m. to 8 p.m., provided he or she picks up the child from the residence of the parent entitled to possession, and returns the child to the same place.

*(Check here only if you want to include the child's minor siblings for this birthday visit.)*
☑ This visit shall include the child's minor siblings.

### Father's Day

If a conservator, the Father shall have possession of the child/ren on Father's Day weekend, provided he picks up the child/ren from the residence of the parent entitled to possession, and returns the child/ren to the same place.

The weekend starts Friday before Father's Day at 6 p.m. and ends at:

☑ 6 p.m. Sunday **or** ☐ 8 a.m. on the Monday after Father's Day.

### Mother's Day

If a conservator, the Mother shall have possession of the child/ren on Mother's Day weekend, provided she picks up the child/ren from the residence of the parent entitled to possession, and returns the child/ren to the same place.

The weekend starts Friday before Mother's Day at:

☑ 6 p.m. **or** ☐ at the time the child's school is regularly dismissed

and ends at:

☑ 6 p.m. Sunday **or** ☐ at the time the child's school resumes after Mother's Day

### 4. General terms and Conditions

Except as otherwise expressly provided in this standard Possession Order, the following terms and conditions apply regardless of the distance between the residence of a parent and the child:

### Exchange of Children at *Start* of Co-parent's Possession

The Court ORDERS the Home Parent to surrender the child/ren to the Co-Parent at the beginning of each Co-parent's periods of possession at: *(Check one.)*
☑ Home parent's residence.
☐ The following location: _____

Unless a period of possession begins at the time the child/ren's school is regularly dismissed, then the Court ORDERS the Home parent to surrender the child to Co-parent at the beginning of each such period of possession at the school in which the child is enrolled.

If the child is not in school, Co-parent shall pick up the child at the location designated above and the Court ORDERS the Home parent to surrender the child to Co-parent at the location designated above.

If the children will not be in school, the Home-Parent shall immediately notify the Co-Parent.

### Exchange of Children at *End* of Co-Parent's Possession

The Court ORDERS the Co-Parent to surrender the child/ren to the Home Parent at the end of Co-Parent's possession at: *(Check one.)*
☐ Co-Parent's residence.
☑ Home parent's residence.
☐ The following location: _____

However, if the Home Parent and Co-Parent live in the same county when the order is signed and the Co-Parent remains in the county, but the Home Parent moves out of the county, then beginning on the date Home Parent moves, Co-Parent shall return the child/ren to the Home parent at: *(Check one.)*

☑ Co-Parent's residence.

☐ the location designated above.

If a period of possession ends at the time the child/ren's school resumes, the Court ORDERS the Co-Parent to surrender the child/ren to Home Parent at the end of each such period of possession at the school in which the child is enrolled or, if the child is not in school, at the residence of Home Parent.

If the child/ren will not be delivered to school on that day, Co-Parent shall immediately notify the school and Home Parent that the child/ren will not or has not been returned to school.

## Child/ren's Personal Effects

The Court ORDERS each conservator to return with the child/ren the personal effects that the child brought at the beginning of the period of possession.

## Designation of Competent Adult

Each conservator may designate any competent adult to pick up and return the child/ren, as applicable. The Court ORDERS that a conservator or designated competent adult be present when the child/ren is/are picked up or returned.

## Notice if Unable to Exercise Possession

The Court ORDERS each conservator to give notice to the person in possession of the child on each occasion that the conservator will be unable to exercise that conservator's right of possession for any specified period.

## Written Notice

Written notice, including notice by email or fax, shall be deemed to have been timely made if received or, if applicable, postmarked before or at the time that notice is due.

## Notice to Peace Officer

**NOTICE TO ANY PEACE OFFICER OF THE STATE OF TEXAS: YOU MAY USE REASONABLE EFFORTS TO ENFORCE THE TERMS OF CHILD CUSTODY SPECIFIED IN THIS ORDER.**

**A PEACE OFFICER WHO RELIES ON THE TERMS OF A COURT ORDER AND THE OFFICER'S AGENCY ARE ENTITLED TO THE APPLICABLE IMMUNITY AGAINST ANY CLAIM, CIVIL OR OTHERWISE, REGARDING THE OFFICER'S GOOD FAITH ACTS PERFORMED IN THE SCOPE OF THE OFFICER'S DUTIES IN ENFORCING THE TERMS OF THE ORDER THAT RELATE TO CHILD CUSTODY.**

**ANY PERSON WHO KNOWINGLY PRESENTS FOR LAW ENFORCEMENT AN ORDER THAT IS INVALID OR NO LONGER IN EFFECT COMMITS AN OFFENSE THAT MAY BE PUNISHABLE BY CONFINEMENT IN JAIL FOR AS LONG AS TWO YEARS AND A FINE OF AS MUCH AS $10,000.**

This concludes the Possession (Visitation) Order.

---------------------------------------------------------------------------------------------------

CLERK'S CERTIFICATE

---------------------------------------------------------------------------------------------------

The State of Texas      §

County of Travis      §

I, VELVA L. PRICE, Clerk of the District Courts of Travis County, Texas, do hereby certify that the documents contained in this record to which this certification is attached are all of the documents specified by Texas Rule of Appellate Procedure 34.5 (a) and all other documents timely requested by a party to this proceeding under Texas Rule of Appellate Procedure 34.5 (b).

GIVEN UNDER MY HAND AND SEAL at my office in Travis County, Texas this 13TH day of July, 2015.

VELVA L. PRICE
District Clerk, Travis County, Texas

Chloe Jimenez
Deputy

# Tab 2

Home    Mail    News    Sports    Finance    Weather    Games    Groups    Answers



- Compose
- **Inbox (99+)**
- Drafts (25)
- Sent
- Spam (4)
- Trash (95)
- Folders
- Recent

- Messenger
- Calendar
- Contacts
- Notepad

- Yahoo Mail for Mobile
- Send Feedback

To   Engin KUGUOGLU,

Re: merhaba

---

**From:** Engin KUGUOGLU <enginkuguoglu@hotmail.com>
**To:** Nalan Erkan <nalantx@yahoo.com>
**Sent:** Wednesday, November 13, 2013 3:12 AM
**Subject:** RE: merhaba

Gülsevim ERKAN adına Ataşehir,Kadıköy Bostancı 2893/7 bb:6
Yukarı dudullu 5662 parsel, bb:2 de daireler görünüyor ayrıca ar
ada,23 parsel, 53 pafta da bulunan gayrimenkulü Aysun Gültekı
tc:45016620662 'e 17.05.2011 de satmış

---

**Date:** Tue, 12 Nov 2013 10:06:54 -0800
**From:** nalantx@yahoo.com

| Send |  ⌄   Tt  **B**  *I*  🅰  ≣  ⊒  ≡  ✎  ☺  ᵃᵇᶜ⌄ |





## FW: merhaba

2 messages

---

**Engin KUGUOGLU** <enginkuguoglu@hotmail.com>
To: "jerinagosh@gmail.com" <jerinagosh@gmail.com>

Fri, Nov 29, 2013 at 1:43 AM

---

From: enginkuguoglu@hotmail.com
To: nalantx@yahoo.com
Subject: RE: merhaba
Date: Fri, 8 Nov 2013 14:22:37 +0200

Merhaba adına kayıtlı Gaymenkuller aşağıdaki gibidir.

SN 46887664) MEHMET TURAN ERKAN : HAMİT Oğlu

Sahip Olduğu Taşınmaz Tesis Kurum, Zemin Bilgisi : Tarih - Yevmiye

Ataşehir, Kadıköy; SUADİYE Mah.; Pafta No:121, Ada No:3190, Parsel No:60; Kat:2 Bağımsız Bölüm No:6 : 06/09/2000 - 9487

Ataşehir, Kadıköy; SUADİYE Mah.; Pafta No:121, Ada No:3190, Parsel No:60; Kat:2 Bağımsız Bölüm No:7 : 06/09/2000 - 9487

Şişli 1.Bölge(Kapatildi), Şişli; ŞİŞLİ Mah.; Pafta No:153, Ada No:1030, Parsel No:60; Kat:2 Bağımsız Bölüm No:4 : 03/08/1992 – 3556

---

Date: Thu, 7 Nov 2013 09:51:12 -0800
From: nalantx@yahoo.com
Subject: merhaba
To: enginkuguoglu@hotmail.com

Engincim merhaba,

Adi : Mehmet Turan Erkan

Anne : Adi Gulsevim Erkan ( Kizlik soy adi : Kirbey )

Baba adi : Hamit Erkan



Subject: merhaba
To: enginkuguoglu@hotmail.com

Engincim merhaba,

Adi : Mehmet Turan Erkan

Anne : Adi Gulsevim Erkan ( Kizlik soy adi : Kirbey )

Baba adi : Hamit Erkan

T.C. Kimlik numarasi : 58387030172

Ili : Kastamonu

Ilce : Bozkurt

Koyu : Gungoren

Cilt No : 0016

Aile sira No : 0004

Sira no : 0056

Kayit no : 12497


America Social Security Number : 029- 80 -06 15

Bu numarayi City Bank islemlerinde kullaniyordu, fakat Turkiye'de City bank kapandigi icin hic bir sey kanitlayamiyorum toplu para konusunda.

1998 de Austin / Texas da evlendik. Bu sirada kendi is yerimizde calistik cabaladik butun yatirimlarla benim bildigim 6 daire alindi. Bunlar ilgili bazi bilgiler Cengiz de var. Onu arayabilirsen o sana ulastirir. 6 ve 8 yasinda iki bebegim var. Onlar icin bir seyler yapmam lazim. Mahkenin benden istedigi Turkiyede ono veya ailesine ait ( cunku onunla evlendigimde ailesinin sislideki Eskazan apartmanindaki dairelerinden baska bir mal varliklari yoktu.Bir yakin arkadasindan ogrendigime gore annesine vekalet vermiste olabilir. vekalet vermis bile olsa. Sevgiler selamlar ...Hayirli isler temmennnisiyle...


nalan


71

# Tab 3

Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** **1999** | IRS Use Only-Do not write or staple in this space

For the year Jan. 1-Dec. 31, 1999, or other tax year beginning _____ ending _____ OMB No. 1545-0074

| **Label** (See instructions.) | Your first name and initial | Last name | Your social security number |
|---|---|---|---|
| | MEHMET        T | ERKAN | |
| **Use the IRS label.** | If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Otherwise, please print or type. | HABIBE        N | ERKAN | Applied For |

Home address (number and street). If you have a P.O. box, see instructions.      Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.

▲  **IMPORTANT!**  ▲
You must enter your SSN(s) above.

**Presidential Election Campaign** (See instructions.)

Do you want $3 to go to this fund?. . . . . . . . . . . . . . . . . . .
If a joint return, does your spouse want $3 to go to this fund?. . . . . . . . . . . . . . .

| | Yes | No | |
|---|---|---|---|
| | | X | **Note:** Checking "Yes" will not change your tax or reduce your refund. |
| | | X | |

**Filing Status**

Check only one box.

1 ☐ Single
2 **X** Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶ _____
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here.▶ _____
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19___ ). (See instructions.)

**Exemptions**

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. . . . . . . . . . . . . . . . . . . . . . . . .
b ☒ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| No. of boxes checked on 6a and 6b | 2 |
|---|---|

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instr) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than six dependents, see the instructions.

No. of your children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above _____
Add numbers entered on lines above ▶ **2**

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see the instructions.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. . . . . . . . . . . . . . . . | 7 | |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . . . . . . | 8a | |
| b | Tax-exempt interest. DO NOT include on line 8a . . . . . . . . . | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required. . . . . . . . . . . . . . | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) . . . . . | 10 | |
| 11 | Alimony received. . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . ▶ | 12 | -5,975 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . . ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . | 14 | |
| 15a | Total IRA distributions . . . . | 15a | b Taxable amount (see instructions) . | 15b | |
| 16a | Total pensions and annuities . | 16a | b Taxable amount (see instructions) . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . | 17 | 32,019 |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits . . . . | 20a | b Taxable amount (see instructions) . | 20b | |
| 21 | Other income. List type and amount (see instructions) _____ | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** . ▶ | 22 | 26,044 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see instructions) . . . . . . . . . . . . . . | 23 | | |
| 24 | Student loan interest deduction (see instructions) . . . . . . . . | 24 | | |
| 25 | Medical savings account deduction. Attach Form 8853 . . . . . | 25 | | |
| 26 | Moving expenses. Attach Form 3903. . . . . . . . . . . . | 26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE . . . . . | 27 | 1,840 | |
| 28 | Self-employed health insurance deduction (see instructions) . . | 28 | | |
| 29 | Keogh and self-employed SEP and SIMPLE plans. . . . . . . | 29 | | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . . . . | 30 | | |
| 31a | Alimony paid   b Recipient's SSN ▶ _____ | 31a | | |
| 32 | Add lines 23 through 31a . . . . . . . . . . . . . . . . . . . | 32 | 1,840 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** . . . . . . . . . . . . ▶ | 33 | 24,204 |

For Privacy Act and Paperwork Reduction Act Notice, See Instructions.

Form **1040** (1999)

JXB   RF 12/10/99

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) . . . . . . . . . . . . . . . . . . . . . . | 34 | 24,204 |
| | 35a | Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here . . . . . . . . ▶ 35a | | |
| | b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here . . . . . . . . . . ▶ 35b ☐ | | |

**Standard Deduction for Most People**

Single: $4,300

Head of household: $6,350

Married filing jointly or Qualifying widow(er): $7,200

Married filing separately: $3,600

| | | | | |
|---|---|---|---|---|
| | 36 | Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. **But see** the instructions to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent . . . . . . | 36 | 7,200 |
| | 37 | Subtract line 36 from line 34 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 37 | 17,004 |
| | 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet in the instructions for the amount to enter . . | 38 | 5,500 |
| | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- . . . . . | 39 | 11,504 |
| | 40 | **Tax.** (see instructions). Check if any tax from  **a** ☐ Form(s) 8814 **b** ☐ Form 4972 . . . . . . . ▶ | 40 | 1,729 |
| | 41 | Credit for child and dependent care expenses. Attach Form 2441 . | 41 | | |
| | 42 | Credit for the elderly or the disabled. Attach Schedule R . . . . . . | 42 | | |
| | 43 | Child tax credit (see instructions) . . . . . . . . . . . . . . . . | 43 | | |
| | 44 | Education credits. Attach Form 8863 . . . . . . . . . . . . . | 44 | | |
| | 45 | Adoption credit. Attach Form 8839 . . . . . . . . . . . | 45 | | |
| | 46 | Foreign tax credit. Attach Form 1116 if required . . . . . . . . . | 46 | | |
| | 47 | Other. Check if from  **a** ☐ Form 3800  **b** ☐ Form 8396  **c** ☐ Form 8801  **d** ☐ Form (specify) _____ | 47 | | |
| | 48 | Add lines 41 through 47. These are your **total credits** . . . . . . . . . . . . . . | 48 | |
| | 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0-. . . . . . . . . . ▶ | 49 | 1,729 |
| **Other Taxes** | 50 | Self-employment tax. Attach Schedule SE. . . . . . . . . . . . . . . . . . . . . . | 50 | 3,680 |
| | 51 | Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . . . . . . . . | 51 | |
| | 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 . . . | 52 | |
| | 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required. . . . . . . . . . | 53 | |
| | 54 | Advance earned income credit payments from Form(s) W-2 . . . . . . . . . . . . . . . | 54 | |
| | 55 | Household employment taxes. Attach Schedule H . . . . . . . . . . . . . . . . . . | 55 | |
| | 56 | Add lines 49 through 55. This is your **total tax** . . . . . . . . . . . . . . . . ▶ | 56 | 5,409 |
| **Payments** | 57 | Federal income tax withheld from Forms W-2 and 1099 . . . . . . | 57 | | |
| | 58 | 1999 estimated tax payments and amount applied from 1998 return | 58 | | |
| | 59a | **Earned income credit.** Attach Sch. EIC if you have a qualifying child  **b** Nontaxable earned income: amt ▶ _____  and type ▶ _____ | 59a | | No |
| | 60 | Additional child tax credit. Attach Form 8812 . . . . . . . . . . . | 60 | | |
| | 61 | Amount paid with request for extension to file (see instructions) . . | 61 | 5,669 | |
| | 62 | Excess social security and RRTA tax withheld (see instructions) . . | 62 | | |
| | 63 | Other payments. Check if from  **a** ☐ Form 2439  **b** ☐ Form 4136 | 63 | | |
| | 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** . . . . . . . . . ▶ | 64 | 5,669 |
| **Refund** Have it directly deposited! See instr and fill in 66b, 66c, and 66d. | 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** . | 65 | |
| | 66 a | Amount of line 65 you want **REFUNDED TO YOU** . . . . . . . . . . . . . . . . . . ▶ | 66a | |
| | b | Routing number _____ ▶**c** Type: ☐ Checking ☐ Savings | | |
| | d | Account number _____ | | |
| | 67 | Amount of ln 65 you want **APPLIED TO YOUR 2000 ESTIMATED TAX** ▶ | 67 | |
| **Amount You Owe** | 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE.** For details on how to pay, see instructions . . . . . . . . . . . . . . . . . . . . . ▶ | 68 | |
| | 69 | Estimated tax penalty. Also include on line 68 . . . . . . . . . | 69 | 260 | |

**Sign Here**

Joint return? See instructions.

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation RETAIL | Daytime telephone number (optional) |
|---|---|---|---|
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| Preparer's signature  _Thomas W Purice_ | Date 1/12/00 | Check if self-employed ☒ | Preparer's SSN or PTIN ▮ |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address ▮ | | EIN | |
| | | ZIP code ▮ | |

RF 12/10/99

Form **1040** (1999)

TAX PAYER'S COPY

# Form 1040

Department of the Treasury – Internal Revenue Service

## U.S. Individual Income Tax Return **2000** (99)

IRS Use Only – Do not write or staple in this space.

OMB No. 1545-0074

**Label** (See instructions on page 19.)

Use the IRS label. Otherwise, please print or type.

| | |
|---|---|
| Your first name and initial | Last name |
| MEHMET T. | ERKAN |
| If a joint return, spouse's first name and initial | Last name |
| HABIBE N. | ERKAN |

Home address (number and street). If you have a P.O. box, see page 19.     Apt. no.

City, town or post office, state, and ZIP code.

Your social security number

Spouse's social security number

▲ **IMPORTANT!** ▲

You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 19.)

Note. Checking "Yes" will not change your tax or reduce your refund.

Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶   You [ ] Yes [X] No   Spouse [ ] Yes [X] No

## Filing Status

Check only one box.

1. [ ] Single
2. [X] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's soc. sec. no. above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ ). (See page 19.)

## Exemptions

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a .......................

b [X] Spouse

No. of boxes checked on 6a and 6b   **2**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ If qualifying child for child tax credit (see page 20) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 20.

No. of your children on 6c who:
- lived with you
- did not live with you due to divorce or separation (see page 20)

Dependents on 6c not entered above

d Total number of exemptions claimed .......................

Add numbers entered on lines above ▶   **2**

## Income

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a .......... 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds or credits of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 17267. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions .......... 15a | b Taxable amount (see page 23) | 15b | |
| 16a | Total pensions and annuities ..... 16a | b Taxable amount (see page 23) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits .......... 20a | b Taxable amount (see page 25) | 20b | |
| 21 | Other income. List type and amount (see page 25) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 17267. |

## Adjusted Gross Income

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see page 27) .......... 23 | | |
| 24 | Student loan interest deduction (see page 27) .......... 24 | | |
| 25 | Medical savings account deduction. Attach Form 8853 .......... 25 | | |
| 26 | Moving expenses. Attach Form 3903 .......... 26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE .......... 27 | 1220. | |
| 28 | Self-employed health insurance deduction (see page 29) .......... 28 | | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans .......... 29 | | |
| 30 | Penalty on early withdrawal of savings .......... 30 | | |
| 31a | Alimony paid   b Recipient's SSN ▶ .......... 31a | | |
| 32 | Add lines 23 through 31a | 32 | 1220. |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 | 16047. |

010001 01-09-01   LHA   **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 56.**     Form **1040** (2000)

Form 1040 (2000) MEHMET T. & HABIBE N. ERKAN ▮ Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | 34 | 16047. |
| | 35a | Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | |
| | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ▶ 35b ☐ | | |
| | 36 | Enter your **itemized deductions** from Schedule A, line 28, **or standard deduction** shown on the left. But see page 31 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | 36 | 7350. |
| | 37 | Subtract line 36 from line 34 | 37 | 8697. |
| | 38 | If line 34 is $96,700 or less, multiply $2,800 by the total number of exemptions claimed on line 6d. If line 34 is over $96,700, see the worksheet on page 32 for the amount to enter | 38 | 5600. |
| | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 3097. |
| | 40 | Tax (see page 32). Check if any tax from **a** ☐ Form(s) 8814 **b** ☐ Form 4972 | 40 | 461. |
| | 41 | Alternative minimum tax. Attach Form 6251 | 41 | |
| | 42 | Add lines 40 and 41 ▶ | 42 | 461. |
| | 43 | Foreign tax credit. Attach Form 1116 if required | 43 | |
| | 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 | |
| | 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 | |
| | 46 | Education credits. Attach Form 8863 | 46 | |
| | 47 | Child tax credit (see page 36) | 47 | |
| | 48 | Adoption credit. Attach Form 8839 | 48 | |
| | 49 | Other. Check if from **a** ☐ Form 3800 **b** ☐ Form 8396 **c** ☐ Form 8801 **d** ☐ Form (specify) | 49 | |
| | 50 | Add lines 43 through 49. These are your **total credits** | 50 | |
| | 51 | Subtract line 50 from line 42. If line 50 is more than line 42, enter -0- ▶ | 51 | 461. |
| **Other Taxes** | 52 | Self-employment tax. Attach Schedule SE | 52 | 2440. |
| | 53 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 53 | |
| | 54 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 54 | |
| | 55 | Advance earned income credit payments from Form(s) W-2 | 55 | |
| | 56 | Household employment taxes. Attach Schedule H | 56 | |
| | 57 | Add lines 51 through 56. This is your **total tax** ▶ | 57 | 2901. |
| **Payments** | 58 | Federal income tax withheld from Forms W-2 and 1099 | 58 | |
| | 59 | 2000 estimated tax payments and amount applied from 1999 return | 59 | |
| | 60a | **Earned income credit (EIC)** | 60a | |
| | b | Nontaxable earned income: amount ▶ and type ▶ | | |
| | 61 | Excess social security and RRTA tax withheld (see page 50) | 61 | |
| | 62 | Additional child tax credit. Attach Form 8812 | 62 | |
| | 63 | Amount paid with request for extension to file | 63 | |
| | 64 | Other payments. Check if from **a** ☐ Form 2439 **b** ☐ Form 4136 | 64 | |
| | 65 | Add lines 58, 59, 60a, and 61 through 64. These are your **total payments** ▶ | 65 | |
| **Refund** | 66 | If line 65 is more than line 57, subtract line 57 from line 65. This is the amount you **overpaid** | 66 | |
| | 67a | Amount of line 66 you want **refunded to you** ▶ | 67a | |
| | b | Routing number ▶ **c** Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | |
| | 68 | Amount of line 66 you want **applied to your 2001 estimated tax** ▶ 68 | | |
| **Amount You Owe** | 69 | If line 57 is more than line 65, subtract line 65 from line 57. This is the **amount you owe** ▶ | 69 | 3057. |
| | 70 | Estimated tax penalty. Also include on line 69 70 156. | | |

**Sign Here** Keep a copy for your records.
Your signature [signed] Date 4/10/2001 Your occupation RETAIL Daytime phone number
Spouse's signature. If a joint return, both must sign. [signed H. Naden Erkan] Date 4/10/2001 Spouse's occupation RETAIL
May the IRS discuss this return with the preparer shown below (see page 52)? ☒ Yes ☐ No

**Paid Preparer's Use Only**
Preparer's signature [signed] Date 04/04/01 Check if self-employed ☒
Preparer's SSN or PTIN ▮
Firm's name ▮ Phone no.

76

Form **1040**  Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return**  **2000** (99)  IRS Use Only - Do not write or staple in this space.

OMB No. 1545-0074

**Label**
(See instructions on page 19.)
Use the IRS
Otherwise, please print or type.

For the year Jan. 1-Dec. 31, 2000, or other tax year beginning , 2000, ending , 20

| | |
|---|---|
| Your first name and initial | Last name |
| MEHMET T. | ERKAN |
| If a joint return, spouse's first name and initial | Last name |
| HABIBE N. | ERKAN |

Your social security number

Spouse's social security number

City, town or post office, state, and ZIP code.

▲ your SSN(s) above.

**Presidential Election Campaign** (See page 19.)

Note. Checking "Yes" will not change your tax or reduce your refund.

Do you, or your spouse if filing a joint return, want $3 to go to this fund?....... ▶  **You** ☐ Yes ☒ No  **Spouse** ☐ Yes ☒ No

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's soc. sec. no. above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ). (See page 19.)

**Exemptions**

If more than six dependents, see page 20.

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a .......
b ☒ **Spouse** ........

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4)✓ if qualifying child for child tax credit (see page 20) |
|---|---|---|---|
| | : : | | |
| | : : | | |
| | : : | | |
| | : : | | |
| | : : | | |
| | : : | | |

d Total number of exemptions claimed ........

No. of boxes checked on 6a and 6b  **2**

No. of your children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see page 20)

Dependents on 6c not entered above

Add numbers entered on lines above ▶  **2**

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a ... 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds or credits of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 17267. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions ... 15a | b Taxable amount (see page 23) | 15b | |
| 16a | Total pensions and annuities ... 16a | b Taxable amount (see page 23) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits ... 20a | b Taxable amount (see page 25) | 20b | |
| 21 | Other income. List type and amount (see page 25) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 17267. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see page 27) | 23 | |
| 24 | Student loan interest deduction (see page 27) | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 1220. |
| 28 | Self-employed health insurance deduction (see page 29) | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ : : | 31a | |
| 32 | Add lines 23 through 31a | 32 | 1220. |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 | 16047. |

PETITIONER'S EXHIBIT 7
PENGAD-Bayonne, N.J.

010001 01-09-01  LHA  **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 56.**  Form **1040** (2000)

| | | | |
|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | 34 | 16047. |

**Tax and Credits**

34  Amount from line 33 (adjusted gross income) — **34** | 16047.

35a  Check if:  ☐ **You** were 65 or older,  ☐ Blind;  ☐ **Spouse** was 65 or older,  ☐ Blind.
Add the number of boxes checked above and enter the total here ▶ **35a**

b  If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ▶ **35b** ☐

Standard Deduction for Most People

Single: $4,400

Head of household: $6,450

Married filing jointly or Qualifying widow(er): $7,350

Married filing separately: $3,675

36  Enter your **itemized deductions** from Schedule A, line 28, **or standard deduction** shown on the left. **But** see page 31 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent — **36** | 7350.

37  Subtract line 36 from line 34 — **37** | 8697.

38  If line 34 is $96,700 or less, multiply $2,800 by the total number of exemptions claimed on line 6d. If line 34 is over $96,700, see the worksheet on page 32 for the amount to enter — **38** | 5600.

39  **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- — **39** | 3097.

40  Tax (see page 32). Check if any tax from  a ☐ Form(s) 8814  b ☐ Form 4972 — **40** | 461.

41  Alternative minimum tax. Attach Form 6251 — **41**

42  Add lines 40 and 41 ▶ **42** | 461.

| | | |
|---|---|---|
| 43 | Foreign tax credit. Attach Form 1116 if required | **43** |
| 44 | Credit for child and dependent care expenses. Attach Form 2441 | **44** |
| 45 | Credit for the elderly or the disabled. Attach Schedule R | **45** |
| 46 | Education credits. Attach Form 8863 | **46** |
| 47 | Child tax credit (see page 36) | **47** |
| 48 | Adoption credit. Attach Form 8839 | **48** |
| 49 | Other. Check if from  a ☐ Form 3800  b ☐ Form 8396 c ☐ Form 8801  d ☐ Form (specify) | **49** |

50  Add lines 43 through 49. These are your **total credits** — **50**

51  Subtract line 50 from line 42. If line 50 is more than line 42, enter -0- ▶ **51** | 461.

**Other Taxes**

52  Self-employment tax. Attach Schedule SE — **52** | 2440.

53  Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 — **53**

54  Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required — **54**

55  Advance earned income credit payments from Form(s) W-2 — **55**

56  Household employment taxes. Attach Schedule H — **56**

57  Add lines 51 through 56. This is your **total tax** ▶ **57** | 2901.

**Payments**

| | | |
|---|---|---|
| 58 | Federal income tax withheld from Forms W-2 and 1099 | **58** |
| 59 | 2000 estimated tax payments and amount applied from 1999 return | **59** |

If you have a qualifying child, attach Schedule EIC.

| | | |
|---|---|---|
| 60a | **Earned income credit (EIC)** | **60a** |
| b | Nontaxable earned income: amount ▶ [ ] and type ▶ | |
| 61 | Excess social security and RRTA tax withheld (see page 50) | **61** |
| 62 | Additional child tax credit. Attach Form 8812 | **62** |
| 63 | Amount paid with request for extension to file | **63** |
| 64 | Other payments. Check if from  a ☐ Form 2439  b ☐ Form 4136 | **64** |

65  Add lines 58, 59, 60a, and 61 through 64. These are your **total payments** ▶ **65**

**Refund**

Have it directly deposited! See page 50 and fill in 67b, 67c, and 67d.

66  If line 65 is more than line 57, subtract line 57 from line 65. This is the amount you **overpaid** — **66**

67a  Amount of line 66 you want **refunded to you** ▶ **67a**

b  Routing number _____  ▶ c  Type: ☐ Checking ☐ Savings

d  Account number _____

68  Amount of line 66 you want **applied to your 2001 estimated tax** ▶ **68**

**Amount You Owe**

69  If line 57 is more than line 65, subtract line 65 from line 57. This is the **amount you owe** ▶ **69** | 3057.

70  Estimated tax penalty. Also include on line 69 — **70** | 156.

**Sign Here**

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶ _____  Date 4/10/2001  Your occupation RETAIL  Daytime phone number

Spouse's signature. If a joint return, both must sign. H. Ida Erkan  Date 4/10/2001  Spouse's occupation RETAIL

May the IRS discuss this return with the preparer shown below (see page 52)? ☒ Yes  ☐ No

**Paid Preparer's Use Only**

Preparer's signature ▶ _____  Date 04/04/01  Check if self-employed ☒

Firm's name (or yours if self-employed), address, and ZIP code  EIN  Phone no.

# Profit or Loss From Business

## (Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.

▶ Attach to Form 1040 or Form 1041.          ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2000**

Attachment Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| MEHMET T. ERKAN | |

| A | Principal business or profession, including product or service (see page C-1) | B Enter code from pages C-7 & 8 |
|---|---|---|
| | GIFT, NOVELTY, & SOUVENIR STORES | ▶ 453220 |

| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN), if any |
|---|---|---|
| | MAGIC RICE | |

E  Business address (including suite or room no.) ▶

City, town or post office, state, and ZIP code

F  Accounting method:  (1) [X] Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

G  Did you "materially participate" in the operation of this business during 2000? If "No," see page C-2 for limit on losses   [X] Yes ☐ No

H  If you started or acquired this business during 2000, check here   ▶ ☐

## Part I  Income

| 1 | Gross receipts or sales. **Caution:** *If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here* ▶ ☐ | 1 | 47324. |
|---|---|---|---|
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 47324. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | 3557. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 43767. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6. ▶ | 7 | 43767. |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Bad debts from sales or services (see page C-3) | 9 | | 20 | Rent or lease (see page C-4): | | |
| 10 | Car and truck expenses (see page C-3) | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Commissions and fees | 11 | | b | Other business property | 20b | 26500. |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) | 13 | | 22 | Supplies (not included in Part III) | 22 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 23 | Taxes and licenses | 23 | |
| 15 | Insurance (other than health) | 15 | | 24 | Travel, meals, and entertainment: | | |
| 16 | Interest: | | | a | Travel | 24a | |
| a | Mortgage (paid to banks, etc.) | 16a | | b | Meals and entertainment | | |
| b | Other | 16b | | c | Enter nondeductible amount included on line 24b (see page C-5) | | |
| 17 | Legal and professional services | 17 | | d | Subtract line 24c from line 24b | 24d | |
| 18 | Office expense | 18 | | 25 | Utilities | 25 | |
| | | | | 26 | Wages (less employment credits) | 26 | |
| | | | | 27 | Other expenses (from line 48 on page 2) | 27 | |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 26500. |
|---|---|---|---|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | 17267. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. • If a loss, you **must** go on to line 32. | 31 | 17267. |

32  If you have a loss, check the box that describes your investment in this activity (see page C-6).

• If you checked 32a, enter the loss on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.

• If you checked 32b, you **must** attach **Form 6198.**

32a ☐ All investment is at risk.

32b ☐ Some investment is not at risk.

LHA  For Paperwork Reduction Act Notice, see Form 1040 Instructions.          Schedule C (Form 1040) 2000

**Part III  Cost of Goods Sold** (see page C-6)

33  Method(s) used to
value closing inventory:     **a** [X] Cost          **b** [ ] Lower of cost or market          **c** [ ] Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If
"Yes," attach explanation ......................................................................................................................   [ ] Yes    [X] No

| | | |
|---|---|---|
| 35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 1000. |
| 36  Purchases less cost of items withdrawn for personal use | 36 | |
| 37  Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38  Materials and supplies | 38 | 5557. |
| 39  Other costs | 39 | |
| 40  Add lines 35 through 39 | 40 | 6557. |
| 41  Inventory at end of year | 41 | 3000. |
| 42  **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | 3557. |

**Part IV  Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 10 and are not required
to file Form 4562 for this business. See the instructions for line 13 on page C-3 to find out if you must file.

43  When did you place your vehicle in service for business purposes? (month, day, year)   ▶ ___ / ___ / ___ .

44  Of the total number of miles you drove your vehicle during 2000, enter the number of miles you used your vehicle for:

**a** Business _____     **b** Commuting _____     **c** Other _____

45  Do you (or your spouse) have another vehicle available for personal use? ...................................................   [ ] Yes    [ ] No

46  Was your vehicle available for use during off-duty hours? ..........................................................................   [ ] Yes    [ ] No

47 a  Do you have evidence to support your deduction? ...................................................................................   [ ] Yes    [ ] No
   b  If "Yes," is the evidence written? .........................................................................................................   [ ] Yes    [ ] No

**Part V  Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48  **Total other expenses.** Enter here and on page 1, line 27 | 48 | |

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income ▶ | |
|---|---|---|
| MEHMET T. ERKAN | | ■■■■■■■ |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See page SE-1.

**Note:** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE. See page SE-3.

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 52.

### May I Use Short Schedule SE or Must I Use Long Schedule SE?



---

### Section A-Short Schedule SE. Caution: *Read above to see if you can use Short Schedule SE.*

| | | |
|---|---|---|
| **1** Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a | **1** | |
| **2** Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report     Stmt 1 | **2** | 17267. |
| **3** Combine lines 1 and 2 | **3** | 17267. |
| **4** **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax     ▶ | **4** | 15946. |
| **5** **Self-employment tax.** If the amount on line 4 is:<br>  • $76,200 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 52.**<br>  • More than $76,200, multiply line 4 by 2.9% (.029). Then, add $9,448.80 to the result. Enter the total here and on **Form 1040, line 52.** | **5** | 2440. |
| **6** **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27**     **6**      1220. | | |

LHA   **For Paperwork Reduction Act Notice, see Form 1040 Instructions.**         Schedule SE (Form 1040) 2000

024501
10-18-00

MEHMET T. & HABIBE N. ERKAN

| Schedule SE | Non-Farm Income | Statement 1 |
|---|---|---|

| Description | Amount |
|---|---|
| From Schedule C | 17267. |
| Total to Schedule SE, line 2 | 17267. |

# Two-Year Comparison Worksheet

| Name(s) as shown on return | Social security number |
|---|---|
| MEHMET T. & HABIBE N. ERKAN | |

1999 Filing Status **Married Filing Joint**  2000 Filing Status **Married Filing Joint**

1999 Tax Bracket **15.0%**  2000 Tax Bracket **15.0%**

| Description | Tax Year 1999 | Tax Year 2000 | Increase (Decrease) |
|---|---|---|---|
| Sch. C/C-EZ (business income/loss) | <5975.> | 17267. | 23242. |
| Schedule E (rental and passthrough) | 32019. | 0. | <32019.> |
| Total income | 26044. | 17267. | <8777.> |
| | | | |
| One-half of self-employment tax | 1840. | 1220. | <620.> |
| Total adjustments | 1840. | 1220. | <620.> |
| | | | |
| Adjusted gross income | 24204. | 16047. | <8157.> |
| | | | |
| Standard deduction | 7200. | 7350. | 150. |
| Income before exemptions | 17004. | 8697. | <8307.> |
| Personal exemptions | 5500. | 5600. | 100. |
| Taxable income | 11504. | 3097. | <8407.> |
| | | | |
| Tax | 1729. | 461. | <1268.> |
| Tax before credits | 1729. | 461. | <1268.> |
| | | | |
| Tax after non-refundable credits | 1729. | 461. | <1268.> |
| | | | |
| Schedule SE (self-employment tax) | 3680. | 2440. | <1240.> |
| Total tax | 5409. | 2901. | <2508.> |
| | | | |
| Form 4868 (extension request) | 5669. | 0. | <5669.> |
| Total payments | 5669. | 0. | <5669.> |
| | | | |
| Tax overpaid | 260. | 0. | <260.> |
| Form 2210/2210F (est. tax penalty) | 260. | 156. | <104.> |
| Balance due (including 2210/2210F) | 0. | 3057. | 3057. |

TAXPAYER'S COPY

# Form 1040

**U.S. Individual Income Tax Return** **2001** (99)    IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2001, or other tax year beginning _____ , 2001, ending _____ , 20 ____    OMB No. 1545-0074

## Label
(See instructions on page 19.)

Use the IRS label. Otherwise, please print or type.

**L A B E L   H E R E**

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| MEHMET T. | ERKAN | ■■■ |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| HABIBE N. | ERKAN | ■■■ |

Home address (number and street). If you have a P.O. box, see page 19.    Apt. ■

City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.

▲ **Important!** ▲

You **must** enter your SSN(s) above.

**Presidential Election Campaign** (See page 19.) ▶  **Note.** Checking "Yes" will not change your tax or reduce your refund.

Do you, or your spouse if filing a joint return, want $3 to go to this fund?........ ▶

**You**  ☐ Yes ☒ No    **Spouse** ☐ Yes ☒ No

## Filing Status

Check only one box.

1. ☐ Single
2. ☒ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶ _____
4. ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ____ ). (See page 19.)

## Exemptions

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a .........

b ☒ **Spouse** ..................................................

No. of boxes checked on 6a and 6b  **2**

c **Dependents:**

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 20) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If more than six dependents, see page 20.

No. of your children on 6c who:
● lived with you _____
● did not live with you due to divorce or separation (see page 20) _____

Dependents on 6c not entered above _____

Add numbers entered on lines above ▶ **2**

d Total number of exemptions claimed...................................

## Income

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | 22. |
| b | **Tax-exempt** interest. Do not include on line 8a | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 17261. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions _____ 15a _____ b Taxable amount (see page 23) | 15b | |
| 16a | Total pensions and annuities _____ 16a _____ b Taxable amount (see page 23) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits _____ 20a _____ b Taxable amount (see page 25) | 20b | |
| 21 | Other income. List type and amount (see page 27) _____ | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 17283. |

## Adjusted Gross Income

| | | |
|---|---|---|
| 23 | IRA deduction (see page 27) | 23 | |
| 24 | Student loan interest deduction (see page 28) | 24 | |
| 25 | Archer MSA deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 1220. |
| 28 | Self-employed health insurance deduction (see page 30) | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ _____ | 31a | |
| 32 | Add lines 23 through 31a | 32 | 1220. |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 | 16063. |

84

110001 11-27-01

**LHA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 72.**

Form **1040** (2001)

**Tax and Credits**

Standard Deduction for –
● People who checked any box on line 35a or 35b or who can be claimed as a dependent.

● All others:

Single, $4,550

Head of household, $6,650

Married filing jointly or Qualifying widow(er), $7,600

Married filing separately, $3,800

| | | | |
|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | 34 | 16063. |
| 35a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien ▶ 35b ☐ | | |
| 36 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 36 | 7600. |
| 37 | Subtract line 36 from line 34 | 37 | 8463. |
| 38 | If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet on page 32 | 38 | 5800. |
| 39 | Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 2663. |
| 40 | Tax. Check if tax from a☐ Form(s) 8814 b☐ Form 4972 | 40 | 399. |
| 41 | Alternative minimum tax. Attach Form 6251 | 41 | |
| 42 | Add lines 40 and 41 ▶ | 42 | 399. |
| 43 | Foreign tax credit. Attach Form 1116 if required | 43 | |
| 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 | |
| 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 | |
| 46 | Education credits. Attach Form 8863 | 46 | |
| 47 | Rate reduction credit. See the worksheet on page 36 | 47 | |
| 48 | Child tax credit (see page 37) | 48 | |
| 49 | Adoption credit. Attach Form 8839 | 49 | |
| 50 | Other credits from: a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 50 | |
| 51 | Add lines 43 through 50. These are your total credits | 51 | |
| 52 | Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- ▶ | 52 | 399. |

**Other Taxes**

| | | | |
|---|---|---|---|
| 53 | Self-employment tax. Attach Schedule SE | 53 | 2439. |
| 54 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 54 | |
| 55 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach 5329 if required | 55 | |
| 56 | Advance earned income credit payments from Form(s) W-2 | 56 | |
| 57 | Household employment taxes. Attach Schedule H | 57 | |
| 58 | Add lines 52 through 57. This is your total tax ▶ | 58 | 2838. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| | | | |
|---|---|---|---|
| 59 | Federal income tax withheld from Forms W-2 and 1099 | 59 | |
| 60 | 2001 estimated tax payments and amount applied from 2000 return | 60 | 2904. |
| 61a | Earned income credit (EIC) | 61a | |
| b | Nontaxable earned income 61b | | |
| 62 | Excess social security and RRTA tax withheld (see page 51) | 62 | |
| 63 | Additional child tax credit. Attach Form 8812 | 63 | |
| 64 | Amount paid with request for extension to file (see page 51) | 64 | |
| 65 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 65 | |
| 66 | Add lines 59, 60, 61a, and 62 through 65. These are your total payments ▶ | 66 | 2904. |

**Refund**

Direct deposit? See page 51 and fill in 68b, 68c, and 68d.

| | | | |
|---|---|---|---|
| 67 | If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you overpaid | 67 | 66. |
| 68a | Amount of line 67 you want refunded to you ▶ | 68a | |
| b | Routing number ▶ c Type: ☐ Checking ☐ Savings ▶ d Account number | | |
| 69 | Amount of line 67 you want applied to your 2002 estimated tax ▶ | 69 | 66. |

**Amount You Owe**

| | | | |
|---|---|---|---|
| 70 | Amount you owe. Subtract line 66 from line 58. For details on how to pay, see page 52 ▶ | 70 | |
| 71 | Estimated tax penalty. Also include on line 70 | 71 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 53)? ☒ Yes. Complete the following. ☐ No

Designee's name ▶ Preparer    Phone no. ▶    Personal identification number (PIN) ▶

**Sign Here**

Joint return? See page 19. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶    Date 4/11/2002    Your occupation RETAIL    Daytime phone number

Spouse's signature. If a joint return, both must sign. H. Iden Erkan    Date 4/11/2002    Spouse's occupation RETAIL

**Paid Preparer's Use Only**

Preparer's signature ▶ Thomas W Prescott    Date 04/02/02    Check if self-employed ☒

Firm's name (or yours if self-employed), address, and ZIP code    EIN    ( )

110002 11-27-01

85



MEHMET T. & HABIBE N. ERKAN

## Schedule B - Interest and Ordinary Dividends

Attachment Sequence No. **08**

| | | | Amount |
|---|---|---|---|
| **Part I**<br>**Interest** | **1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ _____ | | |
| | US TREASURY | | 22. |
| **Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form. | | **1** | |
| | **2** Add the amounts on line 1 | **2** | 22. |
| | **3** Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **must** attach Form 8815 | **3** | |
| | **4** Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | **4** | 22. |

**Note.** If line 4 is over $400, you must complete Part III.

| | | | Amount |
|---|---|---|---|
| **Part II**<br>**Ordinary**<br>**Dividends** | **5** List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13. ▶ | | |
| **Note:** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form. | | **5** | |
| | **6** Add the amounts on line 5. Enter the total here and on Form 1040, line 9 ▶ | **6** | |

**Note.** If line 6 is over $400, you must complete Part III.

| | | Yes | No |
|---|---|---|---|
| **Part III**<br>**Foreign**<br>**Accounts**<br>**and**<br>**Trusts** | You must complete this part if you **(a)** had over $400 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | | |
| | **7a** At any time during 2001, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? | | X |
| | **b** If "Yes," enter the name of the foreign country ▶ _____ | | |
| | **8** During 2001, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | X |

127501
10-23-01

LHA    **For Paperwork Reduction Act Notice, see Form 1040 instructions.** 86    Schedule B (Form 1040) 2001

# Profit or Loss From Business
(Sole Proprietorship)
▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.
▶ Attach to Form 1040 or Form 1041.          ▶See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

# 2001

Attachment
Sequence No. 09

| Name of proprietor | Social security number (SSN) |
|---|---|
| MEHMET T. ERKAN | |

| A | Principal business or profession, including product or service (see page C-1) | B | |
|---|---|---|---|
| | GIFT, NOVELTY, & SOUVENIR STORES | ▶ | |

| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN), if any |
|---|---|---|
| | MAGIC RICE | |

E   Business address (including suite or room no.) ▶ _____
    City, town or post office, state, and ZIP code _____

F   Accounting method:     (1) [X] Cash     (2) [ ] Accrual     (3) [ ] Other (specify) ▶ _____

G   Did you "materially participate" in the operation of this business during 2001? If "No," see page C-2 for limit on losses ............. [X] Yes [ ] No

H   If you started or acquired this business during 2001, check here ................................................. ▶ [ ]

## Part I | Income

| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here ............................................. ▶ [ ] | 1 | 50145. |
|---|---|---|---|
| 2 | Returns and allowances ............................................................................................. | 2 | |
| 3 | Subtract line 2 from line 1 ......................................................................................... | 3 | 50145. |
| 4 | Cost of goods sold (from line 42 on page 2) ................................................................... | 4 | 5029. |
| 5 | **Gross profit.** Subtract line 4 from line 3 ....................................................................... | 5 | 45116. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) ............ | 6 | |
| 7 | **Gross income.** Add lines 5 and 6. ......................................................................... ▶ | 7 | 45116. |

## Part II | Expenses. Enter expenses for business use of your home only on line 30.

| 8 | Advertising | 8 | | | 19 | Pension and profit-sharing plans | 19 | |
|---|---|---|---|---|---|---|---|---|
| 9 | Bad debts from sales or services (see page C-3) | 9 | | | 20 | Rent or lease (see page C-4): | | |
| 10 | Car and truck expenses (see page C-3) | 10 | | | a | Vehicles, machinery, and equipment | 20a | |
| | | | | | b | Other business property | 20b | 26850. |
| 11 | Commissions and fees | 11 | | | 21 | Repairs and maintenance | 21 | |
| 12 | Depletion | 12 | | | 22 | Supplies (not included in Part III) | 22 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) | 13 | | | 23 | Taxes and licenses | 23 | |
| | | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | | a | Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | | b | Meals and entertainment | | |
| 15 | Insurance (other than health) | 15 | | | c | Enter nondeductible amount included on line 24b (see page C-5) | | |
| 16 | Interest: | | | | | | | |
| a | Mortgage (paid to banks, etc.) | 16a | | | d | Subtract line 24c from line 24b | 24d | |
| b | Other | 16b | | | 25 | Utilities | 25 | 1005. |
| 17 | Legal and professional services | 17 | | | 26 | Wages (less employment credits) | 26 | |
| 18 | Office expense | 18 | | | 27 | Other expenses (from line 48 on page 2) | 27 | |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ....................... ▶ | 28 | 27855. |
|---|---|---|---|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 .................................................................. | 29 | 17261. |
| 30 | Expenses for business use of your home. Attach **Form 8829** .......................................................... | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3. • If a loss, you **must** go to line 32. | 31 | 17261. |

32   If you have a loss, check the box that describes your investment in this activity (see page C-6).
     • If you checked 32a, enter the loss on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.
     • If you checked 32b, you **must** attach Form 6198.

32a [ ] All investment is at risk.
32b [ ] Some investment is not at risk.

LHA    For Paperwork Reduction Act Notice, see Form 1040 instructions.                    Schedule C (Form 1040) 2001

120001  10-26-01

87

**art III** | **Cost of Goods Sold** (see page C-6)

33  Method(s) used to
    value closing inventory:    a [X] Cost    b [ ] Lower of cost or market    c [ ] Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If
    "Yes," attach explanation ..................................................................................................    [ ] **Yes**   [X] **No**

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 3000. |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | 5029. |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | 8029. |
| 41 | Inventory at end of year | 41 | 3000. |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | 5029. |

**Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 10 and are not required
to file Form 4562 for this business. See the instructions for line 13 on page C-3 to find out if you must file.

43  When did you place your vehicle in service for business purposes? (month, day, year)   ▶ ___/___/___ .

44  Of the total number of miles you drove your vehicle during 2001, enter the number of miles you used your vehicle for:

a  Business _____    b  Commuting _____    c  Other _____

45  Do you (or your spouse) have another vehicle available for personal use? ...................................    [ ] **Yes**   [ ] **No**

46  Was your vehicle available for use during off-duty hours? ........................................................    [ ] **Yes**   [ ] **No**

47 a  Do you have evidence to support your deduction? .................................................................    [ ] **Yes**   [ ] **No**
    b  If "Yes," is the evidence written? .....................................................................................    [ ] **Yes**   [ ] **No**

**Part V** | **Other Expenses.**  List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48  Total other expenses. Enter here and on page 1, line 27 | 48 | |

Schedule C (Form 1040) 2001

# Self-Employment Tax

▶ See Instructions for Schedule SE (Form 1040).
▶ Attach to Form 1040.

OMB No. 1545-0074

## 2001

Attachment
Sequence No. 17

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income ▶ | |
|---|---|---|
| MEHMET  T.  ERKAN | | ███  ███  ███ |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more **or**

- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See page SE-1.

**Note:** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE. See page SE-3.

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 53.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



## Section A-Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---|
| 1  Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a | 1 | |
| 2  Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report     Stmt 1 | 2 | 17261. |
| 3  Combine lines 1 and 2 | 3 | 17261. |
| 4  **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax   ▶ | 4 | 15941. |
| 5  **Self-employment tax.** If the amount on line 4 is: | | |
| • $80,400 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 53.** | 5 | 2439. |
| • More than $80,400, multiply line 4 by 2.9% (.029). Then, add $9,969.60 to the result. Enter the total here and on **Form 1040, line 53.** | | |
| 6  **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27**     | 6 |  1220. | | |

IA   For Paperwork Reduction Act Notice, see Form 1040 instructions.

124501
10-23-01

89

Schedule SE (Form 1040) 2001

Schedule SE                    Non-Farm Income                    Statement    1

| Description | Amount |
| --- | --- |
| From Schedule C | 17261. |
| Total to Schedule SE, line 2 | 17261. |

Name(s) as shown on return | Social security number

MEHMET T. & HABIBE N. ERKAN

2000 Filing Status **Married Filing Joint**          2001 Filing Status **Married Filing Joint**

2000 Tax Bracket **15.0%**                            2001 Tax Bracket **15.0%**

| Description | Tax Year 2000 | Tax Year 2001 | Increase (Decrease) |
|---|---|---|---|
| Schedule B – taxable interest | 0. | 22. | 22. |
| Sch. C/C-EZ (business income/loss) | 17267. | 17261. | <6.> |
| Total income | 17267. | 17283. | 16. |
| | | | |
| One-half of self-employment tax | 1220. | 1220. | |
| Total adjustments | 1220. | 1220. | |
| | | | |
| Adjusted gross income | 16047. | 16063. | 16. |
| | | | |
| Standard deduction | 7350. | 7600. | 250. |
| Income before exemptions | 8697. | 8463. | <234.> |
| Personal exemptions | 5600. | 5800. | 200. |
| Taxable income | 3097. | 2663. | <434.> |
| | | | |
| Tax | 461. | 399. | <62.> |
| Tax before credits | 461. | 399. | <62.> |
| | | | |
| Tax after non-refundable credits | 461. | 399. | <62.> |
| | | | |
| Schedule SE (self-employment tax) | 2440. | 2439. | <1.> |
| Total tax | 2901. | 2838. | <63.> |
| | | | |
| Estimated tax payments | 0. | 2904. | 2904. |
| Total payments | 0. | 2904. | 2904. |
| | | | |
| Tax overpaid | 0. | 66. | 66. |
| Overpayment applied to estimate | 0. | 66. | 66. |
| Form 2210/2210F (est. tax penalty) | 156. | 0. | <156.> |
| Balance due (including 2210/2210F) | 3057. | 0. | <3057.> |

91



# Form 1040

**U.S. Individual Income Tax Return** **2002** (99) IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2002, or other tax year beginning , 2002, ending , 20  OMB No. 1545-0074

| Label | Your first name and initial | Last name | Your social security number |
|---|---|---|---|
| See instructions on page 21.) | MEHMET T. | ERKAN | ■ ■ ■ |
| Use the IRS label. Otherwise, please print or type. | If a joint return, spouse's first name and initial HABIBE N. | Last name ERKAN | Spouse's social security number ■ ■ |

Home address (number and street). If you have a P.O. box, see page 21. ■ Apt. ■

▲ **Important!** ▲
You **must** enter your SSN(s) above.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 21. ■ ■ ■

**Presidential Election Campaign** (See page 21.)

Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶

You: ☐ Yes ☒ No   Spouse: ☐ Yes ☒ No

## Filing Status

Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 21.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ). (See page 21.)

## Exemptions

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a
b ☒ Spouse

No. of boxes checked on 6a and 6b **2**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 22) |
|---|---|---|---|
| | : : | | |
| | : : | | |
| | : : | | |
| | : : | | |
| | : : | | |

No. of your children on 6c who:
● lived with you ___
● did not live with you due to divorce or separation (see page 22) ___

If more than five dependents, see page 22.

Dependents on 6c not entered above ___

d Total number of exemptions claimed

Add numbers on lines above ▶ **2**

## Income

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 12685. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions 15a | b Taxable amount (see page 25) 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount (see page 25) 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a | b Taxable amount (see page 27) 20b | |
| 21 | Other income. List type and amount (see page 29) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 12685. |

## Adjusted Gross Income

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 29) | 23 | |
| 24 | IRA deduction (see page 29) | 24 | |
| 25 | Student loan interest deduction (see page 31) | 25 | |
| 26 | Tuition and fees deduction (see page 32) | 26 | |
| 27 | Archer MSA deduction. Attach Form 8853 | 27 | |
| 28 | Moving expenses. Attach Form 3903 | 28 | |
| 29 | One-half of self-employment tax. Attach Schedule SE | 29 | 896. |
| 30 | Self-employed health insurance deduction (see page 33) | 30 | |
| 31 | Self-employed SEP, SIMPLE, and qualified plans | 31 | |
| 32 | Penalty on early withdrawal of savings | 32 | |
| 33a | Alimony paid b Recipient's SSN ▶ : : | 33a | |
| 34 | Add lines 23 through 33a | 34 | 896. |
| 35 | Subtract line 34 from line 22. This is your **adjusted gross income** ▶ | 35 | 11789. |

210001 10-29-02

92

LHA **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 76.**

Form **1040** (2002)

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 36 | Amount from line 35 (adjusted gross income) | 36 | 11789. |

**Standard Deduction for -**

● People who checked any box on line 37a or 37b **or** who can be claimed as a dependent.

● All others:

Single, $4,700

Head of household, $6,900

Married filing jointly or Qualifying widow(er), $7,850

Married filing separately, $3,925

| | | |
|---|---|---|
| 37a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 37a | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien ▶ 37b ☐ | |
| 38 | Itemized deductions (from Schedule A) **or** your **standard deduction** (see left margin) | 38 | 7850. |
| 39 | Subtract line 38 from line 36 | 39 | 3939. |
| 40 | If line 36 is $103,000 or less, multiply $3,000 by the total number of exemptions claimed on line 6d. If line 36 is over $103,000, see the worksheet on page 35 | 40 | 6000. |
| 41 | **Taxable income.** Subtract line 40 from line 39. If line 40 is more than line 39, enter -0- | 41 | 0. |
| 42 | **Tax.** Check if any tax from: a ☐ Form(s) 8814  b ☐ Form 4972 | 42 | 0. |
| 43 | **Alternative minimum tax.** Attach Form 6251 | 43 | |
| 44 | Add lines 42 and 43 ▶ | 44 | 0. |
| 45 | Foreign tax credit. Attach Form 1116 if required | 45 | |
| 46 | Credit for child and dependent care expenses. Attach Form 2441 | 46 | |
| 47 | Credit for the elderly or the disabled. Attach Schedule R | 47 | |
| 48 | Education credits. Attach Form 8863 | 48 | |
| 49 | Retirement savings contributions credit. Attach Form 8880 | 49 | |
| 50 | Child tax credit (see page 39) | 50 | |
| 51 | Adoption credit. Attach Form 8839 | 51 | |
| 52 | Credits from: a ☐ Form 8396  b ☐ Form 8859 | 52 | |
| 53 | Other credits. Check applicable box(es): a ☐ Form 3800  b ☐ Form 8801  c ☐ Specify _____ | 53 | |
| 54 | Add lines 45 through 53. These are your **total credits** | 54 | |
| 55 | Subtract line 54 from line 44. If line 54 is more than line 44, enter -0- ▶ | 55 | 0. |

| | | | | |
|---|---|---|---|---|
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | 1792. |
| | 57 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 57 | |
| | 58 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach 5329 if required | 58 | |
| | 59 | Advance earned income credit payments from Form(s) W-2 | 59 | |
| | 60 | Household employment taxes. Attach Schedule H | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** ▶ | 61 | 1792. |

| | | | | |
|---|---|---|---|---|
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | |
| | 63 | 2002 estimated tax payments and amount applied from 2001 return | 63 | 2840. |
| If you have a qualifying child, attach Schedule EIC. | 64 | Earned income credit (EIC) | 64 | ~~22.~~ |
| | 65 | Excess social security and tier 1 RRTA tax withheld (see page 56) | 65 | |
| | 66 | Additional child tax credit. Attach Form 8812 | 66 | |
| | 67 | Amount paid with request for extension to file (see page 56) | 67 | |
| | 68 | Other payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 68 | |
| | 69 | Add lines 62 through 68. These are your **total payments** ▶ | 69 | 2862. 2840 |

| | | | | |
|---|---|---|---|---|
| **Refund** | 70 | If line 69 is more than line 61, subtract line 61 from line 69. This is the amount you **overpaid** ▶ | 70 | ~~1070.~~ 1048 |
| Direct deposit? See page 56 and fill in 71b, 71c, and 71d. | 71a | Amount of line 70 you want **refunded to you** ▶ | 71a | |
| | b | Routing number _____ ▶ c Type: ☐ Checking ☐ Savings ▶ d Account number _____ | | |
| | 72 | Amount of line 70 you want **applied to your 2003 estimated tax** ▶ | 72 | 1048 . ~~1070.~~ |

| | | | | |
|---|---|---|---|---|
| **Amount You Owe** | 73 | **Amount you owe.** Subtract line 69 from line 61. For details on how to pay, see page 57 ▶ | 73 | |
| | 74 | Estimated tax penalty (see page 57) | 74 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 58)? ☒ **Yes.** Complete the following. ☐ **No**

Designee's name ▶ Preparer    Phone no. ▶    Personal identification number (PIN) ▶

**Sign Here**

Joint return? See page 21. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date 4/11/2003 | Your occupation RETAIL |
|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. H. Odan Erkan | Date 4/11/2003 | Spouse's occupation RETAIL |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date 04/08/03 | Check if self-employed ☒ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | Phone ( ) |

210002 01-31-03

93

OMB No. 1545-0074

# SCHEDULE C
## (Form 1040)
Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
### (Sole Proprietorship)
▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.
▶ Attach to Form 1040 or Form 1041. ▶See Instructions for Schedule C (Form 1040).

## 2002
Attachment
Sequence No. 09

| Name of proprietor | Social security number (SSN) |
|---|---|
| MEHMET T. ERKAN | |

**A** Principal business or profession, including product or service (see page C-1)
GIFT, NOVELTY, & SOUVENIR STORES

**B** Enter code from pages C-7, 8, & 9 ▶

**C** Business name. If no separate business name, leave blank.
MAGIC RICE

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.)
City, town or post office, state, and ZIP code

**F** Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶ _____

**G** Did you "materially participate" in the operation of this business during 2002? If "No," see page C-3 for limit on losses [X] Yes [ ] No

**H** If you started or acquired this business during 2002, check here ▶ [ ]

## Part I | Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ [ ] | 1 | 48398. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 48398. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | 7505. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 40893. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 40893. |

## Part II | Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Bad debts from sales or services (see page C-3) | 9 | | 20 | Rent or lease (see page C-5): | | |
| 10 | Car and truck expenses (see page C-3) | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Commissions and fees | 11 | | b | Other business property | 20b | 27000. |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | | 22 | Supplies (not included in Part III) | 22 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 23 | Taxes and licenses | 23 | |
| 15 | Insurance (other than health) | 15 | 350. | 24 | Travel, meals, and entertainment: | | |
| 16 | Interest: | | | a | Travel | 24a | |
| a | Mortgage (paid to banks, etc.) | 16a | | b | Meals and entertainment | | |
| b | Other | 16b | | c | Enter nondeductible amount included on line 24b (see page C-5) | | |
| 17 | Legal and professional services | 17 | | d | Subtract line 24c from line 24b | 24d | |
| 18 | Office expense | 18 | | 25 | Utilities | 25 | 858. |
| | | | | 26 | Wages (less employment credits) | 26 | |
| | | | | 27 | Other expenses (from line 48 on page 2) | 27 | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 28208. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | 12685. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | 31 | 12685. |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6). | | |
| | • If you checked 32a, enter the loss on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | 32a [ ] All investment is at risk. | |
| | • If you checked 32b, you **must** attach **Form 6198.** | 32b [ ] Some investment is not at risk. | |

LHA For Paperwork Reduction Act Notice, see Form 1040 instructions.
220001 11-04-02

94

Schedule C (Form 1040) 2002

**Part III | Cost of Goods Sold** (see page C-6)

33  Method(s) used to
value closing inventory:   a  [X] Cost        b [ ] Lower of cost or market        c [ ] Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If
"Yes," attach explanation ................................................................................................................................  [ ] Yes   [X] No

| | | |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 3000. |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | 7005. |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | 10005. |
| 41 | Inventory at end of year | 41 | 2500. |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | 7505. |

**Part IV | Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ ____ / ____ / ____ .

44  Of the total number of miles you drove your vehicle during 2002, enter the number of miles you used your vehicle for:

a  Business _____     b  Commuting _____     c  Other _____

45  Do you (or your spouse) have another vehicle available for personal use? ...............................................  [ ] Yes   [ ] No

46  Was your vehicle available for personal use during off-duty hours? ....................................................  [ ] Yes   [ ] No

47 a  Do you have evidence to support your deduction? .............................................................................  [ ] Yes   [ ] No
   b  If "Yes," is the evidence written? ....................................................................................................  [ ] Yes   [ ] No

**Part V | Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | | |
|---|---|---|
| | | |

48  **Total other expenses.** Enter here and on page 1, line 27 ............................................... 95  | 48 | |

**SCHEDULE SE**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Self-Employment Tax

**2002**

▶ Attach to Form 1040. ▶ See Instructions for Schedule SE (Form 1040).

Attachment
Sequence No. **17**

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with **self-employment** income ▶ | |
|---|---|---|
| MEHMET T. ERKAN | | ████████ |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more **or**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See page SE-1.

**Note:** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE. See page SE-3.

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 56.

### May I Use Short Schedule SE or Must I Use Long Schedule SE?



## Section A-Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---|
| 1 Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a | 1 | |
| 2 Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report ......... Stmt 1 | 2 | 12685. |
| 3 Combine lines 1 and 2 | 3 | 12685. |
| 4 **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax ▶ | 4 | 11715. |
| 5 **Self-employment tax.** If the amount on line 4 is: | | |
| • $84,900 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 56.** | | |
| • More than $84,900, multiply line 4 by 2.9% (.029). Then, add $10,527.60 to the result. Enter the total here and on **Form 1040, line 56.** | 5 | 1792. |
| 6 **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 29** .......... | 6 | 896. |

HA **For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule SE (Form 1040) 2002

224501
10-22-02

# IC Worksheet **B** - Earned Income Credit (EIC)

| Name(s) shown on return | Your Social Security number |
|---|---|
| MEHMET T. & HABIBE N. ERKAN | ▮▮▮▮▮ |

**Part 1**

**Self-Employed and People With Church Employee Income Filing Schedule SE**

1a. Enter the amount from Schedule SE, Section A, line 3, or Section B, line 3, whichever applies. ......... **1a** _____ 12685.

b. Enter any amount from Schedule SE, Section B, line 4b and line 5a. .............. **+ 1b** _____

c. Add lines 1a and 1b. .............. **= 1c** _____ 12685.

d. Enter the amount from Schedule SE, Section A, line 6, or Section B, line 13, whichever applies. .............. **- 1d** _____ 896.

e. Subtract line 1d from 1c. .............. **= 1e** _____ 11789.

**Part 2**

**Self-Employed NOT Filing Schedule SE**

For example, your net earnings from self-employment were less than $400.

2. Do not include on these lines any statutory employee income or any amount exempt from self-employment tax as the result of the filing and approval of Form 4029 or Form 4361.

a. Enter any net farm profit (or loss) from Schedule F, line 36, and from farm partnerships, Schedule K-1 (Form 1065), line 15a. .............. **2a** _____

b. Enter any net profit (or loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. .............. **2b** _____

c. Combine lines 2a and 2b. .............. **= 2c** _____

**Part 3**

**Statutory Employees Filing Schedule C or C-EZ**

3. Enter the amount from Schedule C, line 1, or Schedule C-EZ, line 1, that you are filing as a statutory employee. .............. **3** _____

**Part 4**

**All Filers Using EIC Worksheet B**

If line 4b includes income on which you should have paid self-employment tax but did not, the IRS may reduce your credit by the amount of self-employment tax not paid.

4a. Enter your taxable earned income from Worksheet 2, line 8. .............. **+ 4a** _____

b. Combine lines 1e, 2c, 3 and 4a. **This is your total earned income.** .............. **= 4b** _____ 11789.

If line 4b is zero or less, ⌐STOP¬ You cannot take the credit.

5. Is the amount on line 4b less than:
- $11,060 ($12,060 for married filing jointly) if you do not have a qualifying child,
- $29,201 ($30,201 for married filing jointly) if you have one qualifying child, or
- $33,178 ($34,178 for married filing jointly) if you have two or more qualifying children.

[X] Yes.
[ ] No. ⌐STOP¬ You cannot take the credit.

**Part 5**

**All Filers Using EIC Worksheet B**

6. Enter your total earned income from Part 4, line 4b, of this worksheet. .............. **6** _____ 11789.

7. Look up the amount on line 6 above in the EIC Table in the Appendix to find the credit. Use the correct column for your filing status. Enter the credit here. .............. **7** _____ 22.

If line 7 is zero, ⌐STOP¬ You cannot take the credit.

*Put "No" directly to the right of line 64 (Form 1040); or line 41 (Form 1040A); or on line 8 (Form 1040EZ).*

8. Enter your adjusted gross income (line 36 of Form 1040; line 22 of Form 1040A; or line 4 of Form 1040EZ). .............. **8** _____ 11789.

9. Are the amounts on lines 8 and 6 the same?
[X] Yes. *Skip line 10; enter the amount from line 7 on line 11.*
[ ] No. *Go to line 10.*

10. Is the amount on line 8 less than:
- $6,150 ($7,150 for married filing jointly) if you do not have a qualifying child, OR
- $13,550 ($14,550 for married filing jointly) if you have one or more qualifying children?

[ ] Yes. *Leave line 10 blank; enter the amount from line 7 on line 11.*
[X] No. Look up the amount on line 8 in the EIC Table in the Appendix to find the credit. Use the correct column for your filing status. Enter the credit here. .............. **10** _____

*Look at the amounts on lines 10 and 7. Then, enter the SMALLER amount on line 11.*

**Part 6**

**Your Earned Income Credit**

11. **This is your earned income credit.** .............. **11** _____ 22.

221523
12-05-02

# Schedule EIC - Earned Income Worksheet

Name(s) shown on return
MEHMET T. & HABIBE N. ERKAN

## Worksheet 2: Earned Income

### Taxable Earned Income

1. Enter the amount from line 7 (Form 1040 or Form 1040A) or line 1 (Form 1040EZ). ............................................................ 1. _____

2. If you received a taxable scholarship or fellowship grant not reported on a Form W - 2, but was included in the total on line 7 (Form 1040 or 1040A) or line 1 (Form 1040EZ, enter the amount ............................................................................. 2. _____

3. **Inmates.** If you received any amount for work done while an inmate in a penal institution and that amount is included in the total on line 7 (Form 1040 or Form 1040A) or line 1 (Form 1040EZ), enter that amount. ............................................................. 3. _____

4. **Clergy.** If you are a member of the clergy who files Schedule SE and the amount on line 2 of that schedule includes an amount that was also reported on line 7 (Form 1040), enter that amount. ...................................................................... 4. _____

5. **Church employees.** If you received wages as a church employee (as defined on page 20), enter any amount you included on both line 5a of Schedule SE and line 7 (Form 1040). ...... 5. _____

6. If you received a pension or annuity from a nonqualified deferred compensation plan or a section 457 plan and it was included in the total on line 7 (Form 1040 or Form 1040A) or line 1 (Form 1040EZ), enter the amount ............................................................. 6. _____

7. Add the amounts on lines 2, 3, 4, 5, and 6 of this worksheet. ........................................................................... 7. _____

8. Subtract line 7 of this worksheet from line 1. **This is your earned income.** ..................................................... 8. _____

221524 12-04-02

# Paid Preparer's Earned Income Credit Checklist

OMB No. 1545-1629

▶ **Do not send to the IRS. Keep for your records.**

For the definitions of the following terms, see **Pub. 596** for the year for which you are completing this form.

● **Investment Income** ● **Qualifying Child** ● **Earned Income**

**Caution.** Taxpayers who file **Form 2555** or **Form 2555-EZ cannot** take the earned income credit (EIC). Taxpayers who were nonresident aliens for any part of the year **cannot** take the EIC unless their filing status is married filing jointly.

## Part I   All Taxpayers

1   Taxpayer's name ▶ ____ MEHMET T. ERKAN ____

Year after 2001 for which you are completing this form .................................................................... ▶ __2002__

2   Is the taxpayer's filing status married filing jointly, head of household, qualifying widow(er), or single? ................................. [X] Yes [ ] No

3   Does the taxpayer, and the taxpayer's spouse if filing jointly, have a social security number (SSN) that allows him or her
to work or is valid for EIC purposes (see the instructions before answering)? ................................................. [X] Yes [ ] No

   **Next,** if you checked "**No**" on line 2 **or** line 3, **stop;** the taxpayer **cannot** take the EIC. Otherwise, continue.

4   Is the taxpayer's **investment income** more than the limit that applies to the year on line 1? See Pub. 596 for the limit ...... [ ] Yes [X] No

5   Could the taxpayer, or the taxpayer's spouse if filing jointly, be a **qualifying child** of another person in the year on line 1? ... [ ] Yes [X] No

   **Next,** if you checked "**Yes**" on line 4 or line 5, **stop;** the taxpayer **cannot** take the EIC. Otherwise, go to Part II or Part III, whichever applies.

| Part II   Taxpayers With a Qualifying Child | Child 1 | Child 2 |
|---|---|---|
| **Caution.** If there are two children, complete lines 6-11 for one child before going to the next column. | | |
| 6   Is the child -- <br> ● The taxpayer's son, daughter, adopted child, or stepchild, or <br> ● A descendant of the taxpayer's son, daughter, adopted child, or stepchild, or <br> ● The taxpayer's brother, sister, stepbrother, or stepsister, or <br> ● A descendant of the taxpayer's brother, sister, stepbrother, or stepsister, or <br> ● The taxpayer's foster child? | [ ] Yes [ ] No | [ ] Yes [ ] No |
| 7   If the child is married, is the taxpayer claiming the child as a dependent? (If the child is not married, check "Yes.") | [ ] Yes [ ] No | [ ] Yes [ ] No |
| 8   Did the child live with the taxpayer in the United States for over half of the year? | [ ] Yes [ ] No | [ ] Yes [ ] No |
| 9   Was the child (at the end of the year on line 1) -- <br> ● Under age 19, or <br> ● Under age 24 and a full-time student, or <br> ● Any age and permanently and totally disabled? | [ ] Yes [ ] No | [ ] Yes [ ] No |
| **Next,** if you checked "**Yes**" on lines 6 through 9, the child is the taxpayer's qualifying child; go to line 10a. If you checked "**No**" on line 6, 7, 8, or 9, the child is not the taxpayer's qualifying child. If the taxpayer does not have a qualifying child, go to Part III on page 2 to see if the taxpayer can take the EIC for taxpayers who do not have a qualifying child. | | |
| 10 a   Could any other person check "**Yes**" on lines 6 through 9 for the child? | [ ] Yes [ ] No | [ ] Yes [ ] No |
| **Next,** if you checked "**No**" on line 10a, go to line 11. Otherwise, continue. | | |
| b   Enter the child's relationship to the other person(s) | | |
| c   Is the other person(s) taking the EIC based on the child? | [ ] Yes [ ] No | [ ] Yes [ ] No |
| d   If the tie-breaker rules applied, would the child be treated as the taxpayer's qualifying child (see the instructions before answering)? | [ ] Yes [ ] No | [ ] Yes [ ] No |
| 11   Does the qualifying child have a valid SSN (see the instructions before answering)? | [ ] Yes [ ] No | [ ] Yes [ ] No |

**Did you check "Yes" on line 11?**

[ ] **Yes.**   The taxpayer can take the EIC if the taxpayer's **earned income** and adjusted gross income are each less than the limit that applies to the taxpayer's filing status for the year on line 1. See Pub. 596 for the limit. Complete **Schedule EIC** and attach it to the taxpayer's return. If there are two qualifying children with SSNs, list them on Schedule EIC in the same order as they are listed here. If the taxpayer's EIC was reduced or disallowed for a year after 1996, see Pub. 596 to find out if **Form 8862** must also be filed.

[ ] **No.**   The taxpayer **cannot** take the EIC, not even the credit for taxpayers who do not have a qualifying child.

LHA   **For Paperwork Reduction Act Notice, see instructions.**

Form **8867** (Rev. 11-2002)

220501 12-02-02

99

## Part III Taxpayers Without a Qualifying Child

12 Was the taxpayer's main home, and the taxpayer's spouse if filing jointly, in the United States for more than half the year? (Military personnel on extended active duty outside the United States are considered to be living in the United States during that duty period.) ................................................................................ ☒ Yes ☐ No

13 Was the taxpayer, or the taxpayer's spouse if filing jointly, at least age 25 but under age 65 at the end of the year on line 1? ........................................................................................................ ☒ Yes ☐ No

**Next,** if you checked "No" on line 12 **or** line 13, **stop;** the taxpayer **cannot** take the EIC. Otherwise, continue.

14 Is the taxpayer, or the taxpayer's spouse if filing jointly, eligible to be claimed as a dependent on anyone else's Federal income tax return for the year on line 1?

☒ **No.** The taxpayer can take the EIC if the taxpayer's **earned income** and adjusted gross income are each less than the limit that applies to the taxpayer's filing status for the year on line 1. See Pub. 596 for the limit. If the taxpayer's EIC was reduced or disallowed for a year after 1996, see Pub. 596 to find out if **Form 8862** must be filed.

☐ **Yes.** The taxpayer **cannot** take the EIC.

Form **8867** (Rev. 11-2002)

Schedule SE                    Non-Farm Income                  Statement    1

| Description | Amount |
| --- | --- |
| From Schedule C | 12685. |
| Total to Schedule SE, line 2 | 12685. |

101

# Two-Year Comparison Worksheet

**2002**

Name(s) as shown on return | Social security number
MEHMET T. & HABIBE N. ERKAN

2001 Filing Status **Married Filing Joint** | 2002 Filing Status **Married Filing Joint**

2001 Tax Bracket **15.0%** | 2002 Tax Bracket **0.0%**

| Description | Tax Year 2001 | Tax Year 2002 | Increase (Decrease) |
|---|---|---|---|
| Schedule B - taxable interest | 22. | 0. | <22.> |
| Sch. C/C-EZ (business income/loss) | 17261. | 12685. | <4576.> |
| Total income | 17283. | 12685. | <4598.> |
| One-half of self-employment tax | 1220. | 896. | <324.> |
| Total adjustments | 1220. | 896. | <324.> |
| Adjusted gross income | 16063. | 11789. | <4274.> |
| Standard deduction | 7600. | 7850. | 250. |
| Income before exemptions | 8463. | 3939. | <4524.> |
| Personal exemptions | 5800. | 6000. | 200. |
| Taxable income | 2663. | <2061.> | <4724.> |
| Tax | 399. | 0. | <399.> |
| Tax before credits | 399. | 0. | <399.> |
| Schedule SE (self-employment tax) | 2439. | 1792. | <647.> |
| Total tax | 2838. | 1792. | <1046.> |
| Estimated tax payments | 2904. | 2840. | <64.> |
| Schedule EIC (earned income credit) | 0. | 22. | 22. |
| Total payments | 2904. | 2862. | <42.> |
| Tax overpaid | 66. | 1070. | 1004. |
| Overpayment applied to estimate | 66. | 1070. | 1004. |

102

226301/05-07-02

Department of the Treasury—Internal Revenue Service
## U.S. Individual Income Tax Return 2003

(U)  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2003, or other tax year beginning , 2003, ending , 20

OMB No. 1545-0074

**Label**
(See instructions on page 19.)
**Use the IRS label.**
Otherwise, please print or type.

L A B E L

H E R E

| Your first name and initial | Last name |
|---|---|
| MEHMET T. | ERKAN |

**Your social security number** ▮▮▮

| If a joint return, spouse's first name and initial | Last name |
|---|---|
| HABIBE N. | ERKAN |

**Spouse's social security number** ▮▮▮

Apt. no.

ss, see page 19.

You **must** enter your SSN(s) above.

**Presidential Election Campaign**
(See page 19.)

**Note.** Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶

|  | You |  | Spouse |
|---|---|---|---|
|  | ☐ Yes ☒ No | | ☐ Yes ☒ No |

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child. (See page 20.)

**Exemptions**

If more than five dependents, see page 21.

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a

b ☒ **Spouse**

c **Dependents:**

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if qualifying child for child tax credit (see page 21) |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

No. of boxes checked on 6a and 6b **2**

No. of children on 6c who:
• lived with you ___
• did not live with you due to divorce or separation (see page 21) ___

Dependents on 6c not entered above ___

Add numbers on lines above ▶ **2**

d Total number of exemptions claimed

**Income**

**Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.**

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use **Form 1040-V.**

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | **7** | |
| 8a | **Taxable** interest. Attach Schedule B if required | **8a** | |
| b | **Tax-exempt** interest. **Do not** include on line 8a | **8b** | |
| 9a | Ordinary dividends. Attach Schedule B if required | **9a** | |
| b | Qualified dividends (see page 23) | **9b** | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | **10** | |
| 11 | Alimony received | **11** | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | **12** | 13793 ✔ ✔ |
| 13a | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | **13a** | |
| b | If box on 13a is checked, enter post-May 5 capital gain distributions | **13b** | |
| 14 | Other gains or (losses). Attach Form 4797 | **14** | |
| 15a | IRA distributions **15a** | b Taxable amount (see page 25) | **15b** | |
| 16a | Pensions and annuities **16a** | b Taxable amount (see page 25) | **16b** | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **17** | |
| 18 | Farm income or (loss). Attach Schedule F | **18** | |
| 19 | Unemployment compensation | **19** | |
| 20a | Social security benefits **20a** | b Taxable amount (see page 27) | **20b** | |
| 21 | Other income. List type and amount (see page 27) | **21** | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | **22** | 13793 ✔ ✔ |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 29) | **23** | |
| 24 | IRA deduction (see page 29) | **24** | |
| 25 | Student loan interest deduction (see page 31) | **25** | |
| 26 | Tuition and fees deduction (see page 32) | **26** | |
| 27 | Moving expenses. Attach Form 3903 | **27** | |
| 28 | One-half of self-employment tax. Attach Schedule SE | **28** | 975 ✔ |
| 29 | Self-employed health insurance deduction (see page 33) | **29** | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | **30** | |
| 31 | Penalty on early withdrawal of savings | **31** | |
| 32a | Alimony paid b Recipient's SSN ▶ | **32a** | |
| 33 | Add lines 23 through 32a | **33** | 975 ✔ ✔ |
| 34 | Subtract line 33 from line 22. This is your **adjusted gross income** ▶ | **34** | 12,818 ✔ ✔ |

Page **2**

## Tax and Credits

**Standard Deduction for—**

- People who checked any box on line 36a or 36b **or** who can be claimed as a dependent, see page 34.
- All others:

Single or Married filing separately, $4,750

Married filing jointly or Qualifying widow(er), $9,500

Head of household, $7,000

| | | | |
|---|---|---|---|
| 35 | Amount from line 34 (adjusted gross income) | 35 | 12,818 ✓ ✓ |
| 36a | Check if: { ☐ **You** were born before January 2, 1939, ☐ Blind. / ☐ **Spouse** was born before January 2, 1939, ☐ Blind. } **Total boxes checked** ▶ 36a | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 34 and check here ▶ 36b ☐ | | |
| 37 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | 37 | 9500 ✓ ✓ |
| 38 | Subtract line 37 from line 35 | 38 | 3318 ✓ ✓ |
| 39 | If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet on page 35 | 39 | 6100 ✓ ✓ |
| 40 | **Taxable income.** Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- | 40 | 0 ✓ ✓ |
| 41 | **Tax** (see page 36). Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 | 41 | 0 ✓ ✓ |
| 42 | **Alternative minimum tax** (see page 38). Attach Form 6251 | 42 | |
| 43 | Add lines 41 and 42 ▶ | 43 | 0 ✓ ✓ |
| 44 | Foreign tax credit. Attach Form 1116 if required | 44 | |
| 45 | Credit for child and dependent care expenses. Attach Form 2441 | 45 | |
| 46 | Credit for the elderly or the disabled. Attach Schedule R | 46 | |
| 47 | Education credits. Attach Form 8863 | 47 | |
| 48 | Retirement savings contributions credit. Attach Form 8880 | 48 | |
| 49 | Child tax credit (see page 40) | 49 | |
| 50 | Adoption credit. Attach Form 8839 | 50 | |
| 51 | Credits from: **a** ☐ Form 8396 **b** ☐ Form 8859 | 51 | |
| 52 | Other credits. Check applicable box(es): **a** ☐ Form 3800 **b** ☐ Form 8801 **c** ☐ Specify _____ | 52 | |
| 53 | Add lines 44 through 52. These are your **total credits** | 53 | |
| 54 | Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ▶ | 54 | 0 ✓ ✓ |

## Other Taxes

| | | | |
|---|---|---|---|
| 55 | Self-employment tax. Attach Schedule SE | 55 | 1949 ✓ ✓ |
| 56 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 56 | |
| 57 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 57 | |
| 58 | Advance earned income credit payments from Form(s) W-2 | 58 | |
| 59 | Household employment taxes. Attach Schedule H | 59 | |
| 60 | Add lines 54 through 59. This is your **total tax** ▶ | 60 | 1949 ✓ ✓ |

## Payments

If you have a qualifying child, attach Schedule EIC.

| | | | |
|---|---|---|---|
| 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | |
| 62 | 2003 estimated tax payments and amount applied from 2002 return | 62 | 1792 ✓ |
| 63 | **Earned income credit (EIC)** | 63 | |
| 64 | Excess social security and tier 1 RRTA tax withheld (see page 56) | 64 | |
| 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| 66 | Amount paid with request for extension to file (see page 56) | 66 | |
| 67 | Other payments from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 | 67 | |
| 68 | Add lines 61 through 67. These are your **total payments** ▶ | 68 | 1792 ✓ ✓ |

## Refund

Direct deposit? See page 56 and fill in 70b, 70c, and 70d.

| | | | |
|---|---|---|---|
| 69 | If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you **overpaid** ▶ | 69 | |
| 70a | Amount of line 69 you want **refunded to you** ▶ | 70a | |
| ▶ b | Routing number | ▶ c Type: ☐ Checking ☐ Savings | |
| ▶ d | Account number | | |
| 71 | Amount of line 69 you want **applied to your 2004 estimated tax** ▶ | 71 | |

## Amount You Owe

| | | | |
|---|---|---|---|
| 72 | **Amount you owe.** Subtract line 68 from line 60. For details on how to pay, see page 57 ▶ | 72 | 157 ✓ ✓ |
| 73 | Estimated tax penalty (see page 58) | 73 | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see page 58)? ☐ **Yes.** Complete the following. ☒ **No**

Designee's name ▶ _____ Phone no. ▶ ( ) _____ Personal identification number (PIN) ▶ ☐☐☐☐☐

## Sign Here

Joint return? See page 20.

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date 04/09/2004 | Your occupation RETAIL | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date 04/09/2004 | Spouse's occupation RETAIL | |

## Paid Preparer's Use Only

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |

104

Phone no. ( )

Form **1040** (2003)

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service  (U)

# Profit or Loss From Business
### (Sole Proprietorship)
▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

## 2003
Attachment
Sequence No. 09

Name of proprietor   MEHMET T. ERKAN

**A** Principal business or profession, including product or service (see page C-2 of the instructions)
GIFT, NOVELTY & SOUVENIR STORES

**C** Business name. If no separate business name, leave blank.   MAGIC RICE

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

**F** Accounting method:   (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶ ...........................

**G** Did you "materially participate" in the operation of this business during 2003? If "No," see page C-3 for limit on losses  . ☒ Yes  ☐ No

**H** If you started or acquired this business during 2003, check here  . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Part I    Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here  . . . . . . ▶ ☐ | 1 | 46404 |
| 2 | Returns and allowances  . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1  . . . . . . . . . . . . . . . . . . . | 3 | 46404 |
| 4 | Cost of goods sold (from line 42 on page 2)  . . . . . . . . . . . . | 4 | 4929 |
| 5 | **Gross profit.** Subtract line 4 from line 3  . . . . . . . . . . . . . | 5 | 41475 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3)  . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6  . . . . . . . . . . . . . . . . . . . . ▶ | 7 | 41475 |

## Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising  . . . . . . | 8 | | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Car and truck expenses (see page C-3)  . . . . . | 9 | | 20 | Rent or lease (see page C-5): | | |
| | | | | a Vehicles, machinery, and equipment . | 20a | |
| 10 | Commissions and fees  . . | 10 | | b Other business property  . . | 20b | 26950 |
| 11 | Contract labor (see page C-4)  . . . . . | 11 | | 21 | Repairs and maintenance . . | 21 | |
| 12 | Depletion  . . . . . . | 12 | | 22 | Supplies (not included in Part III) . | 22 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4)  . . | 13 | | 23 | Taxes and licenses . . . . | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a Travel . . . . . . . | 24a | |
| 14 | Employee benefit programs (other than on line 19) . . . | 14 | | b Meals and entertainment | | |
| 15 | Insurance (other than health) . | 15 | 250 | c Enter nondeductible amount included on line 24b (see page C-5)  . | | |
| 16 | Interest: | | | | | | |
| a | Mortgage (paid to banks, etc.) . | 16a | | d Subtract line 24c from line 24b  . | 24d | |
| b | Other . . . . . . . . | 16b | | 25 | Utilities  . . . . . . | 25 | 482 |
| 17 | Legal and professional services . . . . . . . | 17 | | 26 | Wages (less employment credits) . | 26 | |
| 18 | Office expense . . . . . | 18 | | 27 | Other expenses (from line 48 on page 2)  . . . . . . . ▶ | 27 | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns  . ▶ | 28 | 27682 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7  . . . . . . . . . . . . . . | 29 | 13793 |
| 30 | Expenses for business use of your home. Attach **Form 8829**  . . . . . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.   ● If a profit, enter on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.   ● If a loss, you **must** go to line 32. | 31 | 13793 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6).   ● If you checked 32a, enter the loss on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.   ● If you checked 32b, you **must** attach **Form 6198.** | 32a ☐ All investment is at risk.  32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   Cat. No. 15786J   Schedule C (Form 1040) 2003

Page **2**

## Part III    Cost of Goods Sold (see page C-6)

33    Method(s) used to
value closing inventory:    **a** ☒ Cost         **b** ☐ Lower of cost or market         **c** ☐ Other (attach explanation)

34    Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If
"Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ **Yes**    ☒ **No**

| | | |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | **35** | 2500 ✓ |
| 36 | Purchases less cost of items withdrawn for personal use | **36** | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | **37** | |
| 38 | Materials and supplies | **38** | 4929 ✓ |
| 39 | Other costs | **39** | |
| 40 | Add lines 35 through 39 | **40** | 7429 ✓✓ |
| 41 | Inventory at end of year | **41** | 2500 ✓ |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | **42** | 4929 ✓ |

## Part IV    Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562.

43    When did you place your vehicle in service for business purposes? (month, day, year) ▶ ......../........./.......

44    Of the total number of miles you drove your vehicle during 2003, enter the number of miles you used your vehicle for:

**a** Business ............................... **b** Commuting ............................ **c** Other ...........................

45    Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . .    ☐ **Yes**    ☐ **No**

46    Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . .    ☐ **Yes**    ☐ **No**

47a    Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . .    ☐ **Yes**    ☐ **No**

**b**    If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ **Yes**    ☐

## Part V    Other Expenses. List below business expenses not included on lines 8–26 or line 30.

| | | |
|---|---|---|
| ------------------------------ | | |
| ------------------------------ | | |
| ------------------------------ | | |
| ------------------------------ | | |
| ------------------------------ | | |
| ------------------------------ | | |
| ------------------------------ | | |

106

| | | |
|---|---|---|
| 48 | **Total other expenses.** Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . . | **48** | |

*U.S.GPO:2003-495-558    Printed on recycled paper

**SCHEDULE SE**

**(Form 1040)**

Department of the Treasury
Internal Revenue Service   (U)

**Self-Employment Tax**

▶ **Attach to Form 1040.** ▶ **See Instructions for Schedule SE (Form 1040).**

OMB No. 1545-0074

20**03**

Attachment
Sequence No. **17**

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income ▶ |
|---|---|
| MEHMET  T.  ERKAN | |

## Who Must File Schedule SE

You must file Schedule SE if:

● You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more **or**

● You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see page SE-1).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE (see page SE-3).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt–Form 4361" on Form 1040, line 55.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



**Did You Receive Wages or Tips in 2003?**

**No** / **Yes**

Are you a minister, member of a religious order, or Christian Science practitioner who received IRS approval **not** to be taxed on earnings from these sources, **but** you owe self-employment tax on other earnings? **Yes** ▶

Was the total of your wages and tips subject to social security or railroad retirement tax **plus** your net earnings from self-employment more than $87,000? **Yes** ▶

**No**

Are you using one of the optional methods to figure your net earnings (see page SE-3)? **Yes** ▶

**No**

**No** ◀ Did you receive tips subject to social security or Medicare tax that you **did not** report to your employer? **Yes** ▶

**No**

Did you receive church employee income reported on Form W-2 of $108.28 or more? **Yes** ▶

**No**

**You May Use Short Schedule SE Below**

**You Must Use Long Schedule SE on page 2**

## Section A—Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| **1** | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| **2** | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Stmt  1 | **2** | 13793  ✓ ✓ |
| **3** | Combine lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 13793  ✓ ✓ |
| **4** | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax  . . . . . . . . . . . ▶ | **4** | 12738  ✓ ✓ |
| **5** | **Self-employment tax.** If the amount on line 4 is: | | |
| | ● $87,000 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 55.** | **5** | 1949  ✓ ✓ |
| | ● More than $87,000, multiply line 4 by 2.9% (.029). Then, add $10,788.00 to the result. Enter the total here and on **Form 1040, line 55.** | | |
| **6** | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 28** . . . . . | **6** | 975  ✓ |

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income ▶ | |
|---|---|---|

## Section B—Long Schedule SE

### Part I   Self-Employment Tax

**Note.** If your only income subject to self-employment tax is **church employee income,** skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See page SE-1.

**A**   If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I.   ▶ ☐

| | | | |
|---|---|---|---|
| **1** | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a. **Note.** Skip this line if you use the farm optional method (see page SE-4) | **1** | |
| **2** | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report. **Note.** Skip this line if you use the nonfarm optional method (see page SE-4) | **2** | |
| **3** | Combine lines 1 and 2 | **3** | |
| **4a** | If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3 | **4a** | |
| **b** | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here | **4b** | |
| **c** | Combine lines 4a and 4b. If less than $400, **do not** file this schedule; you do not owe self-employment tax. **Exception.** If less than $400 and you had **church employee income,** enter -0- and continue ▶ | **4c** | |
| **5a** | Enter your **church employee income** from Form W-2. See page SE-1 for definition of church employee income.    **5a** ⌊     ⌋ | | |
| **b** | Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- | **5b** | |
| **6** | **Net earnings from self-employment.** Add lines 4c and 5b | **6** | |
| **7** | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2003 | **7** | 87,000   00 |
| **8a** | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $87,000 or more, skip lines 8b through 10, and go to line 11    **8a** ⌊     ⌋ | | |
| **b** | Unreported tips subject to social security tax (from Form 4137, line 9)   **8b** ⌊     ⌋ | | |
| **c** | Add lines 8a and 8b | **8c** | |
| **9** | Subtract line 8c from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 ▶ | **9** | |
| **10** | Multiply the **smaller** of line 6 or line 9 by 12.4% (.124) | **10** | |
| **11** | Multiply line 6 by 2.9% (.029) | **11** | |
| **12** | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Form 1040, line 55** | **12** | |
| **13** | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (.5). Enter the result here and on **Form 1040, line 28**    **13** ⌊     ⌋ | | |

### Part II   Optional Methods To Figure Net Earnings (see page SE-3)

| | | | |
|---|---|---|---|
| **Farm Optional Method.** You may use this method **only** if: <br> ● Your gross farm income[1] was not more than $2,400 **or** <br> ● Your net farm profits[2] were less than $1,733. | | | |
| **14** | Maximum income for optional methods | **14** | 1,600   00 |
| **15** | Enter the **smaller** of: two-thirds (⅔) of gross farm income[1] (not less than zero) **or** $1,600. Also include this amount on line 4b above | **15** | |
| **Nonfarm Optional Method.** You may use this method **only** if: <br> ● Your net nonfarm profits[3] were less than $1,733 and also less than 72.189% of your gross nonfarm income[4] **and** <br> ● You had net earnings from self-employment of at least $400 in 2 of the prior 3 years. <br> **Caution.** You may use this method no more than five times. | | | |
| **16** | Subtract line 15 from line 14 | **16** | |
| **17** | Enter the **smaller** of: two-thirds (⅔) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also include this amount on line 4b above | **17** | |

[1] From Sch. F, line 11, and Sch. K-1 (Form 1065), line 15b.
[2] From Sch. F, line 36, and Sch. K-1 (Form 1065), line 15a.
[3] From Sch. C, line 31; Sch. C-EZ, line 3; Sch. K-1 (Form 1065), line 15a; and Sch. K-1 (Form 1065-B), box 9.
[4] From Sch. C, line 7; Sch. C-EZ, line 1; Sch. K-1 (Form 1065), line 15c; and Sch. K-1 (Form 1065-B), box 9.

Department of the Treasury—Internal Revenue Service

## U.S. Individual Income Tax Return 2004

(U) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2004, or other tax year beginning , 2004, ending , 20

OMB No. 1545-0074

### Label
(See instructions on page 16.)

Use the IRS label. Otherwise, please print or type.

| L A B E L  H E R E | | |
|---|---|---|
| Your first name and initial | Last name | |
| MEHMET T. | ERKAN | |
| If a joint return, spouse's first name and initial | Last name | |
| HABIBE N. | ERKAN | |

Your social security number

Apt. no.

see page 16.

▲ **Important!** ▲
You **must** enter your SSN(s) above.

**Presidential Election Campaign** (See page 16.) ▶

**Note.** Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶

| | You | | Spouse |
|---|---|---|---|
| | ☐ Yes ☒ No | | ☐ Yes ☒ No |

### Filing Status
Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 17)

### Exemptions

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
b ☒ Spouse

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 18) |
|---|---|---|---|
| IREM | : | Dog | ☑ |
| | : | | ☐ |
| | : | | ☐ |
| | : | | ☐ |

If more than four dependents, see page 18.

d Total number of exemptions claimed

Boxes checked on 6a and 6b  2
No. of children on 6c who:
• lived with you  1
• did not live with you due to divorce or separation (see page 18)
Dependents on 6c not entered above
Add numbers on lines above ▶  2   3

### Income

**Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.**

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 20) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 15062 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions  15a | b Taxable amount (see page 22) | 15b | |
| 16a | Pensions and annuities  16a | b Taxable amount (see page 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits  20a | b Taxable amount (see page 24) | 20b | |
| 21 | Other income. List type and amount (see page 24) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 15062 |

### Adjusted Gross Income

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 26) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | IRA deduction (see page 26) | 25 | |
| 26 | Student loan interest deduction (see page 28) | 26 | |
| 27 | Tuition and fees deduction (see page 29) | 27 | |
| 28 | Health savings account deduction. Attach Form 8889 | 28 | |
| 29 | Moving expenses. Attach Form 3903 | 29 | |
| 30 | One-half of self-employment tax. Attach Schedule SE | 30 | 1064 |
| 31 | Self-employed health insurance deduction (see page 30) | 31 | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans | 32 | |
| 33 | Penalty on early withdrawal of savings | 33 | |
| 34a | Alimony paid  b Recipient's SSN ▶ | 34a | |
| 35 | Add lines 23 through 34a | 35 | 1064 |
| 36 | Subtract line 35 from line 22. This is your **adjusted gross income** ▶ | 36 | 13998 |

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 37 | Amount from line 36 (adjusted gross income) | 37 | 13998 | ✓ ✓ |
| | 38a | Check if: ☐ **You** were born before January 2, 1940, ☐ Blind. ☐ **Spouse** was born before January 2, 1940, ☐ Blind. } Total boxes checked ▶ 38a ☐ | | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ▶ 38b ☐ | | | |
| | 39 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | 39 | 9700 | ✓ ✓ |
| • People who checked any box on line 38a or 38b or who can be claimed as a dependent, see page 31. | 40 | Subtract line 39 from line 37 | 40 | 4298 | ✓ ✓ |
| | 41 | If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet on page 33 | 41 | 6200 | ✓ ✓ |
| | 42 | **Taxable income.** Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | 42 | 0 | ✓ ✓ |
| • All others: | 43 | **Tax** (see page 33). Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 | 43 | 0 | ✓ ✓ |
| Single or Married filing separately, $4,850 | 44 | **Alternative minimum tax** (see page 35). Attach Form 6251 | 44 | | ✓ |
| | 45 | Add lines 43 and 44 ▶ | 45 | 0 | ✓ ✓ |
| Married filing jointly or Qualifying widow(er), $9,700 | 46 | Foreign tax credit. Attach Form 1116 if required ... | 46 | | |
| | 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | | |
| Head of household, $7,150 | 49 | Education credits. Attach Form 8863 | 49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | |
| | 51 | Child tax credit (see page 37) | 51 | | |
| | 52 | Adoption credit. Attach Form 8839 | 52 | | |
| | 53 | Credits from: **a** ☐ Form 8396 **b** ☐ Form 8859 | 53 | | |
| | 54 | Other credits. Check applicable box(es): **a** ☐ Form 3800 **b** ☐ Form 8801 **c** ☐ Specify _____ | 54 | | |
| | 55 | Add lines 46 through 54. These are your **total credits** | 55 | | |
| | 56 | Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- ▶ | 56 | 0 | ✓ ✓ |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | 2128 | ✓ ✓ |
| | 58 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 58 | | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | | |
| | 60 | Advance earned income credit payments from Form(s) W-2 | 60 | | |
| | 61 | Household employment taxes. Attach Schedule H | 61 | | |
| | 62 | Add lines 56 through 61. This is your **total tax** ▶ | 62 | 2128 | ✓ ✓ |
| **Payments** | 63 | Federal income tax withheld from Forms W-2 and 1099 | 63 | | |
| | 64 | 2004 estimated tax payments and amount applied from 2003 return | 64 | 1952 ✓ ✓ | |
| If you have a qualifying child, attach Schedule EIC. | 65a | **Earned income credit (EIC)** | 65a | | |
| | b | Nontaxable combat pay election ▶ 65b | | | |
| | 66 | Excess social security and tier 1 RRTA tax withheld (see page 54) | 66 | | |
| | 67 | Additional child tax credit. Attach Form 8812 | 67 | | |
| | 68 | Amount paid with request for extension to file (see page 54) | 68 | | |
| | 69 | Other payments from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 | 69 | | |
| | 70 | Add lines 63, 64, 65a, and 66 through 69. These are your **total payments** ▶ | 70 | 1952 | ✓ ✓ |
| **Refund** | 71 | If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you **overpaid** | 71 | | |
| Direct deposit? See page 54 and fill in 72b, 72c, and 72d. | 72a | Amount of line 71 you want **refunded to you** ▶ | 72a | | |
| | ▶ b | Routing number ⬚⬚⬚⬚⬚⬚⬚⬚⬚ ▶ **c** Type: ☐ Checking ☐ Savings | | | |
| | ▶ d | Account number ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ | | | |
| | 73 | Amount of line 71 you want **applied to your 2005 estimated tax** ▶ 73 | | | |
| **Amount You Owe** | 74 | **Amount you owe.** Subtract line 70 from line 62. For details on how to pay, see page 55 ▶ | 74 | 176 | ✓ ✓ |
| | 75 | Estimated tax penalty (see page 55) 75 | | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 56)? ☐ **Yes.** Complete the following. ☒ **No**

| Designee's name ▶ | Phone no. ▶ ( ) | Personal identification number (PIN) ▶ ⬚⬚⬚⬚⬚ |
|---|---|---|

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 17. Keep a copy for your records.

| Your signature | Date 04/11/2005 | Your occupation RETAIL | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date 04/11/2005 | Spouse's occupation House Wife | |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | 110 | EIN | Phone no. ( ) |

Form **1040** (2004)

✿ Printed on recycled paper

* U.S. GPO : 2004 - 303 - 549

# Profit or Loss From Business
### (Sole Proprietorship)
▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2004**

Attachment
Sequence No. **09**

**Name of proprietor**  MEHMET T. ERKAN

**Social security number (SSN)**

**A** Principal business or profession, including product or service (see page C-2 of the instructions)
GIFT, NOVELTY & SOUVER STORES

**C** Business name. If no separate business name, leave blank.
MAGIC RICE

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

**F** Accounting method:  (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶ ....................
**G** Did you "materially participate" in the operation of this business during 2004? If "No," see page C-3 for limit on losses  ☒ Yes  ☐ No
**H** If you started or acquired this business during 2004, check here ▶ ☐

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ ☐ | **1** | 48042 |
| 2 | Returns and allowances | **2** | |
| 3 | Subtract line 2 from line 1 | **3** | 48042 |
| 4 | Cost of goods sold (from line 42 on page 2) | **4** | 5296 |
| 5 | **Gross profit.** Subtract line 4 from line 3. | **5** | 42746 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | **6** | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | **7** | 42746 |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | **8** | 19 Pension and profit-sharing plans | **19** | |
| 9 | Car and truck expenses (see page C-3) | **9** | 20 Rent or lease (see page C-5): | | |
| | | | a Vehicles, machinery, and equipment | **20a** | |
| 10 | Commissions and fees | **10** | b Other business property | **20b** | 27000 |
| 11 | Contract labor (see page C-4) | **11** | 21 Repairs and maintenance | **21** | |
| 12 | Depletion | **12** | 22 Supplies (not included in Part III) | **22** | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | **13** | 23 Taxes and licenses | **23** | |
| | | | 24 Travel, meals, and entertainment: | | |
| | | | a Travel | **24a** | |
| 14 | Employee benefit programs (other than on line 19). | **14** | b Meals and entertainment | | |
| 15 | Insurance (other than health) | **15** | 250 | c Enter nondeduct-ible amount in-cluded on line 24b (see page C-5) | |
| 16 | Interest: | | d Subtract line 24c from line 24b | **24d** | |
| a | Mortgage (paid to banks, etc.) | **16a** | 25 Utilities | **25** | 434 |
| b | Other | **16b** | 26 Wages (less employment credits) | **26** | |
| 17 | Legal and professional services | **17** | 27 Other expenses (from line 48 on page 2) | **27** | |
| 18 | Office expense | **18** | | | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns. ▶ | **28** | 27684 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | **29** | 15062 |
| 30 | Expenses for business use of your home. Attach **Form 8829** | **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you **must** go to line 32. | **31** | 15062 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6).<br>• If you checked 32a, enter the loss on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you **must** attach **Form 6198.** | **32a** ☐ All investment is at risk.<br>**32b** ☐ Some investment is not at risk. | |

**Part III**    **Cost of Goods Sold** (see page C-6)

33   Method(s) used to value closing inventory:    a ☒ Cost     b ☐ Lower of cost or market     c ☐ Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes    ☒ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 2500 ✓ ✓ |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . . | 38 | 5196 ✓ ✓ |
| 39 | Other costs . . . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . | 40 | 7696 ✓ ✓ |
| 41 | Inventory at end of year . . . . . . . . . . . . . | 41 | 2400 ✓ ✓ |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . | 42 | 5296 ✓ ✓ |

**Part IV**    **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month, day, year) ▶ ....... / ....... / ....... .

44   Of the total number of miles you drove your vehicle during 2004, enter the number of miles you used your vehicle for:

a   Business ............................   b   Commuting .........................   c   Other ...........................

45   Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . ☐ Yes    ☐ No

46   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . ☐ Yes    ☐ No

47a   Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

b   If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

**Part V**    **Other Expenses.** List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| ------------------------------------- | |
| ------------------------------------- | |
| ------------------------------------- | |
| ------------------------------------- | |
| ------------------------------------- | |
| ------------------------------------- | |
| ------------------------------------- | |
| ------------------------------------- | |
| ------------------------------------- | |

112

| | | |
|---|---|---|
| 48 | **Total other expenses.** Enter here and on page 1, line 27 . . . . . . . . . . . . . . . | 48 | |

★   U.S. G.P.O. 2004-303-558      ♲ *Printed on recycled paper*      Schedule C (Form 1040) 2004

SCHEDULE SE
(Form 1040)

Department of the Treasury
Internal Revenue Service (U)

# Self-Employment Tax

► Attach to Form 1040. ► See Instructions for Schedule SE (Form 1040).

OMB No. 1545-0074

20**04**

Attachment
Sequence No. **17**

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income ► |
|---|---|
| MEHMET T. ERKAN | |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more **or**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see page SE-1).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE (see page SE-3).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt–Form 4361" on Form 1040, line 57.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



## Section A—Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report . . . . . . . . . . . . . . . . . . . . **Stmt. 1** . . | 2 | 15062 |
| 3 | Combine lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 15062 |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax . . . . . . . . . ► | 4 | 13910 |
| 5 | **Self-employment tax.** If the amount on line 4 is: | | |
| | • $87,900 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 57.** | 5 | 2128 |
| | • More than $87,900, multiply line 4 by 2.9% (.029). Then, add $10,899.60 to the result. Enter the total here and on **Form 1040, line 57.** | | |
| 6 | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 30** . . . . | 6 | 1064 |

For Paperwork Reduction Act Notice, see Form 1040 instructions.    Cat. No. 24557Q    Schedule SE (Form 1040) 2004

Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return 2005** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2005, or other tax year beginning , ending | OMB No. 1545-0074

**Label**
(See instructions on page 16.)
**Use the IRS label.**
Otherwise, please print

| | Your first name | M.I. | Last name | Suffix |
|---|---|---|---|---|
| | MEHMET | T | ERKAN | |
| If a joint return, spouse's first name | HABIBE | N | ERKAN | Suffix |

Home address (number and street). If you have a P.O. box, see page 16. | Apt. no. **206**

ZIP code. If you have a foreign address, see page 16.

**You must enter**

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ► ☐ You ☐ Spouse

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4 ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
b ☒ Spouse

c Dependents:

| (1) First name Last | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| ███ ███ | ███ | ███ | ☒ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see page 19.

Boxes checked on 6a and 6b: **2**
No. of children on 6c who:
• lived with you: **1**
• did not live with you due to divorce or separation (see page 20): **0**
Dependents on 6c not entered above: **0**
Add numbers on lines above ► **3**

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 0 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 0 |
| b | Tax-exempt interest. Do not include on line 8a | 8b | 0 |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | 0 |
| b | Qualified dividends (see page 23) | 9b | 0 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | 10 | 0 |
| 11 | Alimony received | 11 | 0 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 15,684 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | 13 | 0 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | 0 |
| 15a | IRA distributions 15a 0 b Taxable amount (see page 25) | 15b | 0 |
| 16a | Pensions and annuities 16a 0 b Taxable amount (see page 25) | 16b | 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 0 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | 0 |
| 19 | Unemployment compensation | 19 | 0 |
| 20a | Social security benefits 20a 0 b Taxable amount (see page 27) | 20b | 0 |
| 21 | Other income. List type and amount (see page 29) $ | 21 | 0 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 | 15,684 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 29) | 23 | 0 |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | 0 |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | 0 |
| 26 | Moving expenses. Attach Form 3903 | 26 | 0 |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 1,108 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | 0 |
| 29 | Self-employed health insurance deduction (see page 30) | 29 | 0 |
| 30 | Penalty on early withdrawal of savings | 30 | 0 |
| 31a | Alimony paid b Recipient's SSN ► | 31a | 0 |
| 32 | IRA deduction (see page 31) | 32 | 0 |
| 33 | Student loan interest deduction (see page 33) | 33 | 0 |
| 34 | Tuition and fees deduction (see page 34) | 34 | 0 |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | 0 |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 1,108 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ► | 37 | 14,576 |

114

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 78.**
(HTA)

Form **1040** (2005)

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income). | | 38 | 14,576 |

**Standard Deduction for—**

| | | | | |
|---|---|---|---|---|
| 39a | Check if: | ☐ You were born before January 2, 1941, ☐ Blind.  ☐ Spouse was born before January 2, 1941, ☐ Blind. | Total boxes checked ▶ 39a | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 35 and check here ▶ 39b ☐ | | | |

- People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 36.
- All others:

Single or Married filing separately, $5,000

Married filing jointly or Qualifying widow(er), $10,000

Head of household, $7,300

| | | | |
|---|---|---|---|
| 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | 40 | 10,000 |
| 41 | Subtract line 40 from line 38 | 41 | 4,576 |
| 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see page 37. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | 42 | 9,600 |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0 |
| 44 | **Tax** (see page 37). Check if any tax is from: **a** ☐ Form(s) 8814  **b** ☐ Form 4972 | 44 | 0 |
| 45 | **Alternative minimum tax** (see page 39). Attach Form 6251 | 45 | 0 |
| 46 | Add lines 44 and 45 ▶ | 46 | 0 |

| | | | |
|---|---|---|---|
| 47 | Foreign tax credit. Attach Form 1116 if required | 47 | 0 |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | 0 |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | 0 |
| 50 | Education credits. Attach Form 8863 | 50 | 0 |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | 0 |
| 52 | Child tax credit (see page 41). Attach Form 8901 if required | 52 | 0 |
| 53 | Adoption credit. Attach Form 8839 | 53 | 0 |
| 54 | Credits from: **a** ☐ Form 8396  **b** ☐ Form 8859 | 54 | 0 |
| 55 | Other credits. Check applicable box(es): **a** ☐ Form 3800  **b** ☐ Form 8801  **c** ☐ Form _____ | 55 | 0 |

| | | | |
|---|---|---|---|
| 56 | Add lines 47 through 55. These are your **total credits** | 56 | 0 |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 0 |

**Other Taxes**

| | | | |
|---|---|---|---|
| 58 | Self-employment tax. Attach Schedule SE | 58 | 2,216 |
| 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | 0 |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | 0 |
| 61 | Advance earned income credit payments from Form(s) W-2 | 61 | 0 |
| 62 | Household employment taxes. Attach Schedule H | 62 | 0 |
| 63 | Add lines 57 through 62. This is your **total tax** ▶ | 63 | 2,216 |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| | | | |
|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 0 |
| 65 | 2005 estimated tax payments and amount applied from 2004 return | 65 | 2,128 |
| 66a | **Earned income credit (EIC)** | 66a | 2,662 |
| b | Nontaxable combat pay election ▶ 66b | | 0 |
| 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | 0 |
| 68 | Additional child tax credit. Attach Form 8812 | 68 | 536 |
| 69 | Amount paid with request for extension to file (see page 59) | 69 | 0 |
| 70 | Payments from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 | 70 | 0 |
| 71 | Add lines 64, 65, 66a, and 67 through 70. These are your total payments ▶ | 71 | 5,326 |

**Refund**

Direct deposit? See page 59 and fill in 73b, 73c, and 73d.

| | | | |
|---|---|---|---|
| 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you **overpaid** | 72 | 3,110 |
| 73a | Amount of line 72 you want refunded to you ▶ | 73a | 3,110 |
| b | Routing number _____  ▶ c Type: ☐ Checking ☐ Savings | | |
| d | Account number _____ | | |
| 74 | Amount of line 72 you want **applied to your 2006 estimated tax** ▶ 74 | | 0 |

**Amount You Owe**

| | | | |
|---|---|---|---|
| 75 | **Amount you owe.** Subtract line 71 from line 63. For details on how to pay, see page 60 ▶ | 75 | 0 |
| 76 | Estimated tax penalty (see page 60) 76 | | 0 |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ **Yes. Complete the following.** ☒ **No**

| Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ |
|---|---|---|

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 17. Keep a copy for your records.

| Your signature | Date | Your occupation SELF EMPLOYEE | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation SELF EMPLOYEE | |

**Paid Preparer's Use Only**

| Preparer's signature ▶ Kamran Naeem | Date 4/3/2006 | Check if self-employed ☐ | |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | | State TX | |

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service    (99)

# Profit or Loss From Business
## (Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.

▶Attach to Form 1040 or 1041.    ▶See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2005**

Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| MEHMET T ERKAN | |

| A | Principal business or profession, including product or service (see page C-2 of the instructions) | B Enter code from pages C-8, 9, & 10 |
|---|---|---|
| | RETAIL | ▶ 453220 |

| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN), if any |
|---|---|---|
| | MAGIC RICE | |

E    Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

F    Accounting method:    (1) [X] Cash    (2) [ ] Accrual    (3) [ ] Other (specify) ▶ _____

G    Did you "materially participate" in the operation of this business during 2005? If "No," see page C-3 for limit on losses    [X] Yes [ ] No

H    If you started or acquired this business during 2005, check here . . . . . . . . . . . . . . . . . . ▶ [ ]

## Part I    Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . . ▶[ ] | 1 | 52,783 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 52,783 |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . . . | 4 | 4,853 |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . | 5 | 47,930 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) . . . . . | 6 | 0 |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . ▶ | 7 | 47,930 |

## Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . . | 8 | | 18 | Office expense . . . . . . | 18 | |
| 9 | Car and truck expenses (see page C-3) . . . . . . . | 9 | 0 | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see page C-5): | | |
| 10 | Commissions and fees . . | 10 | | a | Vehicles, machinery, and equipment . | 20a | 0 |
| 11 | Contract labor (see page C-4) | 11 | | b | Other business property . . . | 20b | 27,500 |
| 12 | Depletion . . . . . . . | 12 | | 21 | Repairs and maintenance . . | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) . . . . . . | 13 | 0 | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses . . . . . | 23 | 4,003 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel . . . . . . . . . | 24a | 0 |
| 14 | Employee benefit programs (other than on line 19) . . | 14 | | b | Deductible meals and entertainment (see page C-5) . | 24b | 0 |
| 15 | Insurance (other than health) | 15 | 270 | 25 | Utilities . . . . . . . . | 25 | |
| 16 | Interest: | | | 26 | Wages (less employment credits) . . | 26 | 0 |
| a | Mortgage (paid to banks, etc.) | 16a | 0 | 27 | Other expenses (from line 48 on page 2) . . . . . . . . | 27 | 473 |
| b | Other . . . . . . . . . | 16b | 0 | | | | |
| 17 | Legal and professional services . . . . . . . | 17 | | | | | |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . . ▶ | 28 | 32,246 |
|---|---|---|---|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . | 29 | 15,684 |
| 30 | Expenses for business use of your home. Attach **Form 8829** . . . . . . . . . . . . . . . . | 30 | 0 |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. ⦁ If a profit, enter on **Form 1040, line 12,** and **also** on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. ⦁ If a loss, you **must** go to line 32. | 31 | 15,684 |

32    If you have a loss, check the box that describes your investment in this activity (see page C-6).

⦁ If you checked 32a, enter the loss on **Form 1040, line 12,** and **also** on **Schedule SE, line 2**
(statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.

⦁ If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32a [ ] All investment is at risk.

32b [ ] Some investment is not at risk.

For Paperwork Reduction Act Notice, see page C-7 of the instructions.

(HTA)

Schedule C (Form 1040) 2005

116

**Part III**  **Cost of Goods Sold** (see page C-6)

33  Method(s) used to
    value closing inventory:    a [X] Cost        b [ ] Lower of cost or market        c [ ] Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If
    "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    [ ] Yes    [X] No

| | | | |
|---|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . | **35** | 2,400 |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . | **36** | 4,803 |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . | **37** | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . | **38** | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . | **39** | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . | **40** | 7,203 |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . | **41** | 2,350 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . | **42** | 4,853 |

**Part IV**  **Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on
line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page
C-4 to find out if you must file Form 4562.**

43  When did you place your vehicle in service for business purposes? (month, day, year)   ▶ _____.

44  Of the total number of miles you drove your vehicle during 2005, enter the number of miles you used your vehicle for:

   a  Business _____0  b  Commuting (see instructions) _____0  c  Other _____0

45  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . .   [ ] Yes    [ ] No

46  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . .   [ ] Yes    [ ] No

47 a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . .   [ ] Yes    [ ] No

   b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes    [ ] No

**Part V**  **Other Expenses. List below business expenses not included on lines 8–26 or line 30.**

| | |
|---|---:|
| TELEPHONE _____ | 473 |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| | 0 |

| | | |
|---|---|---:|
| 48 | **Total other expenses.** Enter here and on page 1, line 27 . . 1.17 . . . . . . . . . . . | **48** | 473 |

**SCHEDULE SE**

**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Self-Employment Tax**

▶ Attach to Form 1040.  ▶See Instructions for Schedule SE (Form 1040).

OMB No. 1545-0074

**2005**

Attachment
Sequence No. **17**

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income ▶ |
|---|---|
| MEHMET T ERKAN | ▮▮▮▮▮ |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see page SE-1).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE (see page SE-3).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt–Form 4361" on Form 1040, line 58.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



## Section A—Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| **1** | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 0 |
| **2** | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 15,684 |
| **3** | Combine lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 15,684 |
| **4** | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax . . . . . . . . . . . . ▶ | **4** | 14,484 |
| **5** | **Self-employment tax.** If the amount on line 4 is: | | |
| | • $90,000 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 58.** ⎫ | | |
| | • More than $90,000, multiply line 4 by 2.9% (.029). Then, add $11,160.00 to the result. Enter the total here and on **Form 1040, line 58.** ⎬ . . . . . . | **5** | 2,216 |
| **6** | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** . . . . . . ⎪ **6** ⎪ 1,108 ⎪ | | |

118

# Earned Income Credit

1040A
1040

Qualifying Child Information

*Complete and attach to Form 1040A or 1040
only if you have a qualifying child.*

Name(s) shown on return
MEHMET T and HABIBE N ERKAN

Your social security number
████████

***Before you begin:*** See the instructions for Form 1040A, lines 41a and 41b, or Form 1040, lines 66a and 66b, to make sure that (a) you can take the EIC and (b) you have a qualifying child.



- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See back of schedule for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

## Qualifying Child Information

| | | Child 1 | | Child 2 | |
|---|---|---|---|---|---|
| | | First name      Last name | | First name      Last name | |
| **1** | **Child's name** <br> If you have more than two qualifying children, you only have to list two to get the maximum credit. | ████    ████ | | | |
| **2** | **Child's SSN** <br> The child must have an SSN as defined on page 44 of the Form 1040A instructions or page 48 of the Form 1040 instructions unless the child was born and died in 2005. If your child was born and died in 2005 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate. | ████ | | | |
| **3** | **Child's year of birth** | Year ____████____ <br> *If born after 1986, skip lines 4a and 4b; go to line 5.* | | Year _____ <br> *If born after 1986, skip lines 4a and 4b; go to line 5.* | |
| **4** <br> **a** | **If the child was born before 1987—** <br> Was the child under age 24 at the end of 2005 and a student? | ☐ Yes. <br> *Go to line 5.* | ☐ No. <br> *Continue* | ☐ Yes. <br> *Go to line 5.* | ☐ No. <br> *Continue* |
| **b** | Was the child permanently and totally disabled during any part of 2005? | ☐ Yes. <br> *Continue* | ☐ No. <br> The child is not a qualifying child. | ☐ Yes. <br> *Continue* | ☐ No. <br> The child is not a qualifying child. |
| **5** | **Child's relationship to you** <br> (for example, son, daughter, grandchild, niece, nephew, foster child, etc.) | ████ | | | |
| **6** | **Number of months child lived with you in the United States during 2005** <br><br> • If the child lived with you for more than half of 2005 but less than 7 months, enter "7." <br><br> • If the child was born or died in 2005 and your home was the child's home for the entire time he or she was alive during 2005, enter "12." | ██ months <br> *Do not enter more than 12 months.* | | _____ months <br> *Do not enter more than 12 months.* | |

 **TIP** You may also be able to take the additional child tax credit if your child (a) was under age 17 at the end of 2005, and (b) is a U.S. citizen    sident alien. For more details, see the instructions for line 42 of Form 1040A or line 68 of Form 1040.

For Paperwork Reduction Act Notice, see Form 1040A
or 1040 instructions.
(HTA)

119

Schedule EIC (Form 1040A or 1040) 2005

Form **8812**

## Additional Child Tax Credit

1040
1040A

**2005**

Department of the Treasury
Internal Revenue Service (99)

*Complete and attach to Form 1040 or Form 1040A.*

Attachment
Sequence No. **47**

Name(s) shown on return

MEHMET T and HABIBE N ERKAN

Your social security number

### Part I   All Filers

| | | | |
|---|---|---|---|
| 1 | Enter the amount from line 1 of your Child Tax Credit Worksheet on page 42 of the Form 1040 instructions or page 39 of the Form 1040A instructions. If you used Pub. 972, enter the amount from line 8 of the worksheet on page 4 of the publication . . . . . . . . . . . . . . . . . . . . . | 1 | 1,000 |
| 2 | Enter the amount from Form 1040, line 52, or Form 1040A, line 33 . . . . . . . . . . . . . . . | 2 | 0 |
| 3 | Subtract line 2 from line 1. If zero, **stop**; you cannot take this credit . . . . . . . . . . . . . . . | 3 | 1,000 |

4 a  Earned income (see instructions on back). If your main home was in the
Hurricane Katrina disaster area on August 25, 2005, and you are electing to
use your 2004 earned income, check here ▶ ☐  . . . . . . . . . . .   **4a** | 14,576

  b  Nontaxable combat pay (see instructions on
back). . . . . . . . . . . . . . . . . . .  **4b** | 0

5  Is the amount on line 4a more than $11,000?
☐ **No.**   Leave line 5 blank and enter -0- on line 6.
☒ **Yes.**  Subtract $11,000 from the amount on line 4a. Enter the result  . .  **5** | 3,576

| | | | |
|---|---|---|---|
| 6 | Multiply the amount on line 5 by 15% (.15) and enter the result . . . . . . . . . . . . . . . . | 6 | 536 |

**Next.** Do you have three or more qualifying children?

☒ **No.**   If line 6 is zero, **stop**; you cannot take this credit. Otherwise, skip Part II and enter the **smaller** of line 3 or line 6 on line 13.

☐ **Yes.**  If line 6 is equal to or more than line 3, skip Part II and enter the amount from line 3 on line 13. Otherwise, go to line 7.

### Part II   Certain Filers Who Have Three or More Qualifying Children

7  Withheld social security and Medicare taxes from Form(s) W-2, boxes 4 and
6. If married filing jointly, include your spouse's amounts with yours. If you
worked for a railroad, see instructions on back . . . . . . . . . . . . .  **7** | 0

8  **1040 filers:**  Enter the total of the amounts from Form 1040, lines
27 and 59, plus any uncollected social security and
Medicare or tier 1 RRTA taxes included on line 63.
**1040A filers:**  Enter -0-.                                **8** | 0

| | | | |
|---|---|---|---|
| 9 | Add lines 7 and 8 . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | 0 |

10  **1040 filers:**  Enter the total of the amounts from Form 1040, lines
66a and 67.
**1040A filers:**  Enter the total of the amount from Form 1040A, line
41a, plus any excess social security and tier 1 RRTA
taxes withheld that you entered to the left of line 43
(see instructions on back).                               **10** | 0

| | | | |
|---|---|---|---|
| 11 | Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . | 11 | 0 |
| 12 | Enter the **larger** of line 6 or line 11 . . . . . . . . . . . . . . . . . . . . . . | 12 | 0 |

**Next,** enter the **smaller** of line 3 or line 12 on line 13.

### Part III   Additional Child Tax Credit

| | | | |
|---|---|---|---|
| 13 | **This is your additional child tax credit** . . . . . . . . . . . . . . . . . . . . . | 13 | 536 |

*Enter this amount on
Form 1040, line 68, or
Form 1040A, line 42.*

◀ . . . . . . . . . .

**For Paperwork Reduction Act Notice, see back of form.**   120
(HTA)

Form **8812** (2005)

# Form 1040
## U.S. Individual Income Tax Return 2006

(99)  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2006, or other tax year beginning _____ , ending _____   OMB No. 1545-0074

**Label** (See instructions on page 16.) **Use the IRS label. Otherwise, please print or type.**

| | Your first name | M.I. | Last name | Suffix | Your social security number |
|---|---|---|---|---|---|
| | MEHMET | T | ERKAN | | ▓▓▓▓▓ |
| | If a joint return, spouse's first name | M.I. | Last name | Suffix | Spouse's social security number |
| | HABIBE | N | ERKAN | | ▓▓▓▓▓ |

Home address (number and street). If you have a P.O. box, see page 16.   Apt. no. **206**

You **must** enter your SSN(s) above. ▲

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶ _____
4. ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5. ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
b ☒ Spouse

| c Dependents: (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| ▓▓▓▓ ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ☒ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see page 19.

Boxes checked on 6a and 6b **2**
No. of children on 6c who:
● lived with you **1**
● did not live with you due to divorce or separation (see page 20) **0**
Dependents on 6c not entered above **0**
Add numbers on lines above ▶ **3**

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a   8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 23)   9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 17,480 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions   15a | b Taxable amount (see page 25) | 15b | |
| 16a | Pensions and annuities   16a | b Taxable amount (see page 26) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits   20a | b Taxable amount (see page 27) | 20b | 0 |
| 21 | Other income. List type and amount (see page 29) _____ | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 17,480 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Archer MSA deduction. Attach Form 8853   23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ   24 | | |
| 25 | Health savings account deduction. Attach Form 8889   25 | | |
| 26 | Moving expenses. Attach Form 3903   26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE   27   1,235 | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans   28 | | |
| 29 | Self-employed health insurance deduction (see page 29)   29 | | |
| 30 | Penalty on early withdrawal of savings   30 | | |
| 31a | Alimony paid   b Recipient's SSN ▶   31a | | |
| 32 | IRA deduction (see page 31)   32 | | |
| 33 | Student loan interest deduction (see page 33)   33 | | |
| 34 | Jury duty pay you gave to your employer   34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903   35 | | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 1,235 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 16,245 |

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income). | 38 | 16,245 |
| | 39a | Check if: ☐ You were born before January 2, 1942, ☐ Blind. ☐ Spouse was born before January 2, 1942, ☐ Blind. } Total boxes checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 34 and check here ▶ 39b ☐ | | |
| ● People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 34. | 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | 40 | 10,300 |
| | 41 | Subtract line 40 from line 38 | 41 | 5,945 |
| | 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see page 36. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d | 42 | 9,900 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0 |
| ● All others: Single or Married filing separately, $5,150 | 44 | **Tax** (see page 36). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | |
| | 45 | **Alternative minimum tax** (see page 39). Attach Form 6251 | 45 | |
| Married filing jointly or Qualifying widow(er), $10,300 | 46 | Add lines 44 and 45 ▶ | 46 | 0 |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| Head of household, $7,550 | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| | 50 | Education credits. Attach Form 8863 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Child tax credit (see page 42). Attach Form 8901 if required | 53 | |
| | 54 | Credits from: a ☐ Form 8396  b ☐ Form 8839  c ☐ Form 8859 | 54 | |
| | 55 | Other credits: a ☐ Form 3800  b ☐ Form 8801  c ☐ Form ____ | 55 | |
| | 56 | Add lines 47 through 55. These are your **total credits** | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 0 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | 2,470 |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** ▶ | 63 | 2,470 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | |
| | 65 | 2006 estimated tax payments and amount applied from 2005 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | **Earned income credit (EIC)** | 66a | 2,747 |
| | b | Nontaxable combat pay election ▶ 66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 60) | 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | 742 |
| | 69 | Amount paid with request for extension to file (see page 60) | 69 | |
| | 70 | Payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 70 | |
| | 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required | 71 | 50 |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments ▶ | 72 | 3,539 |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | 73 | 1,069 |
| | 74a | Amount of line 73 you **want refunded to you.** If Form 8888 is attached, check here. ▶ ☐ | 74a | 1,069 |
| Direct deposit? See page 61 and fill in 74b, 74c, and 74d, or Form 8888. | ▶ b | Routing number  XXXXXXXXX  ▶ c Type: ☐ Checking  ☐ Savings | | |
| | ▶ d | Account number  XXXXXXXXXXXXXXXXX | | |
| | 75 | Amount of line 73 you want **applied to your 2007 estimated tax** ▶ | 75 | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 62 ▶ | 76 | 0 |
| | 77 | Estimated tax penalty (see page 62) | 77 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 63)?  ☐ **Yes.** Complete the following.  ☒ **No**

Designee's name ▶ ____  Phone no. ▶ ____  Personal identification number (PIN) ▶ ____

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 17. Keep a copy for your records.

Your signature ____  Date ____  Your occupation  SELF EMPLOYEE  Daytime phone number ____

Spouse's signature. If a joint return, **both** must sign. ____  Date ____  Spouse's occupation  SELF EMPLOYEE

**Paid Preparer's Use Only**

Preparer's signature ▶ Kamran Naeem ____  Date 1/22/2007  Check if self-employed ☐  Preparer's SSN or ____

Firm's name (or yours if self-employed), address, and ZIP code ____  EIN ____  State ____

Form **1040** (2006)

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
## (Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041. ▶See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2006**

Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| MEHMET T ERKAN | |

| | | |
|---|---|---|
| A | Principal business or profession, including product or service (see page C-2 of the instructions) | B Enter code from pages C-8, 9, & 10 ▶ |
| | RETAIL | |
| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN), if any |
| | MAGIC RICE | |

E Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

F Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶

G Did you "materially participate" in the operation of this business during 2006? If "No," see page C-3 for limit on losses [X] Yes [ ] No

H If you started or acquired this business during 2006, check here . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

## Part I Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . . ▶ [ ] | 1 | 33,344 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . | 3 | 33,344 |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . | 4 | 5,994 |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . | 5 | 27,350 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-3) . . . . . | 6 | 5,000 |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . ▶ | 7 | 32,350 |

## Part II Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . | 8 | | 18 | Office expense . . . . . | 18 | |
| 9 | Car and truck expenses (see page C-4) . . . . . . . | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see page C-5): | | |
| 10 | Commissions and fees . . | 10 | | a | Vehicles, machinery, and equipment . | 20a | |
| 11 | Contract labor (see page C-4) | 11 | | b | Other business property . . . | 20b | 14,314 |
| 12 | Depletion . . . . . . . | 12 | | 21 | Repairs and maintenance . . | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) . . . . . . . | 13 | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses . . . . . | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel . . . . . . . . . . | 24a | |
| 14 | Employee benefit programs (other than on line 19) . . | 14 | | b | Deductible meals and entertainment (see page C-6) . | 24b | |
| 15 | Insurance (other than health) | 15 | 174 | 25 | Utilities . . . . . . . . . | 25 | |
| 16 | Interest: | | | 26 | Wages (less employment credits) . . | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27 | Other expenses (from line 48 on page 2) . . . . . . . . | 27 | 382 |
| b | Other . . . . . . . . | 16b | | | | | |
| 17 | Legal and professional services . . . . . . . . | 17 | | | | | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns . . . ▶ | 28 | 14,870 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . . | 29 | 17,480 |
| 30 | Expenses for business use of your home. Attach **Form 8829** . . . . . . . . . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | ● If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | 31 | 17,480 |
| | ● If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6). | | |
| | ● If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | 32a [ ] All investment is at risk. 32b [ ] Some investment is not at risk. | |
| | ● If you checked 32b, you **must** attach Form 6198. Your loss may be limited. | | |

For Paperwork Reduction Act Notice, see page C-8 of the instructions.
(HTA)

Schedule C (Form 1040) 2006

**Part III**    **Cost of Goods Sold** (see page C-7)

**33**   Method(s) used to value closing inventory:    **a** ☒ Cost     **b** ☐ Lower of cost or market     **c** ☐ Other (attach explanation)

**34**   Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ **Yes**    ☐ **No**

| | | | |
|---|---|---:|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . | **35** | 2,350 |
| **36** | Purchases less cost of items withdrawn for personal use . . . . . . . . . . | **36** | 3,644 |
| **37** | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . | **37** | |
| **38** | Materials and supplies . . . . . . . . . . . . . . . . . | **38** | |
| **39** | Other costs . . . . . . . . . . . . . . . . . . . . | **39** | |
| **40** | Add lines 35 through 39 . . . . . . . . . . . . . . . . | **40** | 5,994 |
| **41** | Inventory at end of year . . . . . . . . . . . . . . . . | **41** | |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . | **42** | 5,994 |

**Part IV**    **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562.

**43**   When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _____

**44**   Of the total number of miles you drove your vehicle during 2006, enter the number of miles you used your vehicle for:

   **a**   Business _____    **b**   Commuting (see instructions) _____    **c**   Other _____

**45**   Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . .    ☐ **Yes**    ☐ **No**

**46**   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . .    ☐ **Yes**    ☐ **No**

**47 a**   Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . .    ☐ **Yes**    ☐ **No**

   **b**   If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ **Yes**    ☐ **No**

**Part V**    **Other Expenses.** List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---:|
| TELEPHONE _____ | 382 |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |
| _____ | |

124

| | | |
|---|---|---:|
| **48** | **Total other expenses.** Enter here and on page 1, line 27 . . . . . . . . . . . . . . | **48** | 382 |

| SCHEDULE SE | | OMB No. 1545-0074 |
|---|---|---|

**SCHEDULE SE**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service  (99)

# Self-Employment Tax

▶ **Attach to Form 1040.**  ▶**See Instructions for Schedule SE (Form 1040).**

OMB No. 1545-0074

**2006**

Attachment
Sequence No.  **17**

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income  ▶ | |
|---|---|---|
| MEHMET T ERKAN | | ▮▮▮▮▮ |

## Who Must File Schedule SE

You must file Schedule SE if:

● You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**

● You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see page SE-1).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE (see page SE-3).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt–Form 4361" on Form 1040, line 58.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note.** Use this flowchart **only if** you must file Schedule SE. If unsure, see Who Must File Schedule SE, above.



## Section A—Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | | | |
|---|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-3 for other income to report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 17,480 | |
| 3 | Combine lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 17,480 | |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax . . . . . . . . . . . . . ▶ | 4 | 16,143 | |
| 5 | **Self-employment tax.** If the amount on line 4 is:<br><br>● $94,200 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 58.**<br><br>● More than $94,200, multiply line 4 by 2.9% (.029). Then, add $11,680.80 to the result. Enter the total here and on **Form 1040, line 58.** | 5 | 2,470 | |
| 6 | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** | 6 | 1,235 | |

# Earned Income Credit

1040A ←
1040

Qualifying Child Information

*Complete and attach to Form 1040A or 1040
only if you have a qualifying child.*

OMB No. 1545-0074

# 2006

Attachment
Sequence No. **43**

Name(s) shown on return

MEHMET T and HABIBE N ERKAN

Your social security number

## *Before you begin:*

See the instructions for Form 1040A, lines 40a and 40b, or Form 1040, lines 66a and 66b, to make sure that **(a)** you can take the EIC, and **(b)** you have a qualifying child.

- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See back of schedule for details.

- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.

- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

| Qualifying Child Information | Child 1 | | Child 2 | |
|---|---|---|---|---|
| | First name | Last name | First name | Last name |
| **1 Child's name** If you have more than two qualifying children, you only have to list two to get the maximum credit. | ▮ | ▮ | | |
| **2 Child's SSN** The child must have an SSN as defined on page 43 of the Form 1040A instructions or page 49 of the Form 1040 instructions unless the child was born and died in 2006. If your child was born and died in 2006 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate. | ▮ | | | |
| **3 Child's year of birth** | Year ____▮____ *If born after 1987, skip lines 4a and 4b; go to line 5.* | | Year _____ *If born after 1987, skip lines 4a and 4b; go to line 5.* | |
| **4 If the child was born before 1988—** **a** Was the child under age 24 at the end of 2006 and a student? | ☐ **Yes.** *Go to line 5.* | ☐ **No.** *Continue.* | ☐ **Yes.** *Go to line 5.* | ☐ **No.** *Continue.* |
| **b** Was the child permanently and totally disabled during any part of 2006? | ☐ **Yes.** *Continue.* | ☐ **No.** The child is not a qualifying child. | ☐ **Yes.** *Continue.* | ☐ **No.** The child is not a qualifying child. |
| **5 Child's relationship to you** (for example, son, daughter, grandchild, niece, nephew, foster child, etc.) | ▮ | | | |
| **6 Number of months child lived with you in the United States during 2006** • If the child lived with you for more than half of 2006 but less than 7 months, enter "7." • If the child was born or died in 2006 and your home was the child's home for the entire time he or she was alive during 2006, enter "12." | ▮ months *Do not enter more than 12 months.* | | _____ months *Do not enter more than 12 months.* | |

**TIP**

You may also be able to take the additional child tax credit if your child **(a)** was under age 17 at the end of 2006, **and (b)** is a U.S. citizen or resident alien. For more details, see the instructions for line 41 of Form 1040A or line 68 of Form 1040.



Form **8812**

Department of the Treasury
Internal Revenue Service (99)

# Additional Child Tax Credit

1040
1040A
1040NR

*Complete and attach to Form 1040, Form 1040A, or Form 1040NR.*

OMB No. 1545-0074

## 20**06**

Attachment
Sequence No. **47**

Name(s) shown on return

MEHMET T and HABIBE N ERKAN

Your social security number

### Part I   All Filers

| | | | |
|---|---|---|---|
| 1 | Enter the amount from line 1 of your Child Tax Credit Worksheet on page 43 of the Form 1040 instructions, page 38 of the Form 1040A instructions, or page 20 of the Form 1040NR instructions. If you used Pub. 972, enter the amount from line 8 of the worksheet on page 4 of the publication . . . . . . . . . . . . . | **1** | 1,000 |
| 2 | Enter the amount from Form 1040, line 53, Form 1040A, line 33, or Form 1040NR, line 48 . . . . . . . | **2** | |
| 3 | Subtract line 2 from line 1. If zero, **stop**; you cannot take this credit . . . . . . . . . . . . | **3** | 1,000 |

4 a  Enter your total earned income (see instructions on back). . . . . . . .   **4a**  16,245

  b  Nontaxable combat pay (see instructions on
     back) . . . . . . . . . . . . . . . .   **4b**

5   Is the amount on line 4a more than $11,300?
    ☐ **No.**   Leave line 5 blank and enter -0- on line 6.
    ☒ **Yes.**  Subtract $11,300 from the amount on line 4a. Enter the result . .   **5**  4,945

| | | | |
|---|---|---|---|
| 6 | Multiply the amount on line 5 by 15% (.15) and enter the result . . . . . . . . . . . . . . | **6** | 742 |

**Next.** Do you have three or more qualifying children?

  ☒ **No.**   If line 6 is zero, stop; you cannot take this credit. Otherwise, skip Part II and enter the **smaller** of line 3 or line 6 on line 13.

  ☐ **Yes.**  If line 6 is equal to or more than line 3, skip Part II and enter the amount from line 3 on line 13. Otherwise, go to line 7.

### Part II   Certain Filers Who Have Three or More Qualifying Children

7   Withheld social security and Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If you worked for a railroad, see instructions on back . . . . . . . . . . . .   **7**

8   **1040 filers:**   Enter the total of the amounts from Form 1040, lines 27 and 59, plus any uncollected social security and Medicare or tier 1 RRTA taxes included on line 63.   **8**

    **1040A filers:**  Enter -0-.

    **1040NR filers:**  Enter the total of the amounts from Form 1040NR, line 54, plus any uncollected social security and Medicare or tier 1 RRTA taxes included on line 58.

| | | | |
|---|---|---|---|
| 9 | Add lines 7 and 8 . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | 0 |

10  **1040 filers:**   Enter the total of the amounts from Form 1040, lines 66a and 67.

    **1040A filers:**  Enter the total of the amount from Form 1040A, line 40a, plus any excess social security and tier 1 RRTA taxes withheld that you entered to the left of line 43 (see instructions on back).   **10**

    **1040NR filers:**  Enter the amount from Form 1040NR, line 61.

| | | | |
|---|---|---|---|
| 11 | Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . . . . . . . . . . | **11** | 0 |
| 12 | Enter the **larger** of line 6 or line 11 . . . . . . . . . . . . . . . . . . . . | **12** | 0 |

**Next,** enter the **smaller** of line 3 or line 12 on line 13.

### Part III   Additional Child Tax Credit

| | | | |
|---|---|---|---|
| 13 | **This is your additional child tax credit** . . . . . . . . . . . . . . . . . . . . | **13** | 742 |

*Enter this amount on
Form 1040, line 68,
Form 1040A, line 41, or
Form 1040NR, line 62.*

1040

1040A

1040NR

127

# Tab 4

March 10 2014

I am Mehmet Turan Erkan's mother, Gulsevim Erkan. I am Mehmet Turan Erkan's father, Hamit Erkan. We bought for our son, Mehmet Turan Erkan, his first house on March 8, 1992. The location of this house is Sisli Hanim Efendi Sok. Eskazan apt. no. 51 kat 4, Istanbul, Turkey.

The second house we purchased for our son (Mehmet Turan Erkan) on June 9, 2000. The location of this house is Atasehir Kadikoy Suadiye mah Pafta No. 121 Ada No : 3190 Parsel No: 60 kat: 2, Bagimsiz Bolum No: 6 June 9, 2000.

The third house we purchased for our son (Mehmet Turan Erkan) on June 9, 2000. The location of this house is Atasehir Kadikoy Suadiye mah Pafta No. 121 Ada No : 3190 Parsel No: 60 kat: 2, Bagimsiz Bolum No: 7 June 9, 2000.

We bought these houses as gifts for our son, but we did not tell him at the time. This, he learned later after Court 2014. we sent all Houses title you can look date and you can see which years we bought for gift our son ,Memmet Turan Erkan

Hamit ERKAN                                                    Gulsevim ERKAN

Gülsevim Erkan

1

129

# Tab 5



**Türkiye Cumhuriyeti**

**KAT MÜLKİYETİ**
**Tapu Senedi**

| | | |
|---|---|---|
| İli | İstanbul | |
| İlçesi | Şişli 1.Bölge | |
| Bucağı | | |
| Mahallesi | Şişli | |
| Köyü | | |
| Sokağı | Hanımefendi | |
| Mevkii | | |

| Pafta No. | Ada No. | Parsel No. | Niteliği | Yüzölçümü |
|---|---|---|---|---|
| 153 | 1030 | 60 | kagir apartman | 153,50 m2 |

| Sınırı | Planı Gibidir. |
|---|---|

| Eml.Vergi Hes. No. | Bedeli | Niteliği | Arsa Payı | Kat No. | Bağım Bl. No. | Proje No. |
|---|---|---|---|---|---|---|
| | satış 30.000.000% | Daire | 32/153 | 2 | | 4 |

Tamamı müteselsiyen malik olmak üzere Cihat Egmazan,
Nihat Egmazan, Metin Egmazan adına kayıtlı iken, bu
kerre tamamının satışından dolayı tescili yapıldı.

Yönetim planı: 26.6.992

Eklentisi: Bahçede 4 nolu kömürlük

**Sahibi** MEHMET TURAN ERKAN, HAMİT OĞLU.

| Geldisi | Yevmiye No. | Cilt No. | Sahife No. | Sıra No. | Tarihi | Gittisi |
|---|---|---|---|---|---|---|
| Cilt No. | 3556 | 81 | 7920 | | 3.8.992 | Cilt No. |
| Sahife No. | | Sicilline Uygundur. Mira Argun-15155 | | | | Sahife No. |
| Sıra No. | M. Göksu | | | | | Sıra No. |
| Tarih | 26.6.992 | NOT: Mülkiyetin gayri ayni haklar ile şerhler için tapu kütüğüne müracaat edilmelidir. | | | | Tarih |

GERÇEK TERCÜME BÜROSU
GERÇEK TRANSLATION OFFICE
Altynbek JENBEKOV
Selahattin Pınar Cd Mecidiye Aralığı Sk No 9/P
Mecidiyeköy IST Tel 0212 216 8
/Photo/ 0 3 7 8 6

29 OCAK 2014

| Province | ISTANBUL | **Republic of Turkey** | | | | |
|---|---|---|---|---|---|---|
| District | Şişli 1.Region | | | | | |
| Quarter | Şişli | | | | | |
| | | **Title Deed** | | | | |
| Hanımefendi | | | | | | |
| Location | | | | | | |

| Map Section | Block No | Parcel No | Qualification | Area | | |
|---|---|---|---|---|---|---|
| | | | | ha | M2 | Dm2 |
| 153 | 1030 | 60 | Masonry apartment | | 153,50 | |

| Border | As its plan |
|---|---|

| Sales Value | Qualification | Land share | Block No | Floor No | Independent part no |
|---|---|---|---|---|---|
| 30.000.000 TL | Flat | 32/153 | --- | 2nd | (4) |

| Reason of acquiring | While the immovable was registered completely and equally on Cihat Eşkazan, Nihat Eşkazan, Metin Eşkazan, it was re-registered due to sales of whole part.<br><br>Management plan: 26.6.1992<br>Add-on: Coalbunker in the garden with number 4 |
|---|---|
| Owner | Mehmet Turan ERKAN: son Of Hamit |

| Purchase Details | | Journal No. | Volume no | Page no | Order no | Date | Sale Details |
|---|---|---|---|---|---|---|---|
| Volume no | | 3556 | 81 | 7920 | | 3/8/1992 | Volume no |
| Page no | | It is appropriate to its registry | | | | | Page no |
| Order no | | Rıza ARGÜÇ | | | | | Order no |
| Date | 26.6.1992 | Head of Land Registry Office | | | | | Volume n |
| | | 15155 | | | | | |
| | | /Seal-signature/ | | | | | |
| | | M. Göksu/Seal-signature/ | | | | | |

N.B.:*It is required to apply to Land Registry for the incorporeal rights and annotations

** Address changes will be communicated to relevant Land Registry Directorate according to provisions of the law on Notifications

This is to certify that the above translation from Turkish into ...English... is correct and authentic with the original.

Same As Original / January 29 / 2014 translator, officially sworn by Notary Public,

İŞBU TERCÜMENİN İBRAZ
EDİLEN ......................
ASLINA UYGUNLUĞUNU ONAYLARIM
NOTER YEMİNLİ MÜTERCİM
TÜLAY YAVUZ

TÜLAY YAVUZ
İŞBU TERCÜMENİN AÇIK KİMLİĞİ
VE AÇIK ADRESİ NOTERLİĞİMİZDE
MAHFUZ BULUNAN YEMİNLİ
TERCÜMAN TÜLAY YAVUZ
TARAFINDAN YAPILDIĞINI ONAYLARIM

132



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| İli | İSTANBUL | | **Türkiye Cumhuriyeti** | | | | |
| İlçesi | KADIKÖY | | | | | | |
| Mahallesi | SUADİYE | | | | | | |
| Köyü | | | | | | | |
| Sokağı | BOSTANCI-MERDİVENKÖY YOLU | | | | | | |
| Mevkii | KAVİSLİ SOKA **TAPU SENEDİ** TITLE DEED | | | | | | |

| Pafta No. | Ada No. | Parsel No. | Niteliği | Yüzölçümü | | |
|---|---|---|---|---|---|---|
| | | | | Hektar | M2 | Dm2 |
| 121 | 960 | 60 | BAHÇELİ KARGİR APARTMAN | — | 535 | 00 |

Sınırı: Paftasındadır.

| KAT MÜLKİYETİ ☐ | KAT IRTIFAKI ☐ | DEVRE MÜLK ☐ |
|---|---|---|

| Satış Bedeli | Niteliği | Arsa Payı | Blok No. | Kat No. | Bağımsız Blm. No |
|---|---|---|---|---|---|
| 17.000.000.000 SATIŞ | DAİRE | 125/1464 | — | 2. | 5 |

**Edinme Sebebi**

Tamamı Sırrullah BEŞLİ adına kayıtlı iken taşınmazın tamamını 17.000.000.000.-lira bedelle Mehmet Turan ER-KAN'a satışından tescil edildi.

**Sahibi**

MEHMET TURAN ERKAN : HAMİT OĞLU

| Geldisi | | Yevmiye No | Cilt No. | Sahife No. | Sıra No. | Date Tarihi | Gittisi |
|---|---|---|---|---|---|---|---|
| Cilt No — | | 948 | 144 | 14198 | | 06.09.2000 | Cilt No |
| Sahife No — | | | | Sicilne Uygundur. Celal SÜNGÖR MÜDÜR | | | Sahife No |
| Sıra No | 4834 | | | | | | Sıra No |
| Tarih | 23.06.1998 | | | | | | Tarih |